UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawla

v.

Prabhu Mohaptra

Case No. 02-40198-NMG

**FILED IN CLERKS OFFICE**
2002 NOV 18 A 11:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

**DOCKETED**

# MOTION TO DISMISS

1. I move this court to dismiss the lawsuit filed against me personally by Mr. Anil Chawla because service of process is insufficient and not valid as described below.

2. Court records will reflect that the summons was delivered to my business address by Kevin Gaston on October 25, 2002. I was in Mexico at the time and my employee signed for it. My employee is not authorized to accept service for me personally or to accept service for anyone relating to my company. This is important because I am (not my company) being sued by Chawla. Also, if my company is ever sued, Arizona records reflect that I am the statutory agent to receive service. (See attached-although the address is wrong for delivery to statutory agent, the officials records are correct but this is irrelevant anyway. Also, the summons confirms my business address is 308 S. Extension, #111) Further, I have not authorized anyone else to accept service on behalf of the company or myself.

3. Since the summons was served at my place of business and not to me personally or to my last place of usual abode, the suit against me must be dismissed because service at my place of business upon an employee with no managment duties is not valid service.

Please grant this motion respectfully submitted November 13, 2002

Prabhu Mohapatra
16619 S. 37th Way
Phoenix, AZ 85048
602.526.1843

**CERTIFICATE OF SERVICE**
I certify that I served a copy of this motion on November 13, 2002 via regular mail to
Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Anil Kumar Chawla**

v.                                                          Case No. 02-40198-NMG

**Prabhu Mohaptra**

# AFFIDAVIT

1. I, Prabhu Mohaptra, swear, under penalty of perjury, the following is the truth:

2. I travel frequently to Mexico for business purposes. I was outside of the United States on October 25, 2002. I returned from Mexico to the United States on October 30, 2002. My place of usual abode is not 308 S. Extension Rd, #111, Mesa, Arizona, 85210. No one is authorized by me as an agent or an agent under Arizona law to accept service of process for my company or myself except for me.

_____
Prabhu Mohapatra

Notary:

Notary Public State of Arizona
Maricopa County
Isidra Martinez
Expires October 7 2003

Isidro Martinez
11/13-02

**CERTIFICATE OF SERVICE**
I certify that I served a copy of this motion on November 13, 2002 via regular mail to Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545

Ariz. Corp. Comm. -- Corporations Division   Case 4:02-cv-40198-NMG   Document 37   Filed 11/18/02   Page 3 of 3   Page 1 of 3

Case 02- 40198
- NMG

Arizona Corporation Commission

11/14/2002 State of Arizona Public Access System 12:18 PM

|  |
|---|
| Corporate Inquiry |
| File Number: -0782400-3 |
| Corp. Name: INTERNATIONAL SCIENCE & TECHNOLOGY, INC. |

### Domestic Address

|  |
|---|
| 308 S EXTENSION RD #111 |
| MESA, AZ 85210 |

### Statutory Agent Information

|  |
|---|
| Agent Name: PRABHU MOHAPATRA |
|  |
| Agent Mailing/Physical Address: |
| UNDELIVERABLE AGENT ADDRESS |
| 444 N GILA SPRINGS BLVD #2015 |
| CHANDLER, AZ 85226 |
|  |
| Agent Status: APPOINTED 07/10/1996 |
| Agent Last Updated: 10/16/2002 |

### Officer and Director Information

| | |
|---|---|
| Name: | PRABHU MOHAPATRA |
| Title: | PRESIDENT/CEO |
| Address: | 444 N GILA SPRINGS BLVD #2015 |
| | CHANDLER, AZ 85226 |
| Date Assigned: 07/10/1996 | Last Updated: 10/18/2001 |
| | |

### Additional Corporate Information

| | |
|---|---|
| | Corporation Type: PROFIT |
| Incorporation Date: 07/10/1996 | Corporate Life Period: PERPETUAL |
| | |