# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2002 NOV 25  A 11: 03

Anil Kumar Chawla

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Case: 02-40198-NMG

Prabhu Mohapatra



## Opposition to Defendant's Motion to Dismiss Civil Case

Defendant has filed a petition to dismiss my civil case on the grounds that a process of serving summons was insufficient. But, I am providing several evidences that summons were served at right place and at right address on October 25, 2002. Following information will prove that once Mr. Mohapatra received summons, he did go through contents, used the information from those summons, and then he decided to file a case against my wife and me from the US District Court of Arizona on October 31, 2002

1. Please see Attachment 1, it shows full details, with respect to dates that Mr. Prabhu Mohapatra tried to manipulate, and ignore summons which were served to him properly.

2. Please see a copy his original civil case (EXHIBIT J) and amended civil case (EXHIBIT L), as filed against my wife and me from Arizona. In his amended civil case, he even included a copy of my civil case, which was served along with summons. It proves that he had my summons and rest of court related documents.

3. He amended the civil case, soon after receiving a letter (Attachment 2) from the **Trial Court of The Commonwealth - District Court Department, Massachusetts about the criminal action** against him. After receiving that letter from magistrate, he chose to reduce the amount from $44,000,000 to $100,000 dollars in his amended civil case. This proves his bad intentions to hurt my family, and extort money by making false allegations.

4. Mr. Mohapatra filed his case (raising same issues) on account following reasons:

    i. <u>As a part of retaliation</u> after he was served with summons on October 25, 2002.

ii.  To drag and harass my wife too- as a part of his revenge. It is part of his three years of harassment to my wife and me

iii. To defend himself from his role in cyber squatting, blackmailing, demanding money and my domain name for the past three years.

5.  I have already filed a motion to dismiss or change of venue (for his case against my wife and me), so that his retaliatory civil case should be either dismissed or transferred to the UINTED STATES DISTRICT COURT, District of Massachusetts.

6.  There are several key factors in support of my civil case against Mr. Prabhu Mohapatra.

   a)  Mr. Prabhu Mohapatra harassed me for more than three years, and forced me to close down my web site by making false allegations for violating a US trademark.

   b)  After succeeding in closing down my site, he terrorized me for three more years and did not allow me to operate my web site. As of this date he is operating his own site (from India)and selling things, but my site is closed.

   c)  Mr. Prabhu does not have any US Trademark- he systematically planned to blackmail me for extorting money.

   d)  Mr. Mohapatra harassed and blackmailed me on account of his some business in India too.  But, I am US citizen, living in USA for more than 21 years. I got my domain name legally from USA. Thus under such circumstances, he has no right to harass me or force me to shut down any business which is being operated on this soil.

   e)  His business addresses are hidden or relocated in India. His US addresses are non-existent or hidden too. He does not have any valid US address for any of his relevant domain names. In his primary website (www.aiol.com), and other sites, he lists only India's addresses.

   f)  Mr. Prabhu Mohapatra was notified about several police complaints, but he never stopped harassing my family. Record of cyber squatting, and harassment by Mr. Prabhu Mohapatra is documented with Police department of Shrewsbury, Massachusetts too for the last three years.

   g)  On account of his threats and intimidation, both of us (my wife and me) had suffered three years of stress too.  In the face sheets from police department, it is clearly written, that "...harassed victim to the point that victims health and well being is affected." Even he harassed me during middle of my medical related surgeries, showed no remorse and forced me to close my website.

Appropriate ENCLOSURES, and SUPPORTING DOCUMENTS are included which will provide sufficient evidence for Mr. Prabhu Mohapatra's role in cyber squatting, harassment and shutting down my website.

Signature: _Anil K. Chawla_

Name:      Anil K. Chawla

Address:   16 Shrewsbury green drives, Unit H
           Shrewsbury, MA 01545


This request for motion is submitted on November 25, 2002


Service certification:

I certify that a copy of this motion will be sent by priority mail to following:

All India On Line, Pvt ltd
International Science & Technology
Prabhu Mohapatra
308 S Extension, # 111
Mesa, AZ 85210


Eric G. Bjotvedt
Attorney for Plaintiffs
5025 N Central Ave, #411
Phoenix, Arizona 85012

# ATTACHMENT 1

# Details - serving of summons
## (ATTACHMENT 1)

1. On the evening of October 25, 2002, Mr.Uttam Behera (an employee of Mr. Prabhu Mohapatra) received summons from a professional process server, Mr. Kevin Gaston. Mr.Uttam Behera told Kevin that he would hand over those papers to CEO's/owners of the company (Mr. Prabhu Mohapatra and Sanjay Sangani).

2. At that time, according to Mr.Uttam Behera, Mr. Mohapatra was expected to be back in few hours. Though, Mr. Mohapatra has stated (in his dismissal appeal) that he was in Mexico until October 30, 2002.

3. According to the incorporation records, Mr. Prabhu Mohapatra is the founder and president/owner of a company. Though Mr. Prabhu Mohapatra has listed a non-existent address with Commission of incorporations, but the same office (Commission of incorporations, Arizona) also provided me the right mailing address of his company. So, summons were served at right address. Please note that in his civil case (EXHIBIT J), he is using the same address where summons were served. It confirms that summons were served at right place.

4. For records, on October 26, 2002, a COPY of summons was mailed to his attorney too, and it also came back. His attorney knew about that letter, as he was notified after summons were served to defendants.

5. On October 7, 2002, Mr.Uttam Behera sent a certified letter (copy is enclosed) to my address, stating that Mr. Prabhu Mohapatra did not want to accept any court-related papers.

6. On November 18, another letter came from Mr. Prabhu Mohapatra's wife (dated November 15, 2002- copy is enclosed) that they accepted a letter by mistake and thus sent back to my address.

   Please note the incidents with respect to dates:
   a) Once summons were served (October 25, 2002), according to his employee, Mr. Prabhu Mohapatra was around and he was supposed to be back in few hours to his office.

   b) According to Mr. Mohapatra's letter (motion to dismiss the case), he was in Mexico until, October 30, 2002.

   c) On October 31, Mr. Mohapatra filed a civil case (as a retaliation) against my wife and me by ignoring those summons.

   d) On November 7th, his employee writes a letter to my address that Prabhu Mohapatra (his boss) and his attorney would not accept any court-related letters from me.

e) Mr. Uttam Behera provided another address to mail necessary documents for Mr. Prabhu Mohapatra to.

f) On account of such excuses, On November… I called US District Court of Massachusetts for help and Sherry helped me to solve this issue. As per her suggestion, a letter (copy of summons) was sent to that address with a proof of delivery. On November.. Mrs. Mohapatra's sister signed that express mail letter.

g) On November 18, that express also letter came back to me (along with a cover letter from Mr. Prabhu Mohapatra's wife), stating that they accepted that letter by mistake.

h) Around middle of November, Mr. Mohapatra receives a letter from trial court of Massachusetts about criminal harassment to me for past three years.

i) On November 16, 2002, he immediately amended his civil case against both of us by changing the amount from ~$44,000,000 dollars to $100,000. That amended civil case has FULL COPY of my documents (Please see, EXHIBIT L), which were included with summons.

j) On November, Mr. Prabhu Mohapatra files for motion to dismiss my civil case against him.

7. These facts prove that defendant, Mr. Prabhu Mohapatra is not only harassing my wife and me, but he is deceiving and manipulating the court system too.

**\*\*\*\*\*\*\*\*\*\***

Dr. Anil Kumar Chawla.
16 Shrewbury Green Drive, Unit H
Shrewsbury, MA - 01545

November 6, 2002

Dear Mr. Chawla,

My name is Uttam Kumar Behera. I received a letter from a man who said you sent it for Prabhu Mohapatra and Sanjay Sangani.

I am writing to tell you that I was told by the man to sign it for Prabhu and Sanjay and so I did It looks like I received it mistakenly, however, and so I am returning it to you. I spoke to Prabhu about it and he knew your name. He was in Mexico at that moment and he said he was expecting your signed transfer of ownership of allindiaonline.com by October 31, 2002. I told him it looked like a court document and not a transfer. I do not know where Sanjay lives and where he is employed.

Prabhu told me to talk to our lawyer. The lawyer said he and I are not authorized by Prabhu or Sanjay to sign for things releting to what you sent and to have you send it to Prabhu and Sanjay directly since those are the names on the document. He also told me to advise you that Sanjay and Prabhu do not live at this address. This is a bussiness address.

Prabhu told me you can mail the signed tansfer of owership to him at his home address. Prabhu's home address is:

16619 South 37th Way,
Phoenix, Arizona - 85048

In the feature, Please contact Prabhu at his residence or his lawyer directly. Sanjay's whereabouts are unkown to us. I do not know the lawyer's address but Prabhu said you have it.

Sorry for the inconvenience.

Your Truly,

Uttam K. Behera
308 S. Extension Rd. #111
Mesa, AZ- 85210

November 15, 2002.

Mr. Chawla,

My sister accidently signed for the letter you sent to my husband. She thought it was for her but I noticed it was not. I am sorry for her mistake but she does not speak or understand English. I am returning the letter to you unopened so you can remail it to my husband to sign as you apparently originally intended. My husband is out of town right now but he told me that he is the only one who can legally sign for his mail. He said you can call him at 602-526-1843 to make arrangements to get the letter you sent him when he gets back in town or just leave a message. I am sorry if my sister caused you any inconvenience. It won't happen again because I told her only to sign for things with her name on them.

thank you
Cielo Mahapatra

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/25/02 |
| NAME OF SERVER *(PRINT)* Kevin Gasten | TITLE Process Server with Arizona |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Uttam Behera for Prabhu Mohapatra

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 55 00 | .55 00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/02
_____Date_____

_____Signature of Server_____

PO Box 7361 Mesa AZ 85216
_____Address of Server_____

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/25/02 |

| | TITLE |
|---|---|
| NAME OF SERVER (PRINT)   Kevin Graston | Process Server with Arizona |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Uttam Behera for Sanjay Sahgant*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/25/02
Date

_____
Signature of Server

Po Box 7361 Mesa AZ 85216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ATTACHMENT 2



# Trial Court of The Commonwealth - District Court Department
## Westborough Division

**CLERK-MAGISTRATE**
THOMAS X. COTTER

(508) 366-8266

175 MILK STREET
WESTBOROUGH, MASSACHUSETTS 01581

FIRST JUSTICE
PAUL S. WAICKOWSKI

ASSOC. JUSTICE
ROBERT B. CALAGIONE

November 4, 2002

**PROBATION OFFICERS**

CHIEF PROBATION OFFICER
FREDERICK McCONAGHY

ASST. CHIEF PROB. OFF.
STEPHEN P. SANTORA

JAMES E. BUTCHER
VERONICA JOHNSON
WENDY LAVIGNE
JUSTIN W. MICHAUD
EDWARD P. SULLIVAN

ASSOCIATE PROBATION OFFICERS
MANDY ADAMS
RENEE MURPHY

(508) 366-1204

Eric G. Bjotvedt, Esquire
27835 North 47th Street
Cave Creek, AZ 85331

Re: Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Mohapatra, Prabhu
Commonwealth (Shrewsbury Police Department) vs. Sangani, Sanjov

Dear Attorney Bjotvedt:

Please be advised that several weeks ago I was presented with applications for criminal process to be issued from the Westborough District Court to and against the above three defendant parties. I enclose the face sheets of the applications in order that you will officially know exactly what has been filed with this court in terms of the process requested. The crime of Criminal Harassment under Chapter 269, S 43A has been on the books for two to three years and as far as I can tell has not been tested via the Supreme Court of the Commonwealth of Massachusetts. It has been my policy over the years to always grant Hearings for our citizens in an effort to, at least, let them be heard and give the other side an equal opportunity to be heard as well. In an all out effort to be fair in this matter let me reserve further comment on these cases except to say that there are several questions which give rise to my curiosity. This is what I plan to do.

On Wednesday, December 18, 2002, at 8:30 A.M. I am setting these applications down for Probable Cause Hearings obviously to attempt to reach a conclusion as to whether or not the alleged accusations in these cases rise to the level of criminal conduct as set forth in MGL C265, S 43A. From the correspondence that I have, I am assuming that you continue to represent the

corporation and the other two defendants named in the applications and because of this uncertainty, I want you to know that I am forwarding copies of this letter and enclosures to the parties involved. Finally, I have one further comment and that is that I want you to know that I recognize, among other things, the geography which separates the parties, not to mention the expense of traveling east for the proposed Hearings. Therefore, in the alternative, may I suggest that you and/or your clients might be interested in some sort of rebuttal or denial by correspondence with this office concerning the material which this day I have forwarded to you.

Please understand that your personal appearance along with the other two gentlemen is the preferred procedure to be followed in this case. My suggestion regarding rebuttal by correspondence is merely a secondary alternative and I might add not an unreasonable one under all of the circumstances. I am,

Very truly yours,

Thomas X. Cotter, Esquire
Clerk Magistrate

mrb

enclosures

| APPLICATION | ☐ ADULT | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|
| FOR COMPLAINT | ☐ JUVENILE | | | |

| ☐ ARREST | ☑ HEARING | ☐ SUMMONS | ☐ WARRANT | COURT DIVISION |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/25/2002 | 06/18/2002 | SHREWSBURY |

| NAME OF COMPLAINANT | | NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|---|
| LT. J.J. HURLEY   508-841-8577 | | | | |
| ADDRESS AND ZIP CODE OF COMPLAINANT | | 1. | CRIMINAL HARRASMENT | 269-43A |
| Shrewsbury Police Department | | | | |
| 106 Maple Avenue | | | | |
| Shrewsbury, MA  01545 | | 2. | | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | | | |
| SANGANI, SANJAY R.   M#M9908584 | | 3. | | |
| 6505 WEST FRYE ROAD, #24   A#F0200175 | | | | |
| CHANDLER, AZ  85226   I#I0214043 | | 4. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING        AT | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|

### CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Av't Chawta 16 t Shrewsbury Green | | Criminally Harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  —[This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED. IT HAS CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

X _____
SIGNATURE OF COMPLAINANT

### DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0 | 0 | |
| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | |

### ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE**                **TYPE OF PROCESS** ☐ Sufficient evidence presented   ☐ Warrant ☐ Defendant failed to appear      ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION ☐ ADULT | NUMBER | | Trial Court of Massachusetts |
| --- | --- | --- | --- |
| FOR COMPLAINT ☐ JUVENILE | | | District Court Department |

| ☐ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT | COURT DIVISION |
| --- | --- |
| The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below. | Westborough District Court<br>175 Milk Street |

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE | Westborough, MA. 01581 |
| --- | --- | --- | --- |
| 10/10/2002 | 06/18/2002 | SHREWSBURY | |

| NAME OF COMPLAINANT | NO. | OFFENSE | G.L. Ch. and Sec. |
| --- | --- | --- | --- |
| LT. J.J. HURLEY        508-841-8577 | | | |
| ADDRESS AND ZIP CODE OF COMPLAINANT | 1. | CRIMINAL HARRASMENT | 269-43A |
| Shrewsbury Police Department | | | |
| 106 Maple Avenue | | | |
| Shrewsbury, MA  01545 | 2. | | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | | |
| MOHAPATRA, PRABHU        M#M9908583 | 3. | | |
| 6505 WEST FRYE RD, #24     A#F0200175 | | | |
| CHANDLER, AZ  85226       I#I0214048 | | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | ← COURT USE ONLY |
| --- | --- | --- | --- | --- |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
| --- | --- | --- | --- | --- |
| 1 | Anil Chawla<br>16th Shrewsbury Inn | | Criminally Harrased | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:    [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _St James Hurly_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| No date | | | | UNK | 0 | 0  0 | | |
| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
| --- | --- | --- |
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE          TYPE OF PROCESS<br>☐ Sufficient evidence presented   ☐ Warrant<br>☐ Defendant failed to appear     ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION FOR COMPLAINT | ☑ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|

☐ ARREST   ☑ HEARING   ☐ SUMMONS   ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT
LT. J.J. HURLEY          508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT
Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA  01545

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
INT'L SCIENCE & TECH INC.          M#M0207662

6505 W. FRYE ROAD, #24          A#F0200175

CHANDLER, AZ  85225          I#I0214048

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | [          ] 265/43A |
| 2. | | |
| 3. | | |
| 4. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING   AT | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|

CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Omid Ehsani 164 Shrews. Green | Criminally Harrassed | | |
| 2 | Shrews, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS: [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED. IT HAS CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _Lt. James Hurley_
SIGNATURE OF COMPLAINANT

DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0  0 | 0 | | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE          TYPE OF PROCESS ☐ Sufficient evidence presented   ☐ Warrant ☐ Defendant failed to appear     ☐ Summons returnable _____ | |
| | ☐ Continued to | |

FILED
IN CLERKS OFFICE

U.S District Court of Arizona 2002 NOV 25 A 11: 05
Sandra Day O'Connor U.S. Courthouse DISTRICT COURT
401 W. Washington Street, Suite 130, SPC 1 DISTRICT OF MASS.
Phoenix, AZ 85003-2118

Re.: Case Number - CIV02-2187-PHX-JWS

Honorable Judge,
I am writing this letter to request you to dismiss
the civil case or please transfer it from Arizona to
U.S. Court of Massachusetts. On account of our police
complaints, and a civil case against Mr Mohapatra,
he decided to take revenge by involving me too
into his civil case. My husband had told him
repeatedly that he should not bother me, but I
do not know why he wanted to put my name in
that civil case. On account of three years of
harassment by him, I am scared of him, and I
strongly believe that his intentions are to hurt
our family further. In past three years, we
never made any call to him and neither wrote
any letter to him, but he is after my husband
and me for a long time. First he filed a case
for demanding about 43 million dollars, and
then amended it to $100,000. He does not have
any US trademark, yet he had been harassing us for

years.

We are simple people living here in apartment at Shrewsbury, Massachusetts for many years and raising two kids. His harassment is affecting our kids growth, their school performance and their well being too. Kids are asking questions, which are difficult for us to answer.

Police department at shrewsbury, Massachuset has a record of such harassment by Mr Mohapa Recently the matter became too serious that police department finally decided to take a criminal action against him and his company.

On account of his harassment, our website suffered complete loss too. In year 1999 he forced my husband to close a website — he took an advantage of my husband's poor health when he was going through some surgeries. In year 2001, I tried to do job outside (as a cashier in a stor but on account of such threats and stress I had to quit my job. Few weeks ago, I started a job again with hope that an appropriate action will be taken against Mr. Mohapatra by Police Dept.

Begining of this month (Nov. 2), my husband had to go to emergency on account of stress - plea see enclosed hospital report. He was found with Hig

BP, and his heart tests were performed. We know that we have done nothing, and we have nothing to hide, but Mr Mohapatra wants to take revenge by draining us economically and emotionally. If this case could not be dismissed on any grounds, I will appreciate if you kindly transfer it into the state of Massachusetts so that we could manage it locally in our state.

Sincerely,
Himani Chawle

Copy of this letter to Mr Prabhu Mohapatra and his Attorney (along with all other documents).



# Trial Court of The Commonwealth - District Court Department
## Westborough Division

CLERK/MAGISTRATE
THOMAS X. COTTER

(508) 366-8266

175 MILK STREET
WESTBOROUGH, MASSACHUSETTS 01581

FIRST JUSTICE
PAUL S. WAICKOWSKI

ASSOC. JUSTICE
ROBERT B. CALAGIONE

November 4, 2002

PROBATION OFFICERS

CHIEF PROBATION OFFICER
FREDERICK McCONAGHY

ASST. CHIEF PROB. OFF.
STEPHEN P. SANTORA

JAMES E. BUTCHER
VERONICA JOHNSON
WENDY LAVIGNE
JUSTIN W. MICHAUD
EDWARD P. SULLIVAN

ASSOCIATE PROBATION OFFICERS
MANDY ADAMS
RENEE MURPHY

(508) 366-1204

Eric G. Bjotvedt, Esquire
27835 North 47th Street
Cave Creek, AZ 85331

Re: Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Mohapatra, Prabhu
Commonwealth (Shrewsbury Police Department) vs. Sangani, Sanjov

Dear Attorney Bjotvedt:

Please be advised that several weeks ago I was presented with applications for criminal process to be issued from the Westborough District Court to and against the above three defendant parties. I enclose the face sheets of the applications in order that you will officially know exactly what has been filed with this court in terms of the process requested. The crime of Criminal Harassment under Chapter 269, S 43A has been on the books for two to three years and as far as I can tell has not been tested via the Supreme Court of the Commonwealth of Massachusetts. It has been my policy over the years to always grant Hearings for our citizens in an effort to. at least, let them be heard and give the other side an equal opportunity to be heard as well. In an all out effort to be fair in this matter let me reserve further comment on these cases except to say that there are several questions which give rise to my curiosity. This is what I plan to do.

On Wednesday, December 18, 2002, at 8:30 A.M. I am setting these applications down for Probable Cause Hearings obviously to attempt to reach a conclusion as to whether or not the alleged accusations in these cases rise to the level of criminal conduct as set forth in MGL C265, S 43A. From the correspondence that I have, I am assuming that you continue to represent the

corporation and the other two defendants named in the applications and because of this uncertainty, I want you to know that I am forwarding copies of this letter and enclosures to the parties involved. Finally, I have one further comment and that is that I want you to know that I recognize, among other things, the geography which separates the parties, not to mention the expense of traveling east for the proposed Hearings. Therefore, in the alternative, may I suggest that you and/or your clients might be interested in some sort of rebuttal or denial by correspondence with this office concerning the material which this day I have forwarded to you.

Please understand that your personal appearance along with the other two gentlemen is the preferred procedure to be followed in this case. My suggestion regarding rebuttal by correspondence is merely a secondary alternative and I might add not an unreasonable one under all of the circumstances. I am,

Very truly yours,

Thomas X. Cotter, Esquire
Clerk Magistrate

mrb

enclosures

| APPLICATION<br>FOR COMPLAINT | ☐ ADULT<br>☐ JUVENILE | NUMBER | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| ☐ ARREST   ☐ HEARING   ☐ SUMMONS   ☐ WARRANT | COURT DIVISION |
|---|---|

The within named complaint requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/15/2002 | 06/18/2002 | SHREWSBURY |

| NAME OF COMPLAINANT | NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|---|
| LT. J.J. HURLEY   508-841-8577 | | | |
| ADDRESS AND ZIP CODE OF COMPLAINANT | 1. | CRIMINAL HARRASMENT | 269-43A |
| Shrewsbury Police Department | | | |
| 106 Maple Avenue | | | |
| Shrewsbury, MA  01545 | 2. | | |

| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | | |
|---|---|---|---|
| SANGANI, SANJAY R.          M#M9908584 | 3. | | |
| 6505 WEST FRYE ROAD, #24    A#F0200175 | | | |
| CHANDLER, AZ  85226         I#I0214048 | 4. | | |

| COURT USE<br>ONLY → | A hearing upon this complaint application<br>will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE<br>← ONLY |
|---|---|---|---|---|
| | | | AT | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Ass't Chandler<br>16 # Shrewsbury Green | | Criminally harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS: [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED. IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

X _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0 | 0 | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE           TYPE OF PROCESS<br>☐ Sufficient evidence presented    ☐ Warrant<br>☐ Defendant failed to appear      ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION FOR COMPLAINT | ☐ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|

☐ ARREST   ☐ HEARING   ☐ SUMMONS   ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT
LT. J.J. HURLEY          508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT
Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA   01545

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
MOHAPATRA, PRABHU          M#M9908583

6505 WEST FRYE RD, #24          A#F0200175

CHANDLER, AZ   85226          I#I02140484

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | 269-43A |
| 2. | | |
| 3. | | |
| 4. | | |

| COURT USE ONLY ⟶ | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ⟵ ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Anil Chawla 164 Shrewsbury Grn. | | Criminally Harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:   [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED. IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _St James Hurly_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0 0 | | |

| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|---|
| | | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE          TYPE OF PROCESS ☐ Sufficient evidence presented   ☐ Warrant ☐ Defendant failed to appear   ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION ☑ ADULT | NUMBER | Trial Court of Massachusetts |
|---|---|---|

**APPLICATION FOR COMPLAINT** ☑ ADULT ☐ JUVENILE   NUMBER

**Trial Court of Massachusetts District Court Department**

☐ ARREST   ☑ HEARING   ☐ SUMMONS   ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT
LT. J.J. HURLEY          508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT
Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA  01545

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | [~~Misdem~~] 265/43A |
| 2. | | |
| 3. | | |
| 4. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
INT'L SCIENCE & TECH INC.          M#M0207662
6505 W. FRYE ROAD, #24          A#F0200175
CHANDLER, AZ  85226          I#I0214046

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|
| | | | AT | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Carol Stewart 164 Shrews Green | Criminally Harrassed | | |
| 2 | Shrews, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _Lt James Hurley_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0 | 0 | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE**  **TYPE OF PROCESS** ☐ Sufficient evidence presented  ☐ Warrant ☐ Defendant failed to appear  ☐ Summons returnable | |
| | ☐ Continued to | |

**5) BRONCHITIS; PNEUMONIA, PLEURISY:** The bronchial tubes carry oxygen into the lungs. Infection and inflammation of these tubes is called bronchitis; Pneumonia is infection of the lungs. Bronchitis and pneumonia are most often caused by viruses or bacteria. Signs and symptoms of bronchitis and pneumonia include cough (with/without sputum), shortness of breath, wheezing, fever, chills, chest pain and fatigue. Not all of these may be present in each person. Pleurisy is inflammation of the lining of the lungs and causes sharp chest pain with each breath.

**Instructions:**
- a) Use medication(s) as prescribed
- b) Acetaminophen or ibuprofen for pain or fever
- c) DO NOT SMOKE!
- d) Rest

**Seek Immediate medical attention for:**
1) Shortness of breath
2) Persistent cough or wheezing
3) Weakness or dizziness
4) Chest pain
5) Fever
6) Not improving in 48 hours or worse

**Return for any other concerns you may have.**

**6) ASTHMA:** Asthma is due to tightening and inflammation of the airways in the lungs; usually because of a "trigger", such as pollen, animal fur, cold, exercise, or upper respiratory tract infection. Symptoms include shortness of breath, wheezing, cough, and chest tightness.

**Instructions:**
- a) Rest. Drink plenty of fluids.
- b) Stay indoors in an air conditioned area if you have environmental allergies
- c) Medications, such as albuterol inhalers, are the main treatment for acute asthma attacks. Steroids may also be prescribed. Always use a "spacer" when using inhalers to improve delivery of medication. Take medications as directed.
- d) Learn how to use a peak flow meter

**Seek Immediate medical attention for:**
1) Increasing shortness of breath and wheezing
2) Using inhalers more frequently than prescribed
3) Peak flow of less than 80% of predicted
4) Chest pain, weakness or dizziness
5) Fever
6) Inability to drink enough fluids

**Return for any other concerns you may have.**

**7) URI (Upper Respiratory Infection):** Most URIs are caused by viruses and generally get better without any treatment. Antibiotics are usually not effective for this condition. Signs and symptoms include runny nose, sinus congestion, sore throat, cough, and, sometimes, fever. URIs occasionally lead to other infections such as pneumonia, sinusitis, or ear infection.

**Instructions:**
- a) Rest
- b) Take medication(s) as prescribed
- c) Acetaminophen or ibuprofen for fever and pain
- d) Drink plenty of fluids
- e) Over the counter cough and cold medications may be helpful; It is essential to read and follow directions and warnings associated with these medications
- f) DO NOT SMOKE!

**Seek Immediate medical attention for:**
1) Shortness of breath
2) Weakness or dizziness
3) Persistent cough or wheezing
4) Not improving in 48 hours
5) Chest pain
6) Fever for more than 24 hours
7) Facial pain

**Return for any other concerns you may have.**

**8) SORE THROAT:** Sore throats are usually caused by viruses for which antibiotics are not useful. Some sore throats, like Strep throat, are due to bacteria and require antibiotic treatment. Other causes include yeast infection, irritants, dryness, foreign bodies, abscesses, and pain referred from other structures.

**Instructions:**
- a) Use acetaminophen or ibuprofen for pain and fever control
- b) Drink plenty of fluids
- c) Warm salt water gargles may be helpful
- d) If you were placed on an antibiotic, complete the entire course, even if you feel better earlier

**Seek Immediate medical attention for:**
1) Difficulty breathing or speaking
2) Fever that lasts longer than 24 hours
3) Not improving in 48 hours
4) Inability to swallow liquids
5) Swelling or pain of face or neck

**Return for any other concerns you may have.**

**9) HEAD INJURY:** A head injury can lead to bleeding in and around the brain, as well as bruising of the brain, causing increased pressure within the skull. This is a true medical emergency that can lead to death or serious disability. It is essential to have a responsible adult observe, wake, and check on you every 3-4 hrs for 12 hrs.

**Further instructions:**
- a) Rest
- b) DO NOT drink alcohol or use sedatives or other drugs that cause sleepiness
- c) Avoid medications that prevent blood clotting, such as aspirin or ibuprofen, unless otherwise stated by your physician. Use acetaminophen for pain control.
- d) Apply ice intermittently to bruised areas
- e) ALWAYS use helmets, seat belts, and age appropriate car seats to reduce the risk of injury

**Seek Immediate medical attention for:**
1) Persistent or worsening headache
2) Stiff neck
3) Confusion or change in behavior
4) Unconsciousness
5) Persistent vomiting
6) Change in vision or unequal pupils
7) Unusual drowsiness or lethargy
8) Seizures

**Return for any other concerns you may have.**

**INSTRUCTIONS:** Return w/ severe chest pain, sweating, nausea + vomiting Follow-up with primary care provider

**PRESCRIPTION:** Famotidine 20mg by mouth twice a day

INFORMATION ABOVE REVIEWED WITH RESIDENT AND PATIENT

**FOLLOW UP:** DR.

**CLINIC:**

TIME:  DATE:

2)

TIME:  DATE:

**PATIENT SIGNATURE:** X

**DISCHARGE TIME:**

**PATIENT INSTRUCTIONS**

☐ M.D. COMPLETE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**595 Main Street, Worcester**   District of   **Massachusetts**

ATTACHMENT 4

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

**SUMMONS IN A CIVIL CASE**

V.

Prabhu Mohapatra
308 South Extension Road, #111,
Mesa, Arizona, 85210

CASE NUMBER:

## 02 - 40198 - NMG

Sanjay Sangani
308 South Extension Road, #111,
Mesa, Arizona, 85210

TO: (name and address of Defendant)

Mr. Prabhu Mohapatra
c/o ISTI Network
308 South Extension Road, #111,
Mesa, Arizona, 85210

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff (name and address):

Dr. Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

*Sherry Jones*

(By) DEPUTY CLERK

10-23-02

DATE

✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**595 Main Street, Worcester**      District of      **Massachusetts**

ATTACHMENT 4

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

**SUMMONS IN A CIVIL CASE**

V.

Prabhu Mohapatra
308 South Extension Road, #111,
Mesa, Arizona, 85210

CASE NUMBER:

Sanjay Sangani
308 South Extension Road, #111,
Mesa, Arizona, 85210

## 02-40198 NMG

TO: (name and address of Defendant)

Mr. Sanjay Sangani
c/o ISTI Network
308 South Extension Road, #111,
Mesa, Arizona, 85210

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff (name and address):

Dr. Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   10-23-02

_____        _____
CLERK                                          DATE

_Sherry Jones_
(By) DEPUTY CLERK

# UINTED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

CIVIL ACTION
No._____

Case # 02-40198-NMG

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

V.

Prabhu Mohapatra
308 South Extension Road, #111,
Mesa, Arizona, 85210

Sanjay Sangani
308 South Extension Road, #111,
Mesa, Arizona, 85210

## COMPLAINT

### Parties

1. The plaintiff is a resident of Shrewsbury, Massachusetts and a citizen of the United States.

2. The defendant Prabhu Mohapatra is a resident of Arizona and his citizenship is unknown.

3. The defendant Sanjay Sangani is a resident of Arizona and his citizenship is unknown.

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C §1332

## Facts

5. On October 6, 1999, Mr. Prabhu Mohapatra and Mr. Sanjay Sangani forced me to close my entire website titled www.allindiaonline.com.   Defendants made false allegations against me for violating their trademark.  In fact, even as of this date, defendants do not have any relevant US trademark.

6. I was threatened and forced to remove even a single word or flag/picture in my website.  Under such circumstances, I had no choice except to close down my entire website.  Since three years, I have been subjected to further harassment, forcing me to surrender even my website's domain name to defendants.

7. On account of ongoing threats from defendants, since October 1999, I could not open my site for the general public.  Although the website of defendants (www.aiol.com) and my site (www.allindiaonline.com) are completely different by the domain name, yet excuses, abusive language, defaming comments and scary tactics have been used to enforce their decision to keep my site closed and to surrender my domain name.  I was the first person to acquire my domain name (www.allindiaonline.com) legally from Internic from several similar available names, which were open for general public.

8. For the records, I contacted the local DA's office and the Police Department to inform them of this ongoing harassment from defendants. From time to time, this whole matter and relevant complaints of harassment were brought to the attention of District Attorney's office (Mr. James Reagon) and Shrewsbury Police Department (Lt James Hurley).

9. On account of forced shut down of my Internet site, and on going harassment for over three years, my wife also withdrew from this business initiative, as she was scared of the defendants' harassing attitude.  Prolonged stress and fear has eventually resulted in her losing this business, and consequently adding additional financial losses to our family.

10. On account of COMPLETE loss of website, and resulting stress during the past three years, a RELIEF of $300,000 is sought from defendants.

11. WHEREFORE, the Plaintiff demands judgment against the defendants for the damages as this Court deems just.

12. The plaintiff demands a trial by jury.

Signature

Name:     Dr. Anil K. Chawla

Addresss:  16 Shrewsbury Green Drive, Unit H
           Shrewsbury, MA 01545

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

FILED
CLERKS OFFICE

2002 NOV 25  A 11: 04

All India Online, Pvt Ltd
International Science & Technology, Inc
Prabhu Mohapatra, individually and as owner
and founder

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.                                                                  Case : CIV02-2187-PHX-JWS

Anil Kumar Chawla and
spouse, Himani Chawla
jointly and severably

# Motion for Dismissal or Change of Venue

1. We both (my husband and me) are <u>residents of the state of Massachusetts</u>.
   For the last three years, Mr. Prabhu Mohapatra ventured onto a vicious path
   of well-planned intimidation, threats, and threatening phone calls for the
   purpose of extortion of money from my husband and me.  Mr. Prabhu
   Mohapatra also succeeded in closing down <u>our web site in the state of
   Massachusetts</u>. Though Mr. Prabhu Mohapatra's website and his business
   is still in operation, but our site is closed since 1999. My husband is the
   <u>FIRST ONE to file the case against him from the US Court, District of
   Massachusetts</u>. On October 23, 2002, my husband filed a civil case against
   Mr. Prabhu Mohapatra <u>and appropriate summons were served to him on
   October 25, 2002.</u>  A copy of the civil case (as filed by me) from US
   District court of Massachusetts is enclosed.

2. Appropriate ENCLOSURES, and SUPPORTING DOCUMENTS are
   included which provide sufficient evidence for Mr. Prabhu Mohapatra's
   role in <u>cyber squatting and harassment</u>.

3. The two main reasons, for which Mr. Mohapatra decided to file a civil case
   my husband and me are as follows:

   a. <u>As a part of retaliation</u> after he was served with summons on
      October 25, 2002.

   b. <u>To defend himself from his role</u> in cyber squatting, blackmailing,
      demanding money and my domain name for the past three years.

4. On account of the possibility of criminal action by police department, Mr. Prabhu Mohapatra had been hiding his contact address, running away or relocating his business from one place to other. By that time, Mr. Prabhu Mohapatra filed civil case, <u>he may not be aware of the pending criminal investigation against him, his partner Sanjay Sangani and his company</u>. Once he received a letter (EXHIBIT K) from the **Trial Court of The Commonwealth of Massachusetts**, he realized the seriousness of his role in harassing my husband and me for more than three years. Initially he has demanded the amount of 43 millions dollars against us from his civil case (EXHIBIT J), but after receiving a letter from magistrate (which included face cover sheets from police department - please see EXHIBIT L), he immediately amended the same civil suit, and reduced the amount to $100,000. This confirms Mr. Prabhu Mohapatra's intentions to <u>harass my husband and me from his fraudulent civil case.</u>

5. Mr. Prabhu Mohapatra's civil case is not only part of cyber squatting, but he was <u>involved in an extreme blackmail practice</u> too. The entire experience of the harassment by Mr. Prabhu Mohapatra has been documented to the POLICE DEPARTMENT of Shrewsbury, Massachusetts. For the records, since October 1999, my husband had been in touch with local DA's office and the local Police Department about this matter. In the face sheets from police department, it is clearly written, that "...**harassed victim to the point that victims health and well being is affected**."

6. Mr. Prabhu Mohapatra had been making <u>false allegations</u> against my husband and me, to pay him money as if we violated some US trademark. As of this date, Mr. Mohapatra DOES NOT own any relevant US trademark from USPTO. This is the reason; he ignored to mention even a single word of the US trademark in his civil law suit. He had been deceiving my husband and me on this issue for past three years to extort money and my domain name.

7. In his civil case, Mr. Mohapatra is <u>trying to divert attention to some business in India</u>, but we both (myself and my husband) are US citizens, living in USA and we got our domain name legally from USA. Thus under such circumstances, he has no right to harass me or force me to shut down any business which is being operated on this soil. He writes about business in USA, but none of his contact addresses are in USA. In his website (www.aiol.com), and other domains names, he lists only India's address (EXHIBIT A and B)

8. Furthermore, my husband was the first person to register our domain name legally and lawfully from USA. Please see registration data sheets (EXHIBIT A), showing the domain names, WITH RESPECT TO DATES as issued. As Mr. Prabhu Mohapatra's website (www.aiol.com) is so different than our website (www.allindiaonline.com), even an FBI agent (after my complaints to police) reviewed the mater found that thee should be no problem in running the site. But, on account of continuous threats from Mr. Prabhu Mohapatra, we were unable to operate our site. Once he succeeded in closing down our site, he became obsessed with my domain name and started demanding even my web domain. My husband had acquired our domain name legally from the Internic on February 08, 1999.

9. On account of the possibility of criminal action by police department, Mr. Prabhu Mohapatra moved all addresses outside of USA. Registration sheets (EXHIBIT A and B) show that all his domains names have the addresses in India. Prabhu Mohapatra's US address are either secret or non-existent. According to Commission of Incorporations, his Chandler address in invalid too. On account of his relocations of contact addresses, Police department had to face a great deal of difficulty while filing case against him and his company. According to a letter from Mr. Mohapatra's employee, one of his partner's where about is still unknown. Though Mr. Prabhu Mohapatra's address has been located, but as of this date, he is still involved in hiding several facts, especially related the summons, which were served to him by a professional process server on October 25, 2002.

10. Therefore, Mr. Prabhu Mohapatra civil case is not only an act of harassment, but it is retaliation too. In brief, key facts are as follows:

   a. We are residents of the state of Massachusetts and endured criminal harassment by him in state of Massachusetts

   b. Civil case about the same matter is already filed against him in the state of Massachusetts.

   c. On account of his threats and intimidation, our business website was closed in the state of Massachusetts.

   d. Records of cyber squatting, harassment and extortion of money are documented with Police department at Shrewsbury, Massachusetts.

   e. Mr. Prabhu Mohapatra does not own any US trademark. His business under www.aiol.com has direct conflict with famous US company-AMERICA ONLINE too. This matter is related to a trademark, which has never been issued to Mr. Prabhu Mohapatra. Even a motion for summery judgment in favor of "AIOL All Indian Online" was denied by the US Dept. of Commerce in a case of

AMERICA ONLINE V. Prabhu Mohapatra, Please see EXHIBIT M for details.

f.  His business addresses are relocated in India. US addresses are non-existent or hidden. He does not have any valid US address for any of the domain names, which he lists in his civil case, including the address in his primary site www.aiol.com.

Therefore, I request for that Mr. Prabhu Mohapatra's case against my husband and me should be either dismissed or it should be transferred from the state of Arizona to the state of Massachusetts.

Signature: Himani Chawla

Name:    Himani Chawla

Address: 16 Shrewsbury green drives, Unit H
         Shrewsbury, MA 01545


**This request for motion is submitted on November 22, 2002**


Service certification:

I certify that a copy of this motion along with all documents are mailed to following:

All India On Line, Pvt ltd
International Science & Technology
Prabhu Mohapatra
308 S Extension, # 111
Mesa, AZ 852110


Eric G. Bjotvedt
Attorney for Plaintiffs
5025 N Central Ave, #411
Phoenix, Arizona 85012

FILED
IN CLERK'S OFFICE

2002 NOV 25  A 11: 04

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
U.S. DISTRICT COURT
DISTRICT OF MASS.

All India Online, Pvt Ltd
International Science & Technology, Inc
Prabhu Mohapatra, individually and as owner
and founder

V.                                          Case : CIV02-2187-PHX-JWS

Anil Kumar Chawla and
spouse, Himani Chawla
jointly and severably

# Motion for Dismissal or Change of Venue

1. We both (my wife and me) are <u>residents of the state of Massachusetts</u>. For the last three years, Mr. Prabhu Mohapatra ventured onto a vicious path of well-planned intimidation, threats, and threatening phone calls for the purpose of extortion of money from my wife and me.   Mr. Prabhu Mohapatra also succeeded in closing down <u>our web site in the state of Massachusetts</u>. Though Mr. Prabhu Mohapatra's website and his business is still in operation, but our site is closed since 1999. I am the <u>FIRST ONE to file the case against him from the US Court, District of Massachusetts</u>. On October 23, 2002, I filed a civil case against Mr. Prabhu Mohapatra <u>and appropriate summons were served to him on October 25, 2002.</u> A copy of the civil case (as filed by me) from US District court of Massachusetts is enclosed

2. Appropriate ENCLOSURES, and SUPPORTING DOCUMENTS are included which provide sufficient evidence for Mr. Prabhu Mohapatra's role in <u>cyber squatting and harassment</u>.

3. The two main reasons, for which Mr. Mohapatra decided to file a civil case my wife and me are as follows:

   a) <u>As a part of retaliation</u> after he was served with summons on October 25, 2002.

    b) <u>To defend himself from his role</u> in cyber squatting, blackmailing, demanding money and my domain name for the past three years.

4. On account of the possibility of criminal action by police department, Mr. Prabhu Mohapatra had been hiding his contact address, running away or relocating his business from one place to other. By that time, Mr. Prabhu Mohapatra filed civil case, <u>he may not be aware of the pending criminal investigation against him, his partner Sanjay Sangani and his company</u>. Once he received a letter (EXHIBIT K) from the **Trial Court of The Commonwealth of Massachusetts**, he realized the seriousness of his role in harassing my wife and me for more than three years. Initially he has demanded the amount of 43 millions dollars against us from his civil case (EXHIBIT J), but after receiving a letter from magistrate (which included face cover sheets from police department - please see EXHIBIT L), he immediately amended the same civil suit, and reduced the amount to $100,000. This confirms Mr. Prabhu Mohapatra's intentions to <u>harass my wife and me from his fraudulent civil case.</u>

5. Mr. Prabhu Mohapatra's civil case is not only part of cyber squatting, but he was <u>involved in an extreme blackmail practice</u> too.   The entire experience of the harassment by Mr. Prabhu Mohapatra has been documented to the POLICE DEPARTMENT of Shrewsbury, Massachusetts.   For the records, since October 1999, I had been in touch with local DA's office and the local Police Department about this matter. In the face sheets from police department, it is clearly written, that "...**harassed victim to the point that victims health and well being is affected.**"

6. Mr. Prabhu Mohapatra had been making <u>false allegations</u> against my wife and me, to pay him money as if we violated some US trademark. As of this date, Mr. Mohapatra DOES NOT own any relevant US trademark from USPTO. This is the reason; he ignored to mention even a single word of the US trademark in his civil law suit. He had been deceiving my wife and me on this issue for past three years to extort money and my domain name.

7. In his civil case, Mr. Mohapatra is <u>trying to divert attention to some business in India,</u> but we both (myself and my wife) are US citizens, living in USA and we got our domain name legally from USA. Thus under such circumstances, he has no right to harass me or force me to shut down any business which is being operated on this soil. He writes about business in USA, but none of his contact addresses are in USA. In his website (www.aiol.com), and other domains names, he lists only India's address (EXHIBIT A and B)

8. Furthermore, I was the first person to register my domain name legally and lawfully from USA. Please see registration data sheets (EXHIBIT A), showing the domain names, WITH RESPECT TO DATES as issued. As Mr. Prabhu Mohapatra's website (www.aiol.com) is so different than my website (www.allindiaonline.com), even an FBI agent (after my complaints to police) reviewed the mater found that I should have no problem in running the site. But, on account of continuous threats from Mr. Prabhu Mohapatra, we were unable to operate our site. Once he succeeded in closing down our site, he became obsessed with my domain name and started demanding even my web domain. I had acquired my domain name legally from the Internic on February 08, 1999.

9. On account of the possibility of criminal action by police department, Mr. Prabhu Mohapatra moved all addresses outside of USA. Registration sheets (EXHIBIT A and B) show that all his domains names have the addresses in India. Prabhu Mohapatra's US address are either secret or non-existent. According to Commission of Incorporations, his Chandler address in invalid too. On account of his relocations of contact addresses, Police department had to face a great deal of difficulty while filing case against him and his company. According to a letter from Mr. Mohapatra's employee, one of his partner's where about is still unknown. Though Mr. Prabhu Mohapatra's address has been located, but as of this date, he is still involved in hiding several facts, especially related the summons, which were served to him by a professional process server on October 25, 2002.

10. Therefore, Mr. Prabhu Mohapatra civil case is not only an act of harassment, but it is retaliation too. In brief, key facts are as follows:

   a) We are residents of the state of Massachusetts and endured criminal harassment by him in state of Massachusetts
   b) Civil case about the same matter is already filed against him in the state of Massachusetts.
   c) On account of his threats and intimidation, our business website was closed in the state of Massachusetts.
   d) Records of cyber squatting, harassment and extortion of money are documented with Police department at Shrewsbury, Massachusetts.
   e) Mr. Prabhu Mohapatra does not own any US trademark. His business under www.aiol.com has direct conflict with famous US company-AMERICA ONLINE too. This matter is related to a trademark, which has never been issued to Mr. Prabhu Mohapatra. Even a motion for summery judgment in favor of "AIOL All Indian Online" was denied by the US Dept. of Commerce in a case of

AMERICA ONLINE V. Prabhu Mohapatra, Please see EXHIBIT M for details.

f) His business addresses are relocated in India. US addresses are non-existent or hidden. He does not have any valid US address for any of the domain names, which he lists in his civil case, including the address in his primary site www.aiol.com.

Therefore, I request for that Mr. Prabhu Mohapatra's case against my wife and me should be either dismissed or it should be transferred from the state of Arizona to the state of Massachusetts.

Signature: _Anil K. Chawla_

Name:    Anil K. Chawla

Address:  16 Shrewsbury green drives, Unit H
          Shrewsbury, MA 01545

**This request for motion is submitted on November 22, 2002**

Service certification:

I certify that a copy of this motion along with all documents are mailed to following:

All India On Line, Pvt ltd
International Science & Technology
Prabhu Mohapatra
308 S Extension, # 111
Mesa, AZ 852110

Eric G. Bjotvedt
Attorney for Plaintiffs
5025 N Central Ave, #411
Phoenix, Arizona 85012

# Details and list of facts- cyber crime

By engaging in cyber squatting, Mr. Prabhu Mohapatra ventured a vicious path of well-planned intimidation, threats, and threatening phone calls for the purpose of extortion of money from my wife and me. The two main reasons, for which Mr. Mohapatra decided to file a his own civil against my wife and me are as follows:

 a)  As a <u>part of retaliation</u> after he was served with summons on October 25, 2002.

 b)  To <u>defend himself from the criminal harassment charges and police action- his role</u> in cyber squatting, blackmailing, demanding money and my domain name for the past three years.

On account of the possibility of criminal action by police department, Mr. Prabhu Mohapatra had been hiding his contact address, running away or relocating his business from one place to other. By that time, Mr. Prabhu Mohapatra filed civil case, <u>he may not be aware of the pending criminal investigation against him, his partner Sanjay Sangani and his company.</u>  Once he received a letter from the **Trial Court of The Commonwealth of Massachusetts**, he realized the seriousness of his role in harassing my wife and me for more than three years. Initially, in is retaliatory civil case, he has demanded the amount of 43 millions dollars.  But, right after receiving a letter from magistrate (which included face cover sheets from police department) he immediately amended the same civil suit, and reduced to amount to $100,000.  This confirms Mr. Prabhu Mohapatra's intentions to <u>harass me my wife and me from a fraudulent civil case.</u>

Though Mr. Prabhu Mohapatra was fully aware of my police complaints years ago, but in his civil case, he blames me for acting in a bad faith for my complaints to police department.  The contents in this document are provided in sufficient details, explaining his role in blackmail to extort of the money from my wife and me.

1. **So far Mr. Prabhu Mohapatra does not own any US trademark**
   Though Mr. Prabhu Mohapatra had been blackmailing me on account of a US trademark, but according to USPTO, no any trademark registration has been issued to him.  In a civil case, as filed by Mr. Prabhu Mohapatra (in retaliation to my own civil case against him), he deliberately ignored any issues related to a US trademark.  Please see section 4L for more details.

2. **Harassment on account of Mr. Prabhu Mohapatra's registered business in India**. We both (myself and my wife) are US citizens, living in USA and we got our domain name legally from USA. I am living in USA for ore than 21 years.  Thus under such circumstances, he has no right to harass me or force me to shut down a business as operated on this soil.  Furthermore, I was the first person to register my domain name legally and lawfully from USA.  Please

see **EXHIBIT A**, which provides proofs for the registration of my domain name, other relevant domain names, ownership of registrant, and dates once such domain names were issued.  Even an FBI agent, who reviewed this matter, found no problem for me to operate my business  But, on account of Mr. Prabhu Mohapatra's harassment and threats, I was forced to shut down entire website. Please see **EXHIBIT A, which shows that all domain names, which Mr. Prabhu Mohapatra acquired about this matter, have only address in India.** Please see another **EXHIBIT B, showing the registration of his main site,** www.aiol.com**. The contact address is in India too and no US address is listed anywhere.**  Prabhu Mohapatra's US address are either **secret or non-existent**. Please see registration record of domain name like isti.net, aiolusa.com, celmex.com (**EXHIBIT C**) - these have chandler, Arizona address.  According to Commission of Incorporations, his Chandler address is invalid. On account of his relocations of contact addresses, Police department had to face a great deal of difficulty too, while filing case against him and his company.  According to a letter from Mr. Mohapatra's employee, one of his partner's where about is still unknown.

3. **Mr. Prabhu Mohapatra's website is still running, but my site is closed**.  Mr. Prabhu Mohapatra is still in business, and he is selling items through his website, but as of this date, my site is completely closed on account due to his threats.  He did not want me to use even a single word in my web site. Though my site is closed, but in order to grasp my domain name, Mr. Prabhu Mohapatra did not want me to even renew my domain name.

4. **Harassment by Mr. Prabhu Mohapatra, cyber squatting and proof for extortion of money by illegal means:**  His harassment to us for more than three years is probably linked due to his extreme obsession to grasp my domain name too. Complete facts about domain related matters are provided in next section (**points 4a to 4L**) .

# Background information
## (Evidences:  CYBER SQUATTING by Mr. Prabhu Mohapatra)

During the beginning of February of 1999, I searched for the right domain name for a business.  At that time all following names were available to the general public:

>  www.allindiaonline.com (acquired by me on February 08, 1999, now it is
>                          renewed up to 2005, please see **EXHIBIT A**)
>  www.allindfiaonline.net
>  www.allindiaonline.org
>  www.allindiaonline.cc
>  www.allindiaonline.info

I selected only one name, which is www.allindiaonline.com and left all others to be taken away by any anyone else for any purposes.

Once, once Mr. Prabhu Mohapatra came to know that I have filed complaints to police department, he acquired other similar names (as a reaction) like  following names:
www.allindfiaonline.net (Acquired by Mr. Prabhu Mohapatra on 05-Mar-2000)
 www.allindiaonline.org (Acquired by Mr. Prabhu Mohapatra on 29-Dec-2001),
www.allindiaonline.cc  (Acquired by Mr. Prabhu Mohapatra on 8-Feb-2002)
www.allindiaonline.info (Acquired by Mr. Prabhu Mohapatra 01-Nov-2002- recently)

Please note that all above 4 names were acquired by Mr. Prabhu Mohapatra years after my domain name.  His purpose to acquire such names is deceive the legal system by showing that he owns several domains.  Registration sheets (**EXHIBIT A**) are included, showing the proof of dates once above domain names were registered.

About www.aiol.com (Mr. Prabhu Mohapatra's site): Majority of companies do select ONLY single domain name for a particular business.  For example, name ending with net will be used by those who wish to provide network-related services, and government agencies may use domain name ending with gov etc.  As millions of websites are running at a time and millions of names are available for registration to general public, no one will have time or interest to look into millions of other web sites to find any necessary information.  Thus, a site www.aiol.com (Mr. Prabhu Mohapatra's site) also existed among millions of sites.  So I was not aware of that site until he started to harass me. Please see **EXHIBIT B** for the registration of his primary site, www.aiol.com.  The contact address is in India and no US address is listed anywhere.

After legally registering my domain name (February 1999), we spent more than 6 months to prepare the contents of our site.  In the month of August 99 (about 7 months later), I installed the contents of my website for the general public.  Thus, until the month of August 1999, there were no contents in my web site.  Please see **EXHIBIT D**, this graph shows that until the month of August 1999, there was no traffic to my site.  The traffic only came to my web site once we added the information and started publicizing the site.

Once we closed our site (due to threats from Mr. Prabhu Mohapatra), the traffic to our site declined immediately. As of this date, my site is still closed.

<u>Time frame when extortion of money started:</u> Within few weeks of installation of our site, we received a harassing letter (by fax- **EXHIBIT E**) and as well as by registered mail (dated October 6, 1999) with threatening words. That letter included defaming words too, that complaints against us have been forwarded to high authorities. Over the phone, Mr. Prabhu Mohapatra was very hostile and abusive. He talked about his board of directors, their unanimous decision against me, and started asking money related questions. Under such circumstances, he did not leave any choice with us, except to close down our site. I was going through poor health at that time (kidney related surgery) but he only wanted to talk about money in millions of dollars.

# Reasons behind his harassment
## (Well-planned cyber squatting, blackmail and extortion of money)

**4a) <u>Mr. Prabhu Mohapatra did not deliberately take the name www.allindiaonline.com or any other similar names once the were available for registration.</u>** By the time I registered my domain name, he may have thought that I am a rich person. In order to extort money, he preferred to wait some more time- looking for an opportunity to blackmail me. He probably did not want to contact me until he finds some contents in my website. Once information was installed in my website (providing mostly community services to help US citizens of Indian origins living in USA), he did not contact me right away. He may have looked at it very carefully, but probably he wanted to wait for additional 2-3 weeks. Once he knew that my site is doing okay (I had a counter at bottom and I had about 4,000 clicks in 2-3 weeks of time), all of sudden he started to blackmail me by stating that I violated a US trademark. I could not imagine that USPTO would provide trademark registration to such a common name. The truth to this matter is that as of today, Mr. Prabhu Mohapatra does not have any US trademark. After his harassing letters/calls, I looked at his site (www.aiol.com), and found out that <u>his site has almost same number of clicks (as my site clicks) for entire time since he was in his business.</u> Did he make money in millions from his website's having 4860 clicks? Please see **EXHIBIT F** showing the picture of his website as taken on October 13, 1999. This picture shows the total number of clicks in his site too (please see bottom of the page), which are 4860. He started to talk about his board of director's decisions and money in millions. I wrote him few letters by e-mails, and requested him to stop harassing me. Once he did not listen, I filed complaint to police department for a cyber squatting. As a record, I also provided some picture of his website to detective James Hurley, Shrewsbury Police Department. Most of famous sites do have millions of clicks in a day or so, and yet they do not make money in millions. Yet, for no valid reasons, he started to black my wife and me in millions of dollars.

**4b) <u>No remorse while cyber squatting to extort money:</u>** By the time Mr. Prabhu Mohapatra started to harass me (October-November, 1999), I was going through some kidney-related surgeries (please see **EXHIBIT G),** but he did not express any remorse. Rather, he took an advantage of my poor health and wanted money in millions. During his phone calls, he often talked about his company's board of directors, and started to dictate their decisions. Even he mentioned that in worst case **(if I die during my hospitalization),** if some one or my wife would be able to take case of this matter for paying him losses in millions due to our violation of US laws and US trademark. **It was very hurting to listen such words, especially during the middle of my surgeries.** On account of such demeaning tactics, he left no choice for me except to shut down my site. Following his harassment, I discussed this whole matter with DA's Office, Mr. James Reagon, and police detective James Hurley. As a record, I submitted my surgery related hospitalizations record to police department.

**4c) <u>An FBI agent looked into this matter too</u>.** As Mr. Prabhu Mohapatra's website (www.aiol.com) is so different than my website (www.allindiaonline.com), even

an FBI agent (after my complaints to police) reviewed the mater found that I should have no problem in running the site. Detective James Hurley had followed up this matter with **High-tech-cyber crime** branch. As of today, in his primary site, www.aiol.com, he lists only India addresses and no any US address is listed.

### 4d) Mr. Prabhu Mohapatra preferred to hide the key fact - opposition to his application for US trademark:
By the time he started to harass me, he knew very well that an opposition (with USPTO) has been filed to his trademark– it was filed on September 7, 1999. He did not prefer to let me know about this matter, as it would week his claim to extort money. **He misled me to believe that he owns a trademark and started to ask money-related questions from me.** I never knew about that opposition until I called USPTO, for filing my own complaints for his role in **cyber squatting.** I wanted to find legal procedure to have the possibility for the cancellation of such a common name's trademark. I did write countless letters to USPTO about that matter- as a record, I do have copies of those letters with me. According to USPTO officials, anyone who files for registration for a trademark, he/she has no right to stop or harass anyone until registration number has been actually issued for that trademark. Furthermore according to USPTO, it also depends upon the type of the businesses too. Two different businesses (with different goals) can have the same trademark name.

### 4e) Defaming and scaring tactics:
Mr. Prabhu Mohapatra tried to scare my wife and me on several occasions. He threatened me that he has filed complaint against me to high authorities (like letter against me to Attorney General, Internic, and Pair etc) and other places. However, police department investigated this matter to find out the truth. Eventually it came out to be untrue- he did not file any complaint to Attorney General, but he was using a scaring tactics to get money from me. Please see EXHIBIT H, a letter from Assistant Attorney General, Chief, High-Tech & Computer Crimes Division in which it is stated that no record was found for a complaint against me. It is obvious, that his motives were to blackmail me for **cyber squatting.**

### 4f) Mr. Prabhu Mohapatra was fully aware of my police complaints, but he did not stop harassment:
Following incident provides an evidence that Mr. Prabhu Mohapatra and his partner, Mr. Sanjay Sangani knew very well of their harassment and my subsequent complaints to the police department. On November 4, 2000, Mr. Prabhu harassed my wife by calling at our home. I requested him not to bother my wife but he did not listen. He called again and told "**I had been acting friendly with you... but you had been ignoring my demands .... I don't care for your police or courts or even FBI etc.**" Following day, I called Mr. James Reagon, 1st assistant District Attorney, Worcester County Courthouse and made an appropriate arrangement to have a personal meeting. Though I had met him earlier too (about same matter) but this time, I handed over a letter too. **As a record, a copy of that letter was sent to Mr. Prabhu Mohapatra and Sanjay Sangani too by e-mail.** Please see EXHIBIT I, which is a proof that, email I did inform Mr. Prabhu Mohapatra and Mr. Sanjay Sangani about this matter. I was suggested by DA's office to report this matter with police department for the records. I was also suggested to avoid any phone or e-mail contact with Mr., Prabhu Mohapatra and Mr. Sanjay Sangani. I was also suggested to keep informed

police for any future contact or any suspicious calls. Thus, based upon that e-mail, Mr. Prabhu Mohapatra knew very well, that this matter has been brought to the notice of law enforcement authorities, but he did not stop harassing me.

Knowing these facts, Mr. Prabhu Mohapatra writes (in his retaliatory civil law suit against my wife and me), that I acted in a bad faith for frivolous and false police complaints. Mr. Prabhu Mohapatra's civil action against my wife and me is a just **another example of his intimidation** and harassment.

### 4g) In his civil case lawsuit, he never mentioned a single word about that trademark. In the past, Mr. Prabhu Mohapatra had been making the trademark related matter as the main issue (while looking for excuses to harass us for three years), but in his civil case, he failed to write even a single word about this matter. Please see more information in point 4L.

### 4h) Mr. Prabhu Mohapatra's civil lawsuit, asking more than 40 million dollars - a part of harassment, retaliation and over up. In order to defend his role in cyber squatting, blackmailing, demanding money and my domain name for the past three years, Mr. Prabhu Mohapatra decided to file a retaliatory civil case on October 31, 2002. He is unnecessarily trying to drag my wife too. Please see an enormous amount of money, which he sought, as relief- **EXHIBIT J.** He did file that civil case immediately after he was served with summons from my civil case on October 25, 2002

### 4i) His amended civil lawsuit asking $100,000 - dramatically reduced amount- in response to criminal harassment action by police.
Mr. Prabhu Mohapatra probably knew the possibility of criminal action by police, thus he had been hiding his contact address, running away or relocating his business from one place to other. By that time, Mr. Prabhu Mohapatra filed retaliatory civil case, he may not be aware of the pending criminal investigation against him, his partner Sanjay Sangani and his company. Once he received a letter (dated November 4, 2002) from the **Trial Court of The Commonwealth of Massachusetts about criminal action**, he may have realized his role in harassing my wife and me for more than three years. Thus, after seeing that letter about criminal action, and looking at face cover sheets from police department (please see **EXHIBIT K**), he immediately amended the same civil suit (**EXHIBIT L**), and reduced to amount to $100,000. This confirms Mr. Prabhu Mohapatra's intentions to harass me and to my wife from a fraudulent civil case. However, as of this date, he is still ignoring and manipulating my civil case related documents and summons, which were served to him properly. Please see **EXHIBIT K** (cover page) for more information- it explains that how he tried to he deceive and manipulate court summons, which were served to him for my civil case.

### 4j) In order to avoid police action, he kept appropriate contact information as secret. In order to defend his harassing attitude towards my wife and me, Mr. Prabhu Mohapatra preferred to hide all appropriate contact addresses. In his web information (whois) he had either had non-existent addresses or relocated addresses to

somewhere in India. All the domain names which he acquired (like allindiaonline.net or ending with .cc or .org or. info etc.) have contact addresses in India. Even his primary site (www.aiol.com) also has India's address. His domain name www.aiolusa.com has non existent Arizona address. **Even he has registered a non-existent address with Commission of Incorporations Arizona.** Thus, rather than focusing on his businesses in India, he is harassing US citizens (my wife and me) who lawfully acquired the domain name from Internic, USA. <u>I always wanted to operate my website</u>, but on account of his harassment, I could not open it to the general public. As a result, as of today my site is still closed.

## 4k) <u>I never expressed my desire to exchange the transfer of my domain name for money.</u> In an amended civil suit by Mr. Prabhu Mohapatra, he states in paragraph number 12 that "Defendants are engaging in cybersquatting with the intend of extorting compensation from Plaintiffs in exchange for transfer of the domain name." **It is completely untrue. There is NO EVIDENCE to support his assertion to this matter.** I never engaged in such discussion with Prabhu Mohapatra and neither I ever expressed my desire to sell my domain name to him. I always wanted to run my website, but he kept harassing me to keep it closed. Even, I have been intimidated around the time of renewal of my domain name, as he did not want me to renew it. Though, at present my domain name has been renewed until February 08, 2005, but I am unable to install any contents in this website on account of his three years of non-stop harassment.

## 4L) America Online (www.AOL.com) V. Prabhu Mohapatra (www.aiol.com): Surprisingly, one day I came to know that a world famous company, AOL (AMERICA ONLNE). Mr. Prabhu Mohapatra filed an application with USPTO for an extremely deceptive trademark (AIOL-All-India-On-Line). But on account of first half words (AIOL), **America Online** objected to that trademark during September 1999. As a result, Mr. Prabhu Mohapatra never got that trademark. However, Mr. Prabhu Mohapatra never told me about that opposition and court proceeding with AOL, but he continued to blackmail on account of rest of words related to India in that trademark.

Knowing the fact that AOL.com (America Online) has many US trademarks from USPTO, Mr. Prabhu Mohapatra deliberately preferred to choose the name www.aiol.com for running his own business, and also planned to provide EXACT same services as AOL.com. <u>At that time, probably he never knew that he would be in trouble (some day) from www.aol.com (AMERICA ONLINE) about this matter.</u> Mr. Prabhu Mohapatra probably wanted to take the advantage of already well-established business of www.aol.com. He eventually planned to provide the ISP connections too, just like aol.com provides to millions of their customers. This is an another example of Mr. Prabhu Mohapatra's <u>intentions of cyber squatting</u> to hurt other businesses.

In his website (www.aiol.com), Mr. Prabhu Mohapatra states "America Online, Inc. objected to the use of the trademark in the USA. **Also the motion for summery judgment in favor of "AIOL All Indian Online" was denied by the US Dept. of Commerce. (Please see EXHIBIT M)** According to pubic documents from USPTO, an

opposition was field by AMERICA ONLINE long time ago (in 1999), but **Mr. Prabhu Mohapatra preferred to hide this matter while demanding money from us**. This case against Mr. Prabhu Mohapatra (America Online V. Prabhu Mohapatra) is in record with the UNITED STATES DEPARTMENT OF COMMERRCE having an opposition number 115,519. Judges found following:

a) That trademark as filed by Prabhu Mohapatra would deceive AOL,
b) Closely resembles AOL,
c) Falsely suggests a connection with AOL

Please see **EXHIBIT M for more details.**

Mr. Prabhu Mohapatra did talk to me several times about comparisons of AIOL with AOL too.  He stated that he is as powerful as AOL and compared his strength (in terms of money, man power, and his resources) with AOL.  He wanted to scare me that he is extremely powerful person.

**\*\*\*\*\*\*\*\*\*\***

# EXHIBIT A

According to these WHOIS reports, please find the following facts:

1. I acquired my domain name www.allindiaonline.com on February 08, 1999. **I was the first one to acquire my name with words "allindiaonline".** At that time all following names were available too, but I desired to have only one name.

> www.allindfiaonline.net
> www.allindiaonline.org
> www.allindiaonline.cc
> www.allindiaonline.info

2. **In my domain name (www.allindiaonline.com), the Registrant and Administrative addresses are US address, Massachusetts-** it is my home addresses.  As of this date, I have not changed that address.

3. Once, once Mr. Prabhu Mohapatra came to know that I have filed complaints to police department, he acquired rest similar names (**as a reaction**):

www.allindfiaonline.net (Acquired by Mr. Prabhu Mohapatra on 05-Mar-2000)
www.allindiaonline.org (Acquired by Mr. Prabhu Mohapatra on 29-Dec-2001),
www.allindiaonline.cc  (Acquired by Mr. Prabhu Mohapatra on 8-Feb-2002)
www.allindiaonline.info (Acquired by Mr. Prabhu Mohapatra **01-Nov-2002- recently**)

**Please note that in all four domains which belong to Mr. Prabhu Mohapatra, he has ONLY India's address for both Registrant and Administrative address.   No any US address is listed.** \

4. **Mr. Mr. Prabhu Mohapatra does not have any US trademark either.  Even if he owns, a trademark, still he have limited have rights on words like India or all India etc..  Without even having any valid US address, Mr. Prabhu Mohapatra is giving false impression for his role and business in USA.**

| BASIC PLAN | STARTER PLAN | STANDARD PLAN | ADVANCED PLAN | PREMIUM PLAN |
|---|---|---|---|---|
| $9.95/M · $99.95/Y | $15.95/M · $159.95/Y | $24.95/M · $249.95/Y | $34.95/M · $349.95/Y | $74.95/M · $749.95/Y |

# WHOIS LOOKUP

   

1 YEAR FREE HOSTING   RESELLERS   HOSTING   DOMAIN   STATUS

**GENERAL INFO**
MAIN PAGE
HOSTING FACILITY
COMPANY OVERVIEW
CONTACT US

Domain: allindiaonline.com      Lookup
(Example: domain.com)

**PRODUCTS**
WEB HOSTING
DOMAIN REGISTRATION
FREE WEB HOSTING
RESELLERS/PARTNERS

Registrant:
Anil Chawla
16 H Shrewsbury Green Drive
Shrewsbury, MA 01545
US

*allindiaonline.com*

*[Anil Chawla's] domain*

**SERVICE & SUPPORT**
ONLINE HELP & FAQs
LIVE SERVICE REP
SUPPORT INFO
WHOIS LOOKUP

Domain Name: ALLINDIAONLINE.COM

Administrative Contact:
Chawla, Anil   anilchawla@usa.com
16 H Shrewsbury Green Drive
Shrewsbury, MA 01545
US
508-767-1209
Fax: 508-755-0953

*US Address (Massachusetts)*

**CONTROL PANELS**
HOSTING ACCOUNTS
DOMAIN ACCOUNTS

**POLICIES & SECURITY**
SERVICE AGREEMENT
ACCEPTABLE USE
PRIVACY & SECURITY

Technical Contact:
Administrator, DNS   DNSAdmin@terrasite.com
43 Stowell Drive
Rochester, NY 14616
US
716-368-9000
Fax: 716-368-9008

**PARTNERS/AFFILIATES**



Registration Service Provider:
Terrasite Internet Services, DNSAdmin@terrasite.com
716 368 9000
http://www.terrasite.com

Registrar of Record: TUCOWS, INC.
Record last updated on 20-Nov-2002.
Record expires on 08-Feb-2005.
Record Created on 08-Feb-1999.   *← Feb 08, 1999*

Domain servers in listed order:
NS109.PAIR.COM   209.68.1.227
NS00.NS0.COM   216.92.60.60

The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail.

## Whois Results for allindiaonline.net

Registrant:
All India On-Line Pvt. Ltd. (INDIA)
363, Sahid Nagar
Bhubaneswar, Orissa 751007
IN

Domain Name: <u>allindiaonline.net</u> ⟵

Administrative Contact:
   All India On-Line Pvt. Ltd. (INDIA), All India On-Line Pvt. Ltd. (INDIA)   <u>domain@aiol.com</u>
   363, Sahid Nagar
   Bhubaneswar, Orissa 751007
   <u>IN</u>
   91-674-521725
   Fax: 91-674-521403                                         *Outside USA*
                                                               *address*

Technical Contact:
   All India On-Line, Pvt. Ltd. (INDIA)   <u>domain@aiol.com</u>
   363, Sahidnagar
   Bhubaneswar, Orissa 751007
   <u>IN</u>
   91-674-521093
   Fax: 91-674-521403


Registration Service Provider:
   IS&T (USA) / AIOL (India) / CELMEX (Mexico)
   http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx


Registrar of Record: TUCOWS, INC.
Record last updated on 16-Sep-2002.
Record expires on 05-Mar-2003.
Record Created on 05-Mar-2000.   ⟵ *March 05, 2000*

Domain servers in listed order:
   NS1.ISTI.NET    205.242.20.3
   NS2.HOME.NET    24.2.0.27
   NS2.ISTI.NET    205.242.21.3
   NS1.HOME.NET    24.0.0.27


The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

# Whois Results for allindiaonline.org

gistrant:
ll India On-Line Pvt. Ltd. (INDIA)
63, Sahid Nagar
hubaneswar, Orissa 751007
N

omain Name: allindiaonline.org

dministrative Contact:
   All India On-Line Pvt. Ltd. (INDIA), All India On-Line Pvt. Ltd. (INDIA)  domain@aiol.com
   363, Sahid Nagar
   Bhubaneswar, Orissa 751007
   IN
   91-674-521725
   Fax: 91-674-521403

*Outside USA address*

echnical Contact:
   All India On-Line, Pvt. Ltd. (INDIA)  domain@aiol.com
   363, Sahidnagar
   Bhubaneswar, Orissa 751007
   IN
   91-674-521093
   Fax: 91-674-521403

gistration Service Provider:
   IS&T (USA) / AIOL (India) / CELMEX (Mexico)
   http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx

gistrar of Record: TUCOWS, INC.
cord last updated on 16-Sep-2002.
cord expires on 29-Dec-2002.
cord Created on 29-Dec-2001.        *← Dec 29, 2001*

main servers in listed order:
   NS1.ISTI.NET       205.242.20.3
   NS2.ISTI.NET       205.242.21.3
   NS1.AIOL.COM       205.242.20.4
   NS2.AIOL.COM       205.242.21.4
   NS1.HOME.NET       24.0.0.27


Data in the Tucows Registrar WHOIS database is provided to you by Tucows
 information purposes only, and may be used to assist you in obtaining
ormation about or related to a domain name's registration record.

ows makes this information available "as is," and does not guarantee its
uracy.

submitting a WHOIS query, you agree that you will use this data only for
ful purposes and that, under no circumstances will you use this data to:
allow, enable, or otherwise support the transmission by e-mail,
ephone, or facsimile of mass, unsolicited, commercial advertising or
icitations to entities other than the data recipient's own existing
tomers; or (b) enable high volume, automated, electronic processes that
d queries or data to the systems of any Registry Operator or
NN-Accredited registrar, except as reasonably necessary to register
ain names or modify existing registrations.

 compilation, repackaging, dissemination or other use of this Data is
ressly prohibited without the prior written consent of Tucows.

ows reserves the right to terminate your access to the Tucows WHOIS
ibase in its sole discretion, including without limitation, for excessive
rying of the WHOIS database or for failure to otherwise abide by this
icy.

ows reserves the right to modify these terms at any time.

submitting this query, you agree to abide by these terms.

: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

XML Powered

# Whois Source

Thanks for keeping
~~web~~ banner Free

| Whois Source | Internet Statistics | Domain News | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us |

Bug Report - Advanced Search - Preferences - Remote Search - Login

---

## ALLINDIAONLINE.INFO

**Website Status:** No Website

```
Domain ID:D2466624-LRMS
Domain Name:ALLINDIAONLINE.INFO        ← 
Created On:01-Nov-2002 19:00:33 UTC    ← Nov 1, 2002
Expiration Date:01-Nov-2004 19:00:33 UTC
Sponsoring Registrar:R139-LRMS
Status:ACTIVE
Status:OK
Registrant ID:C2655391-LRMS
Registrant Name:All India On-Line Pvt. Ltd. (INDIA) INDIA
Registrant Organization:All India On-Line Pvt. Ltd. (INDIA)
Registrant Street1:363, Sahid Nagar
Registrant City:Bhubaneswar
Registrant State/Province:Orissa
Registrant Postal Code:751007
Registrant Country:IN
Registrant Phone:+91.674521093
Registrant FAX:+91.674544578
Registrant Email:domain@aiol.com
Admin ID:C2655391-LRMS
Admin Name:All India On-Line Pvt. Ltd. (INDIA) INDIA
Admin Organization:All India On-Line Pvt. Ltd. (INDIA)
Admin Street1:363, Sahid Nagar
Admin City:Bhubaneswar
Admin State/Province:Orissa
Admin Postal Code:751007
Admin Country:IN                       outside
Admin Phone:+91.674521093              USA
Admin Email:domain@aiol.com            address
Billing ID:C2655391-LRMS
Billing Name:All India On-Line Pvt. Ltd. (INDIA) INDIA
Billing Organization:All India On-Line Pvt. Ltd. (INDIA)
Billing Street1:363, Sahid Nagar
Billing City:Bhubaneswar
Billing State/Province:Orissa
Billing Postal Code:751007
Billing Country:IN
Billing Phone:+91.674521093
Billing Email:domain@aiol.com
Tech ID:C2655391-LRMS
Tech Name:All India On-Line Pvt. Ltd. (INDIA) INDIA
Tech Organization:All India On-Line Pvt. Ltd. (INDIA)
Tech Street1:363, Sahid Nagar
Tech City:Bhubaneswar
Tech State/Province:Orissa
Tech Postal Code:751007
Tech Country:IN
Tech Phone:+91.674521093
Tech Email:domain@aiol.com
Name Server:NS1.ISTI.NET
Name Server:NS1.AIOL.COM
Name Server:NS2.ISTI.NET
Name Server:NS1.CELMEX.COM
```

Copyright ' 1999-2002  Name Intelligence, Inc. DBA Whois Source. All rights reserved.

# OpenSRS Whois Lookup Utility

Whois info for, **allindiaonline.cc**:


Registrant:
All India On-Line Pvt. Ltd. (INDIA)
363, Sahid Nagar
Bhubaneswar, Orissa 751007
IN

Domain Name: ALLINDIAONLINE.CC  ⟵

Administrative Contact:
    All India On-Line Pvt. Ltd. (INDIA), All India On-Line Pvt. Ltd. (INDIA)  domain@aiol.com
    363, Sahid Nagar
    Bhubaneswar, Orissa 751007
    IN
    91-674-521725
    Fax: 91-674-521403

Technical Contact:
    All India On-Line, Pvt. Ltd. (INDIA)  domain@aiol.com
    363, Sahidnagar
    Bhubaneswar, Orissa 751007
    IN
    91-674-521093
    Fax: 91-674-521403

*Outside USA address* (handwritten)


Registration Service Provider:
    IS&T (USA) / AIOL (India) / CELMEX (Mexico)
    http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx


Registrar of Record: TUCOWS, INC.
Record last updated on 16-Sep-2002.
Record expires on 08-Feb-2003.
Record Created on 8-Feb-2002.  ⟵ *Feb 8, 2002* (handwritten)

Domain servers in listed order:
    NS1.HOME.NET
    NS2.HOME.NET


The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

**Domain:** [                    ]
[Lookup] (Example: domain.com)

http://www.opensrs.org

# EXHIBIT  B

Mr. Prabhu has primary site as www.aiol.com.

Even in this site, **Registrant and Administrative addresses** are India's addresses.

No US contact address is listed anywhere.

# OpenSRS Whois Lookup Utility

Whois info for, |aiol.com:\     *aiol.com*

Registrant:
All India On-Line Pvt. Ltd. (INDIA)
363, Sahid Nagar
Bhubaneswar, Orissa 751007
IN

Domain Name: AIOL.COM

*All addresses are outside USA*

Administrative Contact:
    INDIA, All India On-Line Pvt. Ltd. (INDIA)   domain@aiol.com
    363, Sahid Nagar
    Bhubaneswar, Orissa 751007
    IN
    91-674-521093
    Fax: 91-674-521403

Technical Contact:
    All India On-Line, Pvt. Ltd. (INDIA)   domain@aiol.com
    363, Sahidnagar
    Bhubaneswar, Orissa 751007
    IN
    91-674-521093
    Fax: 91-674-521403


Registration Service Provider:
    IS&T (USA) / AIOL (India) / CELMEX (Mexico)
    http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx

Registrar of Record: TUCOWS, INC.
Record last updated on 29-Sep-2002.
Record expires on 28-Oct-2003.
Record Created on 29-Oct-1997.

Domain servers in listed order:
    NS2.ISTI.NET    205.242.21.3
    NS1.ISTI.NET    205.242.20.3
    NS1.AIOL.COM    205.242.20.4
    NS1.CELMEX.COM  205.242.20.5


The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

**Domain:** [                    ]
[Lookup] (Example: domain.com)

http://www.opensrs.org

**AIOL All India On-Line"**
**Connecting Indians World Wide"**

Established Since 1997

AIOL (All India On-Line Pvt. Ltd. India), one of the front ranking Global Internet Service Provider for the Indian Community, a single source for your internet solutions and Indic Contents. Software Development, Web Hosting, Web Designing, Server Colocation, e-Business Solutions, Internet Connectivity, Offshore IT Enabled Services and IT Training are some of the major services of the company.

Email:" mailto:aiolbbsr@aiol.com

**AIOLCMI"**
**All India On-Line Cyber Media Institute**

Established Since 1998

IT professionals and knowledge workers, students and Teachers, CEO's & managers, media and business persons, entrepreneurs & government officials' all need to orient themselves to the ever changing Digital Information and business systems. AIOLCMI" All India On-Line Cyber Media Institute is in the business of training professionals for a global career in the field of Information Technology.

Email: mailto:aiolcal@aiol.com

---

**Registered Corporate Office**

363 Sahidnagar,"
Bhubaneswar, Orissa. India
751007"
Tel:" 91-674-521-093
Fax: 91-674-544-125
Email: aiolbbsr@aiol.com

**Franchise Information Office**

15/17, Sourin Roy Road,"
Behala, Kolkata, India 700034"
Tel : 91-33-4573999
Fax: 91-33-4574845
Email: aiolcal@aiol.com

**Branch Offices**

Chennai: aiolchennnai@aiol.com
Mumbai: aiolmumbai@aiol.com
New Delhi: aioldelhi@aiol.com
Dubai: aioldubai@aiol.com

Even within website (www.aiol.com)
all addresses are outside USA

# EXHIBIT  C

According to WHOIS reports, Mr. Prabhu registered several sites, including www.isti.net, www. aiolusa.com and celmex.com

Even in these sites, **Registrant and Administrative addresses** are either India or wrong US addresses.

According to Commission of Incorporations, his address at Chandler, Arizona is **wrong address**.

In his site ISIT.net (his company's International Science & Technology, Inc.), he is still listing wrong address for his incorporation company.

XML Powered

# Whois Source

Thanks for keeping
us banner Free

| Whois Source | Internet Statistics | Domain News | Webmaster Information | XML API Partners | Registry Partners | Newsletter | About us |

Bug Report - Advanced Search - Preferences - Remote Search - Login

NOTICE: Please sign-up for a free account. We restrict how many whois records we give out to anonymous users. Sorry for the precaution but we need to limit wandering robots.

---

**ISTI.NET**

**Website Status:**    Active
**Web server hosts:** 2 other websites hosted
**Visit Website:**    www.isti.net
**ICANN Registrar:** TUCOWS, INC.

Registrant:
International Science & Technology, Inc.
6505, West Frye Rd,
Ste : 24
Chandler, AZ 85226
US

Domain Name: ISTI.NET

Administrative Contact:
  Mohapatra, Prabhu  prabhu@aiol.com
  6505, West Frye Rd,
  Ste : 24
  Chandler, AZ 85226
  US
  480-961-9151

*[handwritten: ← wrong address]*

Technical Contact:
  All India On-Line, Pvt. Ltd. (INDIA)  domain@aiol.com
  363, Sahidnagar
  Bhubaneswar, Orissa 751007
  IN
  91-674-521093
  Fax: 91-674-521403

*[handwritten: ← outside USA address]*

Registration Service Provider:
IS&T (USA) / AIOL (India) / CELMEX (Mexico)
http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx

Registrar of Record: TUCOWS, INC.
Record last updated on 16-Sep-2002.
Record expires on 10-Feb-2003.
Record Created on 11-Feb-1998.

Domain servers in listed order:
  NS1.ISTI.NET   205.242.20.3
  NS2.ISTI.NET   205.242.21.3
  NS1.AIOL.COM   205.242.20.4
  NS1.CELMEX.COM   205.242.20.5

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

# OpenSRS Whois Lookup Utility

Whois info for, **aiolusa.com**:

Registrant:
All India On-Line Pvt. Ltd.          ]← wrong address
444 N Gila Spring #1034
Chandler, AZ 85226
US

Domain Name: AIOLUSA.COM
Administrative Contact:
    All India On-Line Pvt. Ltd., All India On-Line Pvt. Ltd.  domain@aiol.com     ]← wrong address
    444 N Gila Spring #1034
    Chandler, AZ 85226
    US
    480-961-9151
    Fax: 480-961-9296

Technical Contact:
    All India On-Line, Pvt. Ltd. (INDIA)  domain@aiol.com    ]← outside USA address
    363, Sahidnagar
    Bhubaneswar, Orissa 751007
    IN
    91-674-521093
    Fax: 91-674-521403


Registration Service Provider:
    IS&T (USA) / AIOL (India) / CELMEX (Mexico)
    http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx


Registrar of Record: TUCOWS, INC.
Record last updated on 16-Sep-2002.
Record expires on 14-Jan-2003.
Record Created on 14-Jan-2000.

Domain servers in listed order:
    NS1.ISTI.NET     205.242.20.3
    NS2.HOME.NET     24.2.0.27
    NS2.ISTI.NET     205.242.21.3
    NS1.HOME.NET     24.0.0.27


The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or
solicitations to entities other than the data recipient's own existing
customers; or (b) enable high volume, automated, electronic processes that
send queries or data to the systems of any Registry Operator or
ICANN-Accredited registrar, except as reasonably necessary to register
domain names or modify existing registrations.

The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Tucows.

Tucows reserves the right to terminate your access to the Tucows WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this
policy.

Tucows reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN
RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

**Domain:** [                    ]
[ Lookup ] (Example: domain.com)

http://www.opensrs.org

# OpenSRS Whois Lookup Utility

Whois info for, CELMEX.com:

Registrant:
International Science & Technology, Inc.            ← wrong address
6505 W Frye Road
Suite # 24
Chandler, Arizona 85226
US

Domain Name: CELMEX.COM

Administrative Contact:
Mohapatra, Prabhu   prabhu@aiol.com
6505 W Frye Road
Suite # 24
Chandler, Arizona 85226
US
480-961-9151

Technical Contact:
All India On-Line, Pvt. Ltd. (INDIA)   domain@aiol.com       Outside USA
363, Sahidnagar                                                 address
Bhubaneswar, Orissa 751007
IN
91-674-521093
Fax: 91-674-521403


Registration Service Provider:
     IS&T (USA) / AIOL (India) / CELMEX (Mexico)
     http://www.ISTINET.com/www.AIOL.com/www.CELMEX.com.mx


Registrar of Record: TUCOWS, INC.
Record last updated on 12-Nov-2002.
Record expires on 11-Dec-2003.
Record Created on 12-Dec-1998.

Domain servers in listed order:
     NS1.ISTI.NET     205.242.20.3
     NS2.ISTI.NET     205.242.21.3
     NS1.AIOL.COM     205.242.20.4
     NS1.CELMEX.COM   205.242.20.5


The Data in the Tucows Registrar WHOIS database is provided to you by Tucows
for information purposes only, and may be used to assist you in obtaining
information about or related to a domain name's registration record.

Tucows makes this information available "as is," and does not guarantee its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass, unsolicited, commercial advertising or

# EXHIBIT D

After legally registering my domain name (February 1999), we spent more than 6 months to prepare the contents of our site.

In the month of August 99 (about 7 months later), we did install the site for the general public. Thus, until the month of August 1999, there were no contents in our web site.

A graph shows that until the month of August, there was no traffic to my site.

The traffic only came to my web site once we added the information and started publicizing the site.

Once we closed our site (as forced my Mr. Prabhu Mohapatra), the traffic to our site declined immediately.

As of this date, my website is closed.

 # Web Server Statistics for [my_organisation]

Program started at Wed-13-Oct-1999 12:33.
Analysed requests from Fri-05-Mar-1999 12:42 to Tue-12-Oct-1999 23:26 (221.4 days).

## General Summary

(Go To: Top: General Summary: Monthly Report: Daily Summary: Hourly Summary: Domain Report: Directory Report: File Type Report: File Size Report: Status Code Report: Request Report)

(Figures in parentheses refer to the last 7 days).
Successful requests: 137,887 (2,374)
Average successful requests per day: 622 (339)
Successful requests for pages: 18,915 (672)
Average successful requests for pages per day: 85 (95)
Failed requests: 1,578 (64)
Redirected requests: 12 (0)
Distinct files requested: 1,000 (126)
Distinct hosts served: 3,099 (276)
Corrupt logfile lines: 135
Data transferred: 828,078 kbytes (14,366 kbytes)
Average data transferred per day: 3,739 kbytes (2,052 kbytes)

## Monthly Report

(Go To: Top: General Summary: Monthly Report: Daily Summary: Hourly Summary: Domain Report: Directory Report: File Type Report: File Size Report: Status Code Report: Request Report)

Each unit (▬) represents 400 requests for pages, or part thereof.



```
      month:  #reqs:  pages:
     -------: ------: -----:
Mar 1999:      61:      45: ▬
Apr 1999:      31:      17: ▬
May 1999:      39:      23: ▬
Jun 1999:     139:     104: ▬
Jul 1999:      81:      49: ▬
Aug 1999:   10058:    2426: ▬▬▬▬▬▬
Sep 1999:  115901:   14451: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Oct 1999:   11517:    1800: ▬▬▬▬▬
```

Busiest month: Sep 1999 (14,451 requests for pages).

## Daily Summary

(Go To: Top: General Summary: Monthly Report: Daily Summary: Hourly Summary: Domain Report: Directory Report: File Type Report: File Size Report: Status Code Report: Request Report)

Each unit (▬) represents 80 requests for pages, or part thereof.

```
day: #reqs: pages:
---: -----: -----:
Sun: 17999:  2076: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Mon: 20421:  2813: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Tue: 20571:  2864: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Wed: 21162:  2835: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Thu: 17943:  2395: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Fri: 18701:  2542: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Sat: 21090:  3390: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
```

## Hourly Summary

(Go To: Top: General Summary: Monthly Report: Daily Summary: Hourly Summary: Domain Report: Directory Report: File Type Report: File Size Report: Status Code Report: Request Report)

Each unit (▬) represents 40 requests for pages, or part thereof.



```
hr: #reqs: pages:
--: -----: -----:
 0:  5444:   764: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 1:  4197:   574: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 2:  2913:   417: ▬▬▬▬▬▬▬▬▬▬
 3:  1914:   376: ▬▬▬▬▬▬▬▬▬
```

# EXHIBIT E

This was the first letter, which we received by fax. That letter also included defaming words that complaints against have been forwarded to high authorities.

After this letter, Mr. Prabhu Mohapatra was very hostile and demanding over the phone. He talked about his board of directors, their unanimous decision against me, and money related question.

Under such circumstances, he did not leave any choice with us, except to close down our site immediately.

I was going through poor health at that time (kidney related surgery) but he only wanted to talk about money in millions.

-GC-99 12:39P Ajay Environmental          602-857-7987                    P.01


ISTINET

# *ISTI Network, Inc.*

SENT BY FAX # 508-755-0953 AND CERTIFIED MAIL ON:
October 6, 1999

Science Vision International
16 H Shrewsbury Green Drive
Shrewsbury, MA 01545
Attention: Mr. Himani Chawla or Anil Chawla

RE:   Cease and Desist Notice to use "All India On Line" Trademark
      Internet Domain Name: ALLINDIAONLINE.COM

Dear Sirs:

This letter is to notify you to Cease and Desist immediately from using our Trademark "ALL INDIA ON LINE" for <u>any</u> Internet Related Services, Software, Hardware, or Multimedia Applications. Formal civil and criminal legal action will follow upon our assessment of damages caused by your unauthorized use of our Trademark.

<u>This Trademark</u> has been in use by International Science & Technology, Inc. and ISTI Network, Inc. of the U.S. since October 29, 1997. All India On Line Pvt. Ltd. of India was registered on May 1, 1998. Trademark Registration for AIOL/All India On Line was filed with the U.S. Department of Commerce Patent and Trademark Office on December 23, 1997. The Internet Domain name AIOL.COM was registered with Network Solutions on October 29, 1997. Relevant documents supporting these dates are attached herewith.

In accordance with Domain Name Dispute Policy, we have notified Network Solutions, Inc. and your Host - Pair Networks, Inc. about this notice, including pending legal action against you and your company here and in India. Please contact us within five (5) working days, notifying us of specific actions you have taken in response to this notice. Your continued violation will escalate damages, as determined by courts of competent jurisdiction in the United States and India.

Sincerely,

ISTI NETWORK, INC.

Prabhu Mohapatra, Ph.D.              Sanjay R. Sangani, P.E.
President                            Vice President

attachments

cc:   Arizona State Attorney General's Office
      Masachussets State Attorney General's Office
      Network Solutions, Inc.
      Pair Networks, Inc.
      Conway T. Ryan, Esq., Attorney at Law, Ryan & Ryan P.C.

6505 West Frye Road, Suit # 24, Chandler, Arizona USA-85226 Tel 602-961-9151 Fax 602-961-9296

# EXHIBIT  F

After his harassing letters/calls, I looked his site (www.aiol.com), and found out that has same number of clicks (as my site clicks) for the entire time since he was in his business. Did he make money in millions from his website having 4860 clicks? The picture in this exhibit was taken on October 13, 1999.

At the bottom of picture, total number of clicks is shown as 4860. As a record, I provided few pictures of his website to police department in 1999.

Most of famous sites do have millions of clicks in a day or so, and yet they do not make money in millions.

Once Mr. Prabhu Mohapatra found out that my website is doing okay, he blackmailed and started to claim money from my wife and me in millions of dollars.



Copyright © : 1998-1999 ; USA
All rights reserved

0004860
SuperStats

# EXHIBIT  G

Enclosures: my hospitalization records.

By the time he started to harass me (October-November, 1999), I was going through some kidney-related surgeries but he expressed no remorse.

Rather, he took an advantage of my poor health and wanted money in millions. He forced me to give notary statements. I did send him one letter with notary signature, but he wanted more information about money. During his phone calls, he often talked about his company's board of directors and their decisions.

Even he mentioned that in worst case (**if I die during my hospitalization**), if some one or my wife would be able to take case of this matter for paying him money on account of my violation of US laws and US trademark. **It was very hurting to listen such words, especially during the middle of my surgeries.**

He told me that his losses are in several millions due to our violation of his US trademark.   On account of such demeaning tactics, he left no choice for me except to shut down my site.

I did write him e-mail letters to stop harassing, but he continued to harass with no remorse. Police department also has records for my hospitalization, and his harassment at that time.

WORCESTER UROLOGICAL ASSOCIATES, INC.
NEW ENGLAND REGIONAL PROSTATE CENTER
25 OAK AVENUE
WORCESTER, MASSACHUSETTS 01605
PHONE (508) 756-6293
FAX (508) 756-9404

PHILIP JAY HOWARD, JR., M.D., F.A.C.S.
TIMOTHY B. HOPKINS, M.D., F.A.C.S.
MICHAEL R. WOLLIN, M.D., F.A.C.S.

You have been scheduled for Day Surgery at Memorial Health Care, Memorial Campus on _Thursday Sept 30 1999_ . Please follow these instructions:

1. Complete the pre-admission form. Return this form within two days in the self addressed postage paid envelope provided.

2. Pre-admission testing has been scheduled for _Weds Sept 29 1999_ at _1:00_ . Pre-admission testing is done at the Ambulatory Care Building on the corner of Oak Ave and Kendall. Report to the first floor. There is parking under or behind the building.

3. The hospital will call you the day before your procedure to tell you your scheduled arrival time. If you have not received a call from the hospital by 4:00 P.M., please call the Surgical Admissions Unit at 508 793 6384. Unit is open Monday through Friday only.

4. DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE NIGHT BEFORE YOUR SURGERY.

5. You must have a driver the day of your procedure.

6. Please stop taking aspirin 10 days before your procedure.

IF YOU HAVE ANY QUESTIONS-----PLEASE CALL!!!!

*Errol Crowe*

## WORCESTER UROLOGICAL ASSOCIATES, INC.
## NEW ENGLAND REGIONAL PROSTATE CENTER

25 OAK AVENUE
WORCESTER, MASSACHUSETTS 01605
PHONE (508) 756-6293
FAX (508) 756-9404

PHILIP JAY HOWARD, JR., M.D., F.A.C.S.
TIMOTHY B. HOPKINS, M.D., F.A.C.S.
MICHAEL R. WOLLIN, M.D., F.A.C.S.

You have been scheduled for Day Surgery at Memorial Health Care,
Memorial Campus on _Thurs 10-07-99_. Please follow these
instructions:

(10-07-99)

1. Complete the pre-admission form. Return this form within two days - _not needed_
   in the self addressed  postage paid envelope provided.

2. Pre-admission testing has been scheduled for _not needed_
   at _____. Pre-admission testing is done at the Ambulatory
   Care Building on the corner of Oak Ave and Kendall. Report to the
   first floor. There is parking under or behind the building.

3. The hospital will call you the day before your procedure to tell
   you your scheduled arrival time. If you have not received a call
   from the hospital by 4:00 P.M., please call the Surgical Admissions
   Unit at 508 793 6384. Unit is open Monday through Friday only.

4. DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE NIGHT BEFORE YOUR
   SURGERY.

5. You must have a driver the day of your procedure.

6. Please stop taking aspirin 10 days before your procedure.

        IF YOU HAVE ANY QUESTIONS-----PLEASE CALL!!!!

*Anil Chawla*

## WORCESTER UROLOGICAL ASSOCIATES, INC.
### NEW ENGLAND REGIONAL PROSTATE CENTER

25 OAK AVENUE
WORCESTER, MASSACHUSETTS 01605
PHONE (508) 756-6293
FAX (508) 756-9404

PHILIP JAY HOWARD, JR., M.D., F.A.C.S.
TIMOTHY B. HOPKINS, M.D., F.A.C.S.
MICHAEL R. WOLLIN, M.D., F.A.C.S.

You have been scheduled for Day Surgery at Memorial Health Care, Memorial Campus on ___Thurs Oct 21___. Please follow these instructions:

1. Complete the pre-admission form. Return this form within two days in the self addressed postage paid envelope provided.

2. Pre-admission testing has been scheduled for ___ at ___. Pre-admission testing is done at the Ambulatory Care Building on the corner of Oak Ave and Kendall. Report to the first floor. There is parking under or behind the building.

3. The hospital will call you the day before your procedure to tell you your scheduled arrival time. If you have not received a call from the hospital by 4:00 P.M., please call the Surgical Admissions Unit at 508 793 6384. Unit is open Monday through Friday only.

• DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT THE NIGHT BEFORE YOUR SURGERY.

• You must have a driver the day of your procedure.

• Please stop taking aspirin 10 days before your procedure.

    IF YOU HAVE ANY QUESTIONS-----PLEASE CALL!!!!

# EXHIBIT  H

Mr. Prabhu Mohapatra wanted to scare and blackmail me,  that complaints have been filed to higher authorities for our violation of US a trademark. He threatened me that he has filed complaint against me to high authorities (like letter against me to Attorney General, Internic, and Pair etc) and other places.

A letter from Assistant Attorney General, Chief, High-Tech & Computer Crimes Division in which it is states that no record was found for a complaint against me.  However, once this matter was investigated, it was found to be untrue.  He did not file any complaint to Attorney General, but he was using a scaring tactics to get money from me.

Against my will, Mr. Prabhu Mohapatra did called at home to scare my wife on several occasions.



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108-1698

TOM REILLY
ATTORNEY GENERAL

February 10, 2000

(617) 727-2200

Det./Lt. James Hurley
Bureau of Investigative Services
106 Maple Avenue
Shrewsbury, MA 01545-2859

RE:    **Shrewsbury Police Department Incident Report #I9921858**

Dear Det./Lt. James Hurley:

    I apologize for not getting back to you sooner regarding your letter of November 10, 1999.

    You requested information regarding a possible complaint made to this Office by or about by Dr. Chawla, Prabhu Mohapatra or Sanjay Sangai.  We have checked our records and were unable to find any such complaint.

    If you have any questions, please feel free contact me.

Very truly yours,

John A. Grossman
Assistant Attorney General
Chief, High-Tech & Computer Crimes Division

JAG/sjn
H:\WPWPWIN\WPDOCS\TGM-TEMP\TGM.TR.MRG//H:\WPWIN61\WPDOCS\JAG\FEB2000\LETTERS\HURLEY.WPD
9909071705\V/February 10, 2000

# EXHIBIT I

Mr. Prabhu Mohapatra was fully aware of my police complaints, but he did not stop harassment.

Following my personal meeting with 1st assistant District Attorney, Worcester County, about his harassing phone calls, a copy of a letter (as handed over to DA's office) was sent to Mr. Prabhu Mohapatra and Sanjay Sangani too (**by e-mail**)

During his harassing calls to my wife, he stated "**I had been acting friendly with you... but you had been ignoring my demands .... I don't care for your police or courts or even FBI etc**"

*COPY of e-mail is also enclosed !*

November 15, 00

Mr. James Reagon,
1st assistant District Attorney,
Worcester County Courthouse.
332 main street
Worcester, Massachusetts 01608

Dear Sir,

I am filing another complaint against Mr. Prabhu Mahapatra who had been  harassing and bothering us despite our prior police complaint against him and his associate Mr. Sanjay Sangani. Prior to my previous complaint to police (filed in October 99), I had a brief phone discussion with you regarding Prabhu Mahapatra and his associate Sanjay's harassment charges.  As a follow up, this matter was discussed in details with Detective James Hurley, Shrewsbury Police, Massachusetts.  Please see a detailed 32 page police report (dated November 10, 99) explaining all such matters in details .  Copy this report was forwarded by Det. Lt. James J. Hurley to ,Attorney General, High Tech Crime Unit in Boston, and to your attention.

Since my prior complaint to police, we had received few anonymous calls but we had no proof or names of the person(s) involved in such calls.  On  November 4, 2000, Prabhu Mahapatra called us once again- first he spoke to my wife and started demanding that our domain name should be given to him immediately.  During that phone call,  he tried to make a fool of wife by stating "Your husband had promised to transfer the domain name to me... why he has not done it so far..."  During that phone discussion, my wife felt threatened and gave that telephone to me- I personally warned this person (during the same call) that I will bring this matter to police or court for an appropriate action and reminded him about our prior police complaint and an e-mail in which I had warned him not to contact us.  He answered  "I don't care for your police or courts or even FBI etc... I need the domain name which you were supposed to hand over to me."  I had never promised any thing like it.  After I hung up the phone, he called us again within few minutes and demanded the same.  I had to hung up the phone once again and informed immediately to police about this matter.  Based upon the past and present phone discussions , he seems to be a manipulative and pathological liar!  Probably, we need restraining orders against this person!  He also stated over the phone "I had been acting friendly with you... but you had been ignoring my demands...."

Since this person communicated with us (in october, 99) by using a filthy language (as written in his letter) and over the phone,  he had been acting very irrationally with an ill and maliciously intentions.  Probably he felt frustrated once he could not succeed in his plans for extorting the money from us.  In my opinion, this person is acting just like a con artist or psycho who has been preying us for grasping money/our domain name by using threatening and blackmailing procedures.  This person is simply manipulating the laws for making money by bullying or illegal means.

He had registered a business under ISTI- International Science and Technology Inc (in USA) and "All India On-Line Limited" (in India)  in 1997 for selling hardware and software materials.  He registered a domain name www.aiol.com with Internic on October 29,1997.  Thus, he deliberately chose to have his website name as www.aiol.com for his business plans, but the truth is that within this website, he did not display any of specified items (hardware and software materials) - please see the copy of ISTI business registration page including a copy of website of www.aiol.com which was provided to police by me as a record.

By registering the name "All India On-Line", he tried to prove me as if he had purchased the rights for whole of USA and India's to display any thing in his own website but depriving me and others for all rights.  He had acted as if he is my boss- as if I should obey his demands and orders.  In the past he had asked me over the phone (and by e-mail), to give him notarized statements. This person did not want me to display even a map of India/USA on my site.  He had told me in an demeaning ways "I will ONLY allow you to put your picture (with no contents) within your domain name www.allindiaonline.com. "  At that time, I was providing some community services on my site but I was forced by him to shut down my site.  I had opened my site in summer of 99, after registering the domain name legally from INTERNIC in February, 99. Within those two months of 1999 summer, we had done aggressive advertising and received approximately 4,000 clicks.  Once he threatened me, I had to cancel my overseas trip too (even though I had purchased my airline tickets) and I had to remove all contents from my website. I had no option except to find out the legal procedure to handle this matter.  I provided full information to police and waited for the reply from key offices where he had written complaint letters (according to him) against me.  later on, it was found out that he was probably using scaring tactics to extort money from me and my wife by using such demeaning and defaming methods.  Please see 5 pages document (sent to me by Detective James Hurley) dated February 10, 2000 -these documents include a letter from Assistant Attorney General, Chief, High-Tech &Computer Crimes Division in which no record was found for his stated complaint against me.

Once Prabhu Mahapatra figured out that he may not succeed in extorting the money,  he started to have a lust for my domain name.  There is no doubt that he took an opportunity and an undue advantage to make us (me and my wife) as an easy prey once he figured out that I was in a poor health due to my ongoing surgeries.  At that time he had told me " for you, your  health is as much as important as loss of my millions of dollars..."  In fact, if there is any loss, it has happened to us- our financial loss (the time and efforts we had put for our site) as well as the loss of our website, and loss of our peace of mind.  Myself and my wife  had been gathering community services information for more than a year.  Their harassing tactics, and threats for demanding money had caused mental anguish which had resulted in loss of our enthusiasm and future business prospects related to our website.  To this date, this web site has no any contents yet I'm paying all necessary fees.

By the time ISTI started to threaten me and my wife (in October, 99), their site had received same number of clicks (about 4,000 within a period of TWO years of their website www.aiol.com) as our website in two months period.  He could not explain how US/India flags in my site and community services information (displayed for ONLY two months, August/Sept)  had resulted in loss of his millions of dollars!  He acted so hysterical with extreme forceful & harassing attitude, that he did not want to talk to me any thing short of millions of dollars for his losses and compensation.  At that time he probably believed  as if I'm rich person who would avoid hassles of court time and thus may compensate paying a lot of money to his company.  Although I am a doctor by degree (Ph.D) and working as a scientist in a hospital- he  thought me an easy prey to extort the money based upon the fact that I am a doctor or I may have financial assets.  It seems to me that these people had made pre-meditated plans by utilizing threatening & blackmailing tactics.  I had got this domain name legally from INTERNIC in february, 99.  I wonder, why ISTI kept COMPLETE silence since we got the domain name www.allindiaonline.com from Internic?  If they wanted this domain name, whey they did not apply for it legally from INTERNIC?  Probably these people were gathering information about us and  looking for an opportunity and time (moments when we post some information in our web sit) to extort the money by a scam.  On October 26, 1999 I received an e-mail from Detective James Hurley in which he mentioned that my case was reviewed at the  FBI high tech seminar where several of

police officers attended.   Detective James Hurley added  "The agent who reviewed your case stated that both the domain names (addresses) are different so he did not see a problem. "

I also came to know on November 15, 00 (once I called U.S. Patent and Trademark Office) that more than a year ago, an opposition was also filed by others against the registration name "AIOL ALL INDIA ON LINE".  Mr. Andrew Baxley (703-308-9114, ext 206), Attorney for US Patent and Trademark Office is handling the case against other complaint(s) for this registration name having a serial number 75417425.  Like INDIA, ALL INDIA are very common/general words used in India and elsewhere. I wonder if there was an error in issuing the business registration with such a common name to Mr. Prabhu Mahapatra or if there is any trend that ISTI had been involved in harassing others after registering their name!

Technically for any web site, if someone puts desired unique key words in any server engines (for example putting key words of his hardware or software products etc in server engines like Yahoo, Excite, Altavista etc.) his site www.aiol.com could be displayed along with other lists/addresses. Similarly for my products, my site (www.allindiaonline) should be displayed as a potential and relevant site.  On the other side, if he advertises for his own customers he will get publicity for his own site, which is www.aiol.com for his company ISTI.  On the other hand,  if I will do the same for my site, people will open up my site which is www.allindiaonline.com.  Thus, there is no way that his site could clash with my site's information.   Moreover, I wonder why he did not want to focus on his hardware, software and multimedia stuffs?  Why he kept quite and silent for so long and did not plan to take the name allindiaonline.com  from INTERNIC once he registered the business under ISTI (International Science and Technology Inc)?   Now, the ill intentions of ISTI seems to be exposed, they are misusing the law for harassing others.  This company should focus only on their hardware, software and multimedia products (as mentioned under his business plan/title) and leave rest of world free from any harassments!   I'll appreciate if their malicious and ill intentions could be checked and they should be stopped to hurt or prey others businesses.

I'll appreciate your assistance.

Thanks

Regards,

Dr. Anil Chawla

6/11/02 5:24 PM

mail.com



**Read Mail**

**From:**   anil chawla <anilchawla@usa.com> [Save Address] [Block Sender]

**To:**   PDM <prabhu@aiol.com>

**Cc:**   sanjay@aiol.com, anilchawla@usa.com

**Subject:**   Police Complaint

**Date:**   Mon, 13 Nov 2000 16:38:37 -0500 (EST)

Reply | Reply All | Forward   [ As Attachment ▲▼ ]

[ Move To ] [ Amit ▲▼ ] [ Delete ]

Previous | Next

[ Close ]

I am once again requesting you - not to contact me over the phone or by
e-mail or by letters. Copy of following letter will handed
over/sent to
appropriate offices as an another record.

----------
++++

I am filing another complaint against Mr. Prabhu Mahapatra who had been
harassing and bothering us despite our prior police complaint against him
and his associate Mr. Sanjay Sangani. Prior to my previous complaint to
police (filed in October 99), I had a brief phone discussion with District
Attorney, Mr. James Reagon of Worcester Court County regarding Prabhu
Mahapatra and his associate Sanjay's harassment charges.  As a follow up,
this matter was discussed in details with Detective James Hurley,
Shrewsbury Police, Massachusetts.  Please see a detailed 32 page police
report (dated November 10, 99) explaining all such matters in details

Copy this report was forwarded by Det. Lt. James J. Hurley to Attorney
General, High Tech Crime Unit in Boston, and Mr. James Reagon, 1st assistant
District Attorney of Worcester County Courthouse.

Since my prior complaint to police, we had received few anonymous calls but
we had no proof or names of the person(s) involved in such calls.
On
November 4, 2000, Prabhu Mahapatra called us once again- first he spoke to
my wife and started demanding that our domain name should be given to him
immediately.   During that phone call, he tried to make a fool of wife by
stating  "Your husband had promised to transfer the domain name to me... why
he has not done it so far..." During that phone discussion, my wife felt
threatened and gave that telephone to me- I personally warned this person
(during the same call) that I will bring this matter to police or court for
an appropriate action and reminded him about our prior police complaint and
an e-mail in which I had warned him not to contact us.  He answered
"I
don't care for your police or courts or even FBI etc... I need the domain

mail.com                                                                                    6/11/02 5:24 PM

name which you were supposed to hand over to me." I had never promised any
thing like it. After I hung up the phone, he called us again within few
minutes and demanded the same.  I had to hung up the phone once again and
informed immediately to police about this matter.    Based upon the past and
present phone discussions , he seems to be a manipulative and pathological
liar! Probably, we need restraining orders against this person!  He also
stated over the phone "I had been acting friendly with you... but you had
been ignoring my demands...."

Since this person communicated with us (in october, 99) by using a filthy
language (as written in his letter) and over the phone,  he had been acting
very irrationally with an ill and maliciously intentions.    Probably he
felt  frustrated once he could not succeed in his plans for extorting the
money from us.  In my opinion, this person is acting just like a con artist
or psycho who has been preying us for grasping money/our domain name by
using threatening and blackmailing procedures.  This person is simply
manipulating the laws for making money by bullying or illegal means.

He had registered a business under ISTI- International Science and
Technology Inc (in USA) and "All India On-Line Limited" (in India) in 1997
for selling hardware and software materials.   He registered a domain name
www.aiol.com with Internic on October 29,1997. Thus, he deliberately chose
to have his website name as www.aiol.com for his business plans, but the
truth is that within this website, he did not display any of specified items
(hardware and software materials) - please see the copy of ISTI business
registration page including a copy of website of www.aiol.com which was
provided to police by me as a record.

By registering the  name "All India On-Line", he tried to prove me as if he
had purchased the rights for whole of USA and India's to display any thing
in his own website but depriving me and others for all rights.  He had
acted as if he is my boss- as if I should obey his demands and orders.  In
the past he had asked me over the phone (and by e-mail), to give him
notarized statements. This person did not want me to display even a map of
India/USA on my site.  He had told me in an demeaning ways "I will ONLY
allow you to put your picture (with no contents) within your domain name
www.allindiaonline.com. "  At that time, I was providing some community
services on my site but I was forced by him to shut down my site.   I had
opened my site in summer of 99, after registering the domain name legally
from INTERNIC in February, 99.  Within those two months of 1999 summer, we
had done aggressive advertising and received approximately 4,000 clicks.
Once he threatened me, I had to cancel my overseas trip too (even though I
had purchased my airline tickets) and I had to remove all contents from my
website.  I had no option except to find out the legal procedure to handle
this matter.   I provided full information to police and waited for the
reply from key offices where he had written complaint letters (according to
him) against me.   later on, it was found out that he was probably using
scaring tactics to extort money from me and my wife by using such

demeaning
and defaming methods. Please see 5 pages document (sent to me by Detective
James Hurley) dated February 10, 2000 -these documents include a letter from
Assistant Attorney General, Chief, High-Tech &Computer Crimes Division in
which no record was found for his stated complaint against me.

Once Prabhu Mahapatra figured out that he may not succeed in extorting the
money, he started to have a lust for my domain name. There is no doubt
that he took an opportunity and an undue advantage to make us (me and my
wife) as an easy prey once he figured out that I was in a poor health due to
my ongoing surgeries. At that time he had told me " for you, your health
is as much as important as loss of my millions of dollars..." In fact, if
there is any loss, it has happened to us- our financial loss (the time and
efforts we had put for our site) as well as the loss of our website, and
loss of our peace of mind.  Myself and my wife had been gathering
community services information for more than a year.  Their harassing
tactics, and threats for demanding money had caused mental anguish which had
resulted in loss of our enthusiasm and future business prospects related to
our website.  To this date, this web site has no any contents yet I'm paying
all necessary fees.

By the time ISTI started to threaten me and my wife (in October, 99), their
site had received same number of clicks (about 4,000 within a period of TWO
years of their website www.aiol.com) as our website in two months period.
He could not explain how US/India flags in my site and community services
information (displayed for ONLY two months, August/Sept)  had resulted in
loss of his millions of dollars!  He acted so hysterical with extreme
forceful & harassing attitude, that he did not want to talk to me any thing
short of millions of dollars for his losses and compensation.  At that time
he probably believed  as if I'm rich person who would avoid hassles of court
time and thus may compensate paying a lot of money to his company.
Although I am a doctor by degree (Ph.D) and working as a scientist in a
hospital- he  thought me an easy prey to extort the money based upon the
fact that I am a doctor or I may have financial assets.  It seems to me that
these people had made pre-meditated plans by utilizing threatening &
blackmailing tactics. I had got this domain name legally from INTERNIC in
february, 99.  I wonder, why ISTI kept COMPLETE silence since we got the
domain name www.allindiaonline.com from Internic?  If they wanted this
domain name, whey they did not apply for it legally from INTERNIC? Probably
these people were gathering information about us and  looking for an
opportunity and time (moments when we post some information in our web sit)
to extort the money by a scam. On October 26, 1999 I received an e-mail
from Detective James Hurley in which he mentioned that my case was reviewed
at the FBI high tech seminar where several of police officers attended.
Detective James Hurley added  "The agent who reviewed your case stated that
both the domain names (addresses) are different so he did not see a problem.
"  On October 26, 1999 I received an e-mail from Detective James Hurley in
which he mentioned that my case was reviewed at the  FBI high tech seminar
where several of police officers attended.   Detective James Hurley added

mail.com                                                                  6/11/02 5:24 PM

"The agent who reviewed your case stated that both the domain names
(addresses) are different so he did not see a problem. "

Technically for any web site, if someone puts desired unique key
words in
any server engines (for example putting key words of his hardware or
software products etc in server engines like Yahoo, Excite, Altavista
etc.)
his site www.aiol.com could be displayed along with other
lists/addresses.
Similarly for my products, my site (www.allindiaonline) should be
displayed
as a potential and relevant site.  On the other side, if he
advertises for
his own customers he will get publicity for his own site, which is
www.aiol.com for his company ISTI.  On the other hand,  if I will do
the
same for my site, people will open up my site which is
www.allindiaonline.com.  Thus, there is no way that his site could
clash
with my site's information.  Moreover, I wonder why he did not want
to
focus on his hardware, software and multimedia stuffs? Why he kept
quite
and silent for so long and did not plan to take the name
allindiaonline.com
from INTERNIC once he registered the business under ISTI
(International
Science and Technology Inc)?.  Now, the ill intentions of ISTI
seems to be
exposed, they are misusing the law for harassing others.  This company
should focus only on their hardware, software and multimedia products
(as
mentioned under his business plan/title) and leave rest of world free
from
any harassments!   I'll appreciate if their malicious and ill
intentions
could be checked and they should be stopped to hurt or pray others
businesses.

I'll appreciate your assistance.

Thanks

>>>>>>



| Move To | Amit ⬍ | Delete |                                    | Close |

**Reply** | **Reply All** | **Forward**   | As Attachment ⬍ |        **Previous** | **Next**

KWICK PICK
DYNO KWICK PICK
Never Pay for a Locksmith Again!
Click Here

© 2002 Mail.com. All rights reserved.

# EXHIBIT J

Copy of Mr. Prabhu Mohapatra's civil lawsuit is included.  He asked more than <u>42 million dollars</u>, as a compensation and relief.  It is part of his ongoing harassment and intimidation to my family for over three years.

In order to defend his role in cyber squatting, blackmailing, demanding money and my domain name for the past three years, Mr. Prabhu Mohapatra decided to file a retaliatory civil case on October 31, 2002.

He filed this civil case soon after he was served with summons from my civil case on October 25, 2002.  However he is still manipulating my summons by making excuses- as if that summons were not served to him properly.

It appears that he did make copy of those summons, and then sent back original to me (via his employee), and pretended as if he never saw those summons.

Following police criminal harassment related letter (EXHIBIT K), he amended his civil case, in which a copy of those summons is enclosed (please see EXHIBIT L) This proves that he tried to manipulate court related summons too.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

401 W. Washington St, Ste 130, SPC 1    District of    Arizona

AIOL  All India On Line, Pvt Ltd
International Science & Technology, Inc
Prabhu Mohapatra

V.

Anil Kumar Chawla
Himani Chawla

**SUMMONS IN A CIVIL CASE**

CASE

CIV '02  2187 PHX JWS

TO: (Name and address of Defendant)

Anil Kumar Chawla
16 Shrewsbury Green Dr, Unit H
Shrewsbury, MA 01545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

All India On Line, Pvt Ltd
International Science & Technology
Prabhu Mohapatra
308 S. Extension, #111
Mesa, AZ 85210

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RICHARD H. WEARE**                                    **OCT 3 1 2002**

_____                    _____
CLERK                                                                          DATE

_____
(By) DEPUTY CLERK

## Law Office of Eric G. Bjotvedt, P. C.

5025 N. Central Ave., #411
Phoenix, Arizona 85012
Tel: 602.809.4449
Facsimile: 661.455.3837
STATE BAR NO. 0019679

```
| ___ FILED        ___ LODGED |
| ___ RECEIVED     ___ COPY   |
|                             |
|        OCT 3 1 2002         |
|                             |
|   CLERK U S DISTRICT COURT  |
|      DISTRICT OF ARIZONA    |
| BY_____ S DEPUTY  |
```

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

AIOL All India On Line, Pvt.Ltd.                    )
International Science and Technology, Inc.          )
Prabhu Mohapatra, individually and as owner        )
and founder,                                       )
       Plaintiffs,                     )     **CIV '02   2187 PHX** JWS
    v.                                            )
                         )     CIV
                         )
Anil Kumar Chawla and                              )     **CIVIL COMPLAINT**
spouse, Himani Chawla                              )
jointly and severably,                            )
                         )
       Defendants.                      )
_____)

### PARTIES

1.   Plaintiffs are residents of Maricopa County with place of business in Maricopa County

2.   Defendants are husband and wife and residents of Shrewsbury, Massachusetts.

### JURISDICTION

3.   This court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1331 and 1332.

### COMPLAINT

### Count I
### VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT ("ACPA") 15 U.S.C. § 1125(d).

4.   Defendants registered the domain name allindiaonline.com with Network Solutions, Inc in

February 1999 knowing that they did not own the trademark rights to the name.  Network

Solutions has a history of being sued in connection with cybersquatting issues.

5.    Defendants are aware of the existence of the widely known company, AIOL All India On Line, Pvt. Ltd. (AIOL)which operates in the country of India and in the United States.

6.    Defendants were asked to discontinue use of the domain name by AIOL and they subsequently shut the website down but retained the domain name.

7.    Defendants were asked several times to transfer their ownership of the domain name to Plaintiff since Defendants had no legitimate interest in the domain name or right of ownership over the domain name.

8.    Defendants ignored the requests only stating that they are being harassed by Plaintiff. Defendants were asked one last time to transfer the domain name and were given until October 31, 2002 to comply in order to avoid legal action. In response, defendant, Anil Chawla, filed a frivolous claim of action against Prabhu Mohapatra and Sanjay Sangani demanding $300,000. See attached copy of court filing. Service of process, however, has not been perfected as of this date.

9.    Defendants registered for the domain name, allindiaonline.com with the full knowledge that they have no legitimate business use for it and that Plaintiffs are the legitimate owners of the trademark and tradename on a first use right basis since 1997.

10.   Defendants are also aware that Plaintiffs currently own the following domain names: allindiaonline.net, allindiaonline.co.uk, allindiaonline.in, and allindiaonline.org some of which were voluntarily transferred to Plaintiffs in response to cease and desist letters mailed to the then owners of those names.

11.   The tradename "All India On Line" is a legitimate part of the commerce conducted by Plaintiffs.

12.   Defendants are engaging in cybersquatting with the intent of extorting compensation from

Plaintiffs in exchange for transfer of the domain name. Defendants have no intellectual

property rights in the domain name, the domain name consists entirely of the legal name of

Plaintiffs company, Defendants had no prior use of the domain name in connection with

any bona fide offering of any goods or services, Defendants have not used the domain

name but have provided misleading, if not false, information in registering the domain

name, and Defendants are aware of how widely known the name in the domain name is,

especially in India.

13. Defendants never had reasonable grounds to believe that the use of the domain name was

     fair use and use that was lawful.

14. Defendants' bad-faith, intentional violation of the ACPA, notwithstanding their notice of

     such violation, triggers certain liabilities and remedies.

### Count II
### INTENTIONAL INTERFERENCE WITH PLAINTIFF
### CAUSING LOSS OF BUSINESS

15. Plaintiffs incorporate by reference the allegations numbered 1 through 14 above and

     alleges as follows:

16. Plaintiffs have been unable to market his business via the domain name owned by

     Defendant. The TLD of ".com" is extremely marketable because ".com" is the primary

     TLD.

17. Consumers visiting Defendants' domain name have become confused, or led to believe no

     such business exists or exists any longer, or diverted potential customers from purchasing

services.

18.  As a result of Defendants' acts and omissions, Plaintiffs have suffered the loss of

opportunity to promote and generate business through the highly desireable, preferable,

and popular, primary TLD domain name of allindiaonline.com.

## PRAYER FOR RELIEF

19.  WHEREFORE Plaintiffs respectfully request this court to award the following relief:

20.  Injuction against Defendants from registering the domain name allindiaonline.com

21.  Transfer of the domain name allindiaonline.com to Plaintiffs

22.  Damages in the amount of $100,000 as provided by the ACPA

23.  Damages for loss of business in the amount of $3,750,000

24.  Punitive damages in the amount of $40,000,000

25.  And any other relief the court deems fit

Respectfully submitted this 31st day of October 2002.

Eric G. Bjotvedt
Attorney for Plaintiffs

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

401 W. Washington St, Ste 130, SPC 1      District of   Arizona

AIOL All India On Line, Pvt Ltd
International Science + Technology, Inc
Prabhu Mohapatra

### SUMMONS IN A CIVIL CASE

V.

Anil Kumar Chawla
Himani Chawla

CASE

CIV '02   2187 PHX   JWS

TO: (Name and address of Defendant)

Himani Chawla
16 Shrewsbury Green Dr, Unit H
Shrewsbury, MA 01545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

All India On Line, Pvt Ltd
International Science + Technology
Prabhu Mohapatra
308 S. Extension, #111
Mesa, AZ 85210

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

RICHARD H. WEARE                                    OCT 3 1 2002

CLERK

(By) DEPUTY CLERK                                   DATE

## Law Office of Eric G. Bjotvedt, P. C.

5025 N. Central Ave., #411
Phoenix, Arizona 85012
Tel: 602.809.4449
Facsimile: 661.455.3837
STATE BAR NO. 0019679

| FILED | LODGED |
|---|---|
| RECEIVED | COPY |

**OCT 3 1 2002**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S  DEPUTY

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| AIOL All India On Line, Pvt.Ltd.<br>International Science and Technology, Inc.<br>Prabhu Mohapatra, individually and as owner<br>and founder,<br>                    Plaintiffs,<br>          v.<br><br>Anil Kumar Chawla and<br>spouse, Himani Chawla<br>jointly and severably,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIV '02  2187 PHX JWS**

CIV

CIVIL COMPLAINT

### PARTIES

1.    Plaintiffs are residents of Maricopa County with place of business in Maricopa County

2.    Defendants are husband and wife and residents of Shrewsbury, Massachusetts.

### JURISDICTION

3.    This court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1331 and 1332.

### COMPLAINT

#### Count I
#### VIOLATION OF THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT ("ACPA") 15 U.S.C. § 1125(d):

4.    Defendants registered the domain name allindiaonline.com with Network Solutions, Inc in

February 1999 knowing that they did not own the trademark rights to the name.  Network

Solutions has a history of being sued in connection with cybersquatting issues.

5.  Defendants are aware of the existence of the widely known company, AIOL All India On Line, Pvt. Ltd. (AIOL)which operates in the country of India and in the United States.

6.  Defendants were asked to discontinue use of the domain name by AIOL and they subsequently shut the website down but retained the domain name.

7.  Defendants were asked several times to transfer their ownership of the domain name to Plaintiff since Defendants had no legitimate interest in the domain name or right of ownership over the domain name.

8.  Defendants ignored the requests only stating that they are being harassed by Plaintiff. Defendants were asked one last time to transfer the domain name and were given until October 31, 2002 to comply in order to avoid legal action.  In response, defendant, Anil Chawla, filed a frivolous claim of action against Prabhu Mohapatra and Sanjay Sangani demanding $300,000.  See attached copy of court filing.  Service of process, however, has not been perfected as of this date.

9.  Defendants registered for the domain name, allindiaonline.com with the full knowledge that they have no legitimate business use for it and that Plaintiffs are the legitimate owners of the trademark and tradename on a first use right basis since 1997.

10. Defendants are also aware that Plaintiffs currently own the following domain names: allindiaonline.net, allindiaonline.co.uk, allindiaonline.in, and allindiaonline.org some of which were voluntarily transferred to Plaintiffs in response to cease and desist letters mailed to the then owners of those names.

11. The tradename "All India On Line" is a legitimate part of the commerce conducted by Plaintiffs.

12. Defendants are engaging in cybersquatting with the intent of extorting compensation from

Plaintiffs in exchange for transfer of the domain name. Defendants have no intellectual property rights in the domain name, the domain name consists entirely of the legal name of Plaintiffs company, Defendants had no prior use of the domain name in connection with any bona fide offering of any goods or services, Defendants have not used the domain name but have provided misleading, if not false, information in registering the domain name, and Defendants are aware of how widely known the name in the domain name is, especially in India.

13. Defendants never had reasonable grounds to believe that the use of the domain name was fair use and use that was lawful.

14. Defendants' bad-faith, intentional violation of the ACPA, notwithstanding their notice of such violation, triggers certain liabilities and remedies.

## Count II
## INTENTIONAL INTERFERENCE WITH PLAINTIFF CAUSING LOSS OF BUSINESS

15. Plaintiffs incorporate by reference the allegations numbered 1 through 14 above and alleges as follows:

16. Plaintiffs have been unable to market his business via the domain name owned by Defendant. The TLD of ".com" is extremely marketable because ".com" is the primary TLD.

17. Consumers visiting Defendants' domain name have become confused, or led to believe no such business exists or exists any longer, or diverted potential customers from purchasing

services.

18.    As a result of Defendants' acts and omissions, Plaintiffs have suffered the loss of

opportunity to promote and generate business through the highly desireable, preferable,

and popular, primary TLD domain name of allindiaonline.com.

## PRAYER FOR RELIEF

19.    WHEREFORE Plaintiffs respectfully request this court to award the following relief:

20.    Injuction against Defendants from registering the domain name allindiaonline.com

21.    Transfer of the domain name allindiaonline.com to Plaintiffs

22.    Damages in the amount of $100,000 as provided by the ACPA

23.    Damages for loss of business in the amount of $3,750,000

24.    Punitive damages in the amount of $40,000,000

25.    And any other relief the court deems fit

Respectfully submitted this 31st day of October 2002.

Eric G. Bjotvedt

Attorney for Plaintiffs

# EXHIBIT K

Enclosures:
1. A letter from the Trial Court, The commonwealth of Massachusetts.
2. Face cover sheets from police department.

## Key facts

A letter dated November 4, 2002, **relating to a criminal action** was mailed to Mr. Prabhu Mohapatra and his attorney from the **Trial Court of The Commonwealth of Massachusetts**.

Before they received this letter, they had received summons (October 25, 2002) from US District court of Massachusetts for my civil case.

Mr. Prabhu Mohapatra was not aware of the fact that a serious letter (criminal related) is on the way.  Within that time frame, they made a joke of US laws, ignored those summons, which were handed over to them at right place and at right address via a professional process server.  The decided to file their own civil caser to scare my wife and me further.

Mr. Prabhu Mohapatra probably made a copy of those summons, and sent served summons back to me via his employee, stating that he does not want to accept any court related papers. Later on, his wife also wrote a letter to me, stating it is a mistake to accept any thing from me, thus sent documents back.

On, October 31, Mr. Prabhu Mohapatra filed his own lawsuit in Arizona **by dragging my wife too**, demanding about 43 million dollars.

However, once Mr. Prabhu Mohapatra received criminal related letter, he may have realized his deceptive attitude for playing with legal US court system.

Thus, after seeing criminal action related letter, Mr. Prabhu Mohapatra decided to amend the same civil suit (EXHIBIT L), and now he still asking $100,000 from his civil law suit.  In his amended civil case he enclosed a copy of summons from US court, Massachusetts too which were served earlier. This proves that they had summons, but they looked excuses to file their own case to harass us further.

The entire experience of the harassment by Mr. Prabhu Mohapatra has been documented to the POLICE DEPARTMENT of Shrewsbury, Massachusetts.   For the records, since October 1999, I had been in touch with local DA's office and the local Police Department about this matter.   In the face sheets from police department, it is clearly written, that "...**harassed victim to the point that victim's health and well being is affected**."



# Trial Court of The Commonwealth - District Court Department
## Westborough Division

CLERK/MAGISTRATE
THOMAS X. COTTER

(508) 366-8266

175 MILK STREET
WESTBOROUGH, MASSACHUSETTS 01581

FIRST JUSTICE
PAUL S. WAICKOWSKI

ASSOC. JUSTICE
ROBERT B. CALAGIONE

November 4, 2002

PROBATION OFFICERS

CHIEF PROBATION OFFICER
FREDERICK McCONAGHY

ASST. CHIEF PROB. OFF.
STEPHEN P. SANTORA

JAMES E. BUTCHER
VERONICA JOHNSON
WENDY LAVIGNE
JUSTIN W. MICHAUD
EDWARD P. SULLIVAN

ASSOCIATE PROBATION OFFICERS
MANDY ADAMS
RENEE MURPHY

(508) 366-1204

Eric G. Bjotvedt, Esquire
27835 North 47th Street
Cave Creek, AZ 85331

Re: Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Mohapatra, Prabhu
Commonwealth (Shrewsbury Police Department) vs. Sangani, Sanjov

Dear Attorney Bjotvedt:

Please be advised that several weeks ago I was presented with applications for criminal process to be issued from the Westborough District Court to and against the above three defendant parties. I enclose the face sheets of the applications in order that you will officially know exactly what has been filed with this court in terms of the process requested. The crime of Criminal Harassment under Chapter 269, S 43A has been on the books for two to three years and as far as I can tell has not been tested via the Supreme Court of the Commonwealth of Massachusetts. It has been my policy over the years to always grant Hearings for our citizens in an effort to, at least, let them be heard and give the other side an equal opportunity to be heard as well. In an all out effort to be fair in this matter let me reserve further comment on these cases except to say that there are several questions which give rise to my curiosity. This is what I plan to do.

On Wednesday, December 18, 2002, at 8:30 A.M. I am setting these applications down for Probable Cause Hearings obviously to attempt to reach a conclusion as to whether or not the alleged accusations in these cases rise to the level of criminal conduct as set forth in MGL C265, S 43A. From the correspondence that I have, I am assuming that you continue to represent the

corporation and the other two defendants named in the applications and because of this uncertainty, I want you to know that I am forwarding copies of this letter and enclosures to the parties involved. Finally, I have one further comment and that is that I want you to know that I recognize, among other things, the geography which separates the parties, not to mention the expense of traveling east for the proposed Hearings. Therefore, in the alternative, may I suggest that you and/or your clients might be interested in some sort of rebuttal or denial by correspondence with this office concerning the material which this day I have forwarded to you.

Please understand that your personal appearance along with the other two gentlemen is the preferred procedure to be followed in this case. My suggestion regarding rebuttal by correspondence is merely a secondary alternative and I might add not an unreasonable one under all of the circumstances. I am,

Very truly yours,

Thomas X. Cotter, Esquire
Clerk Magistrate

mrb

enclosures

| **APPLICATION** ☐ ADULT | NUMBER | **Trial Court of Massachusetts** |
|---|---|---|
| **FOR COMPLAINT** ☐ JUVENILE | | **District Court Department** |

☐ ARREST    ⊙ HEARING    ☐ SUMMONS    ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION
Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/15/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT
LT. J.J. HURLEY          508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT
Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA  01545

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | 269-43A |
| 2. | | |
| 3. | | |
| 4. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
SANGANI, SANJAY R.          M#M9908584

6505 WEST FRYE ROAD, #24          A#F0200175

CHANDLER, AZ  85226          I#I0214043

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING      AT | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Av'l Chawla 16 H Shrewsbury Green | | Criminally harrased | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:   [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _J.J. Hurley_____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0    0 | | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE                    TYPE OF PROCESS ☐ Sufficient evidence presented   ☐ Warrant ☐ Defendant failed to appear       ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |
| COMMENTS | | |

| APPLICATION FOR COMPLAINT | ☐ ADULT ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|

☐ ARREST    ☐ HEARING    ☐ SUMMONS    ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT

LT. J.J. HURLEY                508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT

Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA   01545

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

MOHAPATRA, PRABHU            M#M9908583

6505 WEST FRYE RD, #24       A#F0200175

CHANDLER, AZ   85226         I#I0214048

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | 269-43A |
| 2. | | |
| 3. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | ← COURT USE ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Anil Chawla 164 Shrewsbury Inn | | Criminally Harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:     [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _St James Hurly_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0  0 | 0 | | |

| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|---|
| | | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE          TYPE OF PROCESS ☐ Sufficient evidence presented   ☐ Warrant ☐ Defendant failed to appear      ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION FOR COMPLAINT  ☑ ADULT  ☐ JUVENILE | NUMBER | Trial Court of Massachusetts District Court Department |
|---|---|---|

☐ ARREST   ☑ HEARING   ☐ SUMMONS   ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT
LT. J.J. HURLEY ·        508-841-8577

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | [~~SECTION~~] 265/43A |
| 2. | | |
| 3. | | |
| 4. | | |

ADDRESS AND ZIP CODE OF COMPLAINANT
Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA  01545

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
INT'L SCIENCE & TECH INC.        M#M0207662

6505 W. FRYE ROAD, #24        A#F0200175

CHANDLER, AZ  85226        I#I0214048

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | *Owen Stewart* *164 Shrews Green* | *Criminally Harrassed* | | |
| 2 | *Shrews, MA* | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

X *Lt James Hurley*
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE UNK | HEIGHT 0  0 | WEIGHT 0 | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | | | | | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE                     TYPE OF PROCESS ☐ Sufficient evidence presented      ☐ Warrant ☐ Defendant failed to appear        ☐ Summons returnable | |
| | ☐ Continued to | |

# EXHIBIT L

Mr. Prabhu Mohapatra decided to amend civil lawsuit asking $100,000 from my wife and me- a dramatically reduced amount from his initial claim in the amount of about <u>42 million dollars.</u>

- in response to criminal harassment action by police (Please see EXHIBIT K).

Please see EXHIBIT J- his retaliatory civil case my wife and me.

A letter dated November 4, 2002, **relating to a criminal action** was mailed to Mr. Prabhu Mohapatra and his attorney from the **Trial Court of The Commonwealth of Massachusetts**. Once he received that letter, he may have realized his role in harassing my wife and me for more than three years.

However, as of this date, he is still ignoring and manipulating my civil case related documents and summons, which were served to him properly at his right address.

1 | Eric G. Bjotvedt
5025 N. Central Ave., #411
2 | Phoenix, Arizona 85012
Tel: 602.809.4449
3 | Facsimile: 661.455.3837
STATE BAR NO. 0019679
4 | Attorney for Plaintiffs

5

6 | # UNITED STATES DISTRICT COURT

7 | ## DISTRICT OF ARIZONA

8

9 | AIOL ALL INDIA ON-LINE, PVT.LTD.; )
INTERNATIONAL SCIENCE AND )
TECHNOLOGY, INC.; AND )
10 | PRABHU MOHAPATRA, INDIVIDUALLY )
AND AS OWNER AND FOUNDER, )

CIV02-2187-PHX-JWS

11 | PLAINTIFFS, )

AMENDED
CIVIL COMPLAINT
AND DEMAND FOR
TRIAL BY JURY

12 | V. )

13 | )

ANIL KUMAR CHAWLA AND )
14 | SPOUSE, HIMANI CHAWLA )
JOINTLY AND SEVERALLY )

15 | DEFENDANTS )

16

17 | ### PARTIES

18 | 1.   Plaintiffs are residents of Maricopa County with place of business in Maricopa County

19 | 2.   Defendants are husband and wife and residents of Shrewsbury, Massachusetts.

20 | ### JURISDICTION

21 | 3.   This court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1331 and 1332

22 | as it relates to Title 15 U.S.C. § 1125(d).

23

24 | ### COMPLAINT

25 | #### Count I

26 | ### VIOLATION OF THE ANTICYBERSQUATTING CONSUMER

27 | ### PROTECTION ACT ("ACPA") 15 U.S.C. § 1125(d).

28 | 4.   Defendants registered the domain name allindiaonline.com with Network Solutions, Inc. in

February 1999 knowing they did not own the trademark rights to the name. Network Solutions has a history of being sued in connection with cybersquatting issues.

5. Defendants are aware of the existence of the widely known company, AIOL All India On-Line, Pvt. Ltd. (AIOL) which operates in the countries of India and the United States of America.

6. Defendants were asked to discontinue use of the domain name by AIOL. Defendants subsequently shut down the website but retained the domain name.

7. Defendants were asked several times to transfer their ownership of the domain name to Plaintiff since Defendants had no legitimate interest in the domain name or right of ownership over the domain name.

8. Defendants ignored the requests only stating that they are being harassed by Plaintiff and re-registered the domain name. Defendants were asked a final time to transfer the domain name and were given until October 31, 2002 to comply in order to avoid legal action. In response, Defendant, Anil Chawla, filed a frivolous claim for cause of action against Prabhu Mohapatra and Sanjay Sangani demanding $300,000. (See Exhibit A copy of court filing) Service of process on Plaintiffs has not been perfected as of this date by Defendants.

9. Defendants registered the domain name, allindiaonline.com, with full knowledge they have no legitimate business use for the domain name and full knowledge Plaintiffs are the legitimate owners of the trademark and trade name on a first use right basis since 1997.

10. Defendants are also aware Plaintiffs currently own the following domain names: allindiaonline.net, allindiaonline.co.uk, allindiaonline.in, and allindiaonline.org some of which were voluntarily transferred to Plaintiffs in response to cease and desist letters mailed to the then owners of those names.

11. The trade name "AIOL All India On-Line" is a legitimate part of the commerce conducted by Plaintiffs in the United States of America and India.

12. Defendants are engaging in cybersquatting with the intent of extorting compensation from Plaintiffs in exchange for transfer of the domain name. Defendants have no intellectual

- 2 -

property rights in the domain name, the domain name consists entirely of the legal name of Plaintiffs company, Defendants had no prior use of the domain name in connection with any bona fide offering of any goods or services, Defendants have not used the domain name but have provided misleading, if not false, information in registering the domain name, and Defendants are aware of how widely known the name in the domain name is, especially in India.

13.   Defendants never had reasonable grounds to believe that the use of the domain name was fair use and use that was lawful.

14.   Defendants have acted in bad faith and continue to act in bad-faith as evidenced by their frivolous court filing in Massachusetts and frivolous and false police report made with the Shrewsbury Police Department in Massachusetts.  (See Exhibit B copy of documents from the Trial Court of the Commonwealth - District Court Department Westborough Division)

15.   Defendants' bad-faith, intentional violation of the ACPA, notwithstanding their notice of such violation, triggers certain liabilities and remedies.

## Count II

### INTENTIONAL INTERFERENCE WITH PLAINTIFF

### CAUSING LOSS OF BUSINESS

16.   Plaintiffs incorporate by reference the allegations numbered 1 through 15 above and alleges as follows:

17.   Plaintiffs have been unable to market the business via the domain name registered by Defendants.  The TLD of ".com" is extremely marketable because ".com" is the primary TLD.

18.   Consumers visiting Defendants' domain name have become confused.  Specifically, potential consumers are led to believe no such business exists or no longer exists or are led

- 3 -

1    to believe no services are available from the business for their purchase.

2  19.    As a result of Defendants' acts and omissions, Plaintiffs have suffered the loss of

3    opportunity to promote and generate business through the highly desired, preferred, and

4    popular, primary TLD domain name of allindiaonline.com.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiffs respectfully demand a trial by jury and request this court to award the
following relief:

    a.    Order an Injunction against Defendants from re-registering the domain name
        allindiaonline.com

    b.    Order Defendants to transfer the domain name allindiaonline.com to Plaintiffs

    c.    Damages in the amount of $100,000 as provided by the ACPA

    d.    Damages for loss of business to be determined at trial

    e.    Punitive damages to be determined at trial

    f.    Award court costs and attorney fees

    g.    Such other relief as the court deems appropriate.

RESPECTFULLY submitted this _16^{TH}_ day of November 2002.

Eric G. Bjotvedt
Attorney for Plaintiffs
5025 N. Central Ave., #411
Phoenix, Arizona 85012
Tel: 602.809.4449

# EXHIBIT A

# UINTED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

CIVIL ACTION
No._____

Case # 02-40198-NMG

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

V.

Prabhu Mohapatra
308 South Extension Road, #111,
Mesa, Arizona, 85210


Sanjay Sangani
308 South Extension Road, #111,
Mesa, Arizona, 85210

## COMPLAINT

### Parties

1. The plaintiff is a resident of Shrewsbury, Massachusetts and a citizen of the United States.

2. The defendant Prabhu Mohapatra is a resident of Arizona and his citizenship is unknown.

3. The defendant Sanjay Sangani is a resident of Arizona and his citizenship is unknown.


### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C § 1332

## Facts

5.  On October 6, 1999, Mr. Prabhu Mohapatra and Mr. Sanjay Sangani forced me to close my entire website titled www.allindiaonline.com.   Defendants made false allegations against me for violating their trademark.  In fact, even as of this date, defendants do not have any relevant US trademark.

6.  I was threatened and forced to remove even a single word or flag/picture in my website.  Under such circumstances, I had no choice except to close down my entire website.  Since three years, I have been subjected to further harassment, forcing me to surrender even my website's domain name to defendants.

7.  On account of ongoing threats from defendants, since October 1999, I could not open my site for the general public.  Although the website of defendants (www.aiol.com) and my site (www.allindiaonline.com) are completely different by the domain name, yet excuses, abusive language, defaming comments and scary tactics have been used to enforce their decision to keep my site closed and to surrender my domain name.  I was the first person to acquire my domain name (www.allindiaonline.com) legally from Internic from several similar available names, which were open for general public.

8.  For the records, I contacted the local DA's office and the Police Department to inform them of this ongoing harassment from defendants.  From time to time, this whole matter and relevant complaints of harassment were brought to the attention of District Attorney's office (Mr. James Reagon) and Shrewsbury Police Department (Lt James Hurley).

9.  On account of forced shut down of my Internet site, and on going harassment for over three years, my wife also withdrew from this business initiative, as she was scared of the defendants' harassing attitude.  Prolonged stress and fear has eventually resulted in her losing this business, and consequently adding additional financial losses to our family.

10.  On account of COMPLETE loss of website, and resulting stress during the past three years, a RELIEF of $300,000 is sought from defendants.

11.  WHEREFORE, the Plaintiff demands judgment against the defendants for the damages as this Court deems just.

12.  The plaintiff demands a trial by jury.

Signature

Name:     Dr. Anil K. Chawla

Addresss: 16 Shrewsbury Green Drive, Unit H
          Shrewsbury, MA 01545

# EXHIBIT B



# Trial Court of The Commonwealth - District Court Department
## Westborough Division

CLERK/MAGISTRATE
THOMAS X. COTTER

(508) 366-8266

175 MILK STREET
WESTBOROUGH, MASSACHUSETTS 01581

FIRST JUSTICE
PAUL S. WAICKOWSKI

ASSOC. JUSTICE
ROBERT B. CALAGIONE

November 4, 2002

PROBATION OFFICERS

CHIEF PROBATION OFFICER
FREDERICK McCONAGHY

ASST. CHIEF PROB. OFF.
STEPHEN P. SANTORA

JAMES E. BUTCHER
VERONICA JOHNSON
WENDY LAVIGNE
JUSTIN W. MICHAUD
EDWARD P. SULLIVAN

ASSOCIATE PROBATION OFFICERS
MANDY ADAMS
RENEE MURPHY

(508) 366-1204

Eric G. Bjotvedt, Esquire
27835 North 47th Street
Cave Creek, AZ 85331

Re: Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Int'l Science & Tech, Inc.
Commonwealth (Shrewsbury Police Department) vs. Mohapatra, Prabhu
Commonwealth (Shrewsbury Police Department) vs. Sangani, Sanjov

Dear Attorney Bjotvedt:

Please be advised that several weeks ago I was presented with applications for criminal process to be issued from the Westborough District Court to and against the above three defendant parties. I enclose the face sheets of the applications in order that you will officially know exactly what has been filed with this court in terms of the process requested. The crime of Criminal Harassment under Chapter 269, S 43A has been on the books for two to three years and as far as I can tell has not been tested via the Supreme Court of the Commonwealth of Massachusetts. It has been my policy over the years to always grant Hearings for our citizens in an effort to. at least, let them be heard and give the other side an equal opportunity to be heard as well. In an all out effort to be fair in this matter let me reserve further comment on these cases except to say that there are several questions which give rise to my curiosity. This is what I plan to do.

On Wednesday, December 18, 2002, at 8:30 A.M. I am setting these applications down for Probable Cause Hearings obviously to attempt to reach a conclusion as to whether or not the alleged accusations in these cases rise to the level of criminal conduct as set forth in MGL C265, S 43A. From the correspondence that I have, I am assuming that you continue to represent the

corporation and the other two defendants named in the applications and because of this uncertainty, I want you to know that I am forwarding copies of this letter and enclosures to the parties involved.  Finally, I have one further comment and that is that I want you to know that I recognize, among other things, the geography which separates the parties, not to mention the expense of traveling east for the proposed Hearings.  Therefore, in the alternative, may I suggest that you and/or your clients might be interested in some sort of rebuttal or denial by correspondence with this office concerning the material which this day I have forwarded to you.

Please understand that your personal appearance along with the other two gentlemen is the preferred procedure to be followed in this case.  My suggestion regarding rebuttal by correspondence is merely a secondary alternative and I might add not an unreasonable one under all of the circumstances.  I am,

Very truly yours,

Thomas X. Cotter, Esquire
Clerk Magistrate

mrb

enclosures

| APPLICATION<br>FOR COMPLAINT | ☐ ADULT<br>☐ JUVENILE | NUMBER | | Trial Court of Massachusetts<br>District Court Department |

| ☐ ARREST   ☑ HEARING   ☐ SUMMONS   ☐ WARRANT | COURT DIVISION |

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
| 10/25/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT

LT. J.J. HURLEY           508-841-8577

| | NO. | OFFENSE | G.L. Ch. and Sec |
| ADDRESS AND ZIP CODE OF COMPLAINANT | 1. | CRIMINAL HARRASMENT | 269-43A |
| Shrewsbury Police Department | | | |
| 106 Maple Avenue | 2. | | |
| Shrewsbury, MA  01545 | | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

| SANGANI, SANJAY R. | M#M9908584 | 3. |
| 6505 WEST FRYE ROAD, #24 | A#F0200176 | |
| CHANDLER, AZ  85226 | I#I0214048 | 4. |

| COURT USE<br>ONLY → | A hearing upon this complaint application<br>will be held at the above court address on | DATE OF HEARING | TIME OF HEARING<br>AT | COURT USE<br>← ONLY |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
| 1 | Av't Chawla<br>16 H Shrewsbury Green | | Criminally Harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:  —[This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| No date | | | | UNK | 0   0   0 | | | |
| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | | FATHER'S NAME | | | |

## ▼ COURT USE ONLY ▼

| | DISPOSITION | AUTHORIZED BY |
| DATE | | |
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE                  TYPE OF PROCESS<br>☐ Sufficient evidence presented    ☐ Warrant<br>☐ Defendant failed to appear        ☐ Summons returnable | |
| | ☐ Continued to | |

COMMENTS

| APPLICATION FOR COMPLAINT | ☐ ADULT<br>☐ JUVENILE | NUMBER | | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|---|

| ☐ ARREST | ☐ HEARING | ☐ SUMMONS | ☐ WARRANT | COURT DIVISION |
|---|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

NAME OF COMPLAINANT

LT. J.J. HURLEY          508-841-8577

ADDRESS AND ZIP CODE OF COMPLAINANT

Shrewsbury Police Department
106 Maple Avenue
Shrewsbury, MA   01545

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | CRIMINAL HARRASMENT | 269-43A |
| 2. | | |
| 3. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

MOHAPATRA, PRABHU          M#M9908583

6505 WEST FRYE RD, #24          A#F0200175

CHANDLER, AZ   85226          I#I0214048

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING<br>AT | COURT USE<br>← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | Anil Chawla<br>16# Shrewsbury Grn | | Criminally Harrassed | |
| 2 | Shrewsbury, MA | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:   [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED.  IT HAS CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

X _Lt James Hurley_
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | UNK | 0 | 0 0 | | |

| OCCUPATION | EMPLOYER/SCHOOL | | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|---|

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE          TYPE OF PROCESS<br>☐ Sufficient evidence presented    ☐ Warrant<br>☐ Defendant failed to appear      ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

COMMENTS

| APPLICATION ☑ ADULT<br>FOR COMPLAINT ☐ JUVENILE | NUMBER | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

☐ ARREST  ⊚ HEARING  ☐ SUMMONS  ☐ WARRANT

The within named complainant requests that a complaint issue against the within
named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Westborough District Court
175 Milk Street
Westborough, MA. 01581

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 10/10/2002 | 06/18/2002 | SHREWSBURY |

| NAME OF COMPLAINANT | | NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|---|
| LT. J.J. HURLEY | 508-841-8577 | | | |
| ADDRESS AND ZIP CODE OF COMPLAINANT | | 1. | CRIMINAL HARRASMENT | [~~NEW~~] |
| Shrewsbury Police Department | | | | 265/43A |
| 106 Maple Avenue | | | | |
| Shrewsbury, MA  01545 | | 2. | | |
| NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | | | |
| INT'L SCIENCE & TECH INC. | M#M0207662 | 3. | | |
| 6505 W. FRYE ROAD, #24 | A#F0200175 | | | |
| CHANDLER, AZ  85226 | I#I0214048 | 4. | | |

| COURT USE<br>ONLY ——▶ | A hearing upon this complaint application<br>will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE<br>◀—— ONLY |
|---|---|---|---|---|
| | | AT | | |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM<br>Owner of property,<br>person assaulted, etc. | DESCRIPTION OF PROPERTY<br>Goods stolen, what<br>destroyed, etc. | VALUE OR PROPERTY<br>Over or under<br>$250. | TYPE OF CONTROLLED<br>SUBSTANCE OR WEAPON<br>Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | *Amt Chawal* | *Criminally Harassed* | | |
| 2 | *16H Shrews. Green*<br>*Shrews, MA* | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS: [This is page 1 of 1]
ABOVE DEF. HAS ON MORE THAN THREE SEPERATE OCCASSION HARRASSED THE VICTIM
TO THE POINT THAT THE VICTIMS HEALTH AND WELL BEING IS EFFECTED. IT HAS
CAUSED THE VICTIM SIGNIFICANT CONCERN AND DISTRESS.

x *Lt James Hurley*
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE<br>UNK | HEIGHT<br>0   0 | WEIGHT<br>0 | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| No date | | | | | | | | |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

## ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | PROCESS TO ISSUE     TYPE OF PROCESS<br>☐ Sufficient evidence presented   ☐ Warrant<br>☐ Defendant failed to appear    ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | |

1

**CERTIFICATE OF SERVICE**

2   The original and copy of the foregoing was delivered
via 24 hour mail drop on November 16, 2002 to:

3

4   Clerk of the Court
United States District Court

5   Sandra Day O'Connor U.S. Courthouse

6   401 W. Washington Street, Suite 130, SPC 1
Phoenix, AZ 85003-2118

7

8   A copy of the foregoing was delivered via regular mail
on November 16, 2002 to:

9

10   Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H

11   Shrewsbury, MA  01545

12   and

13   Himani Chawla
16 Shrewsbury Green Drive, Unit H

14   Shrewsbury, MA  01545

15

16

17

18                                      Eric G. Bjotvedt

19                                      Attorney for Plaintiffs
5025 N. Central Ave., #411

20                                      Phoenix, Arizona  85012
Tel: 602.809.4449

21

22

23

24

25

26

27

28

# EXHIBIT M

## America Online (www.AOL.com) V. Prabhu Mohapatra (www.aiol.com)

Mr. Prabhu Mohapatra filed an application with USPTO for an extremely deceptive trademark (AIOL-All-India-On-Line). But on account of first half words (AIOL), **America Online** objected to that trademark during September 1999. <u>**As a result, Mr. Prabhu Mohapatra never got that trademark.**</u> However, Mr. Prabhu Mohapatra never told me about that opposition and court proceeding with AOL, **but he continued to blackmail me on account of rest of words related to India in that trademark.**

In his own website (www.aiol.com), Mr. Prabhu Mohapatra states "America Online, Inc. objected to the use of the trademark in the USA. **Also the motion for summery judgment in favor of "AIOL All Indian Online" was denied by the US Dept. of Commerce.**

This case against Mr. Prabhu Mohapatra (America Online V. Prabhu Mohapatra) is in record with the UNITED STATES DEPARTMENT OF COMMERRCE having an opposition number 115,519. Judges found following:
  d) That trademark as filed by Prabhu Mohapatra would deceive AOL,
  e) Closely resembles AOL,
  f) Falsely suggests a connection with AOL

According to pubic documents from USPTO, an opposition was field by AMERICA ONLINE long time ago (in 1999), but **Mr. Prabhu Mohapatra preferred to hide this matter while demanding money from us**.

  

# AIOL™
## All India On-Line

HOME | Automobile | *Chat | Entertainment | Horoscope | Kids-Zone | Matrimonial | News | Religion | Re
Check-POP-E-MAIL* | Domain Registration | Dial-Up Connection | Web Hosting | S

| Survey Questions: | | | |
|---|---|---|---|
| 1 | Are you confused between the Trademarks "AIOL ALL INDIA ONLINE" and "AOL"? | ○ Yes    ○ No    ○ Can't Say |
| 2 | Does the Trademark "AIOL ALL INDIA ONLINE" suggest to be a part of America Online (AOL)? | ○ Yes    ○ No    ○ Can't Say |
| 3 | Will the Trademark "AIOL ALL INDIA ONLINE" dilute the trademark "AOL"? | ○ Yes    ○ No    ○ Can't Say |
| 4 | Do you think "AIOL ALL INDIA ONLINE" should be allowed to be used in the USA* for the internet connectivity providing to the Indian Community? | ○ Yes    ○ No    ○ Can't Say |

Your Name    :
Your Email   :
Your Comments :

[Submit] [Reset]

"AIOL All India Online" was first commercially used in the year of 1997. After the registration of the company All India Online, Pvt. Ltd. in India, the registration of trademark "AIOL" was filed in India and also the same was carried out in the USA. After the approval of the trademark by the US Department of Commerce, it was sent for publication (it is a standard procedure). On the last day of the publication America Online, Inc. objected to the use of the trademark in the USA. Also the motion for summery judgment in favor of "AIOL All Indian Online" was denied by the US Dept. of Commerce. Presently it is the discovery phase and it is scheduled for hearing at the trademark trial and appeal board." All India Online needs this survey to counter the opposition of the registration of trademark in the USA.

From: www. aiol.com

NOV.18.2002   4:29PM                                              NO.698   P.2

*Clear Jeremy Close*
3-1-01

ENTERED
DEC 2002

THIS DISPOSITION
IS NOT CITABLE AS PRECEDENT
OF THE T.T.A.B.

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia 22202-3513

Bagley

MAILED

NOV 16 2000

PAT. & T.M. OFFICE

Opposition No. 115,519

America Online, Inc.

v.

Prabhu Mohapatra.

Before Wendel, Bottorff and Holtzman,
Administrative Trademark Judges.

By the Board:

Prabhu Mohapatra (hereinafter "applicant") seeks to
register the mark AIOL ALL INDIA ONLINE and design,[1] shown
in reduced form below,



for "providing multiple-user access to a global computer
information network for the transfer and dissemination of
[a] wide range of information."

---

[1] Application Serial No. 75/417,425, filed January 13, 1998, and
reciting October 29, 1997 as the dates of first use and first use
in commerce. The term INDIA ONLINE has been disclaimed.

Opposition No. 115,519

Registration has been opposed by America Online, Inc.
(hereinafter "opposer") on the grounds that:  (1) the
involved mark, as used in connection with the identified
services, so resembles opposer's previously used and
registered marks, most notably its famous mark AOL,[2] as used
in connection with a variety of goods and services,
including "providing multiple-use access to a global
computer information network for the transfer and
dissemination of [a] wide range of information," as to be
likely to cause confusion, mistake or to deceive under
Trademark Act Section 2(d), 15 U.S.C. Section 1052(d);  (2)
that the involved mark so closely resembles opposer's
pleaded marks that it will cause deception under Trademark
Act Section 2(a), 15 U.S.C. Section 1052(a);  (3) that the
involved mark falsely suggests a connection with opposer

---

[2] Registration No. 1,977,731, for "electronic storage and
retrieval of data and documents in the fields of business,
finance, news, weather, sports, computing and computer software,
games, music, theater, movies, travel, education, lifestyles,
hobbies and topics of general interest" in International Class
35, "telecommunications services, namely electronic transmission
of data, images, and documents via computer terminals; electronic
mail services; and facsimile transmission" in International Class
38 and "computer services, namely leasing access time to computer
databases, computer bulletin boards, computer networks, and
computerized research and reference materials, in the fields of
business, finance, news, weather, sports, computing and computer
software, games, music, theater, movies, travel, education,
lifestyles, hobbies and topics of general interest; computerized
dating services; computer consultation services; computerized
shopping via telephone and computer terminals in the fields of
computer goods and services and general consumer goods" in
International Class 42, issued June 4, 1996, reciting October 2,
1996 as the dates of first use and first use in commerce.

Opposition No. 115,519

under Section 2(a); and (4) that the involved mark will cause dilution of the distinctive quality of opposer's famous AOL mark.

Applicant, in his answer, "does not deny or dispute the exclusivity and preestablished rights of opposer in the use of their mark AOL," but asserts that opposer's exclusivity does not extend to applicant's mark, which is clearly distinct and serves a specific category of global computer network users.  Applicant otherwise denies the salient allegations of the notice of opposition.

This case now comes up for consideration of applicant's motion for summary judgment on the ground that opposer's grounds for opposition "have no merit."[3]

Summary judgment is an appropriate method of disposing of cases in which there are no genuine issues of material fact in dispute, thus leaving the case to be resolved as a matter of law.  See Fed. R. Civ. P. 56(c).  Applicant, as the party moving for summary judgment, has the initial burden of demonstrating the absence of any genuine issue of material fact, and that it is entitled to judgment as a

---

[3] We note that applicant's answer and motion for summary judgment do not include proper certificates of service in accordance with Trademark Rule 2.119.  However, inasmuch as the cover letter for the answer and the motion for summary judgment is addressed to both the Board and opposer's counsel, and because opposer responded fully to the motion for summary judgment, we presume that opposer received its service copies of those filings, and the Board is considering the motion for summary judgment. However, strict compliance with Trademark Rule 2.119 is required for all future filings.

Opposition No. 115,519

matter of law. *See Celotex Corp. v. Catrett*, 477 U.S. 317 (1987); *Sweats Fashions Inc. v. Pannill Knitting Co. Inc.*, 833 F.2d 1560, 4 USPQ2d 1793 (Fed. Cir. 1987).

After reviewing the arguments and supporting papers of the parties, we find that applicant has not met his burden with regard to any of opposer's claims. At a minimum, genuine issues of material fact exist at least with respect to the fame of opposer's AOL mark; the similarity of applicant's involved mark and the pleaded marks; and the relatedness of the parties' services.[*] See, e.g., *Recot, Inc. v. M.C. Becton*, 50 USPQ2d 1439 (TTAB 1998).

In view thereof, applicant's motion for summary judgment is denied. Discovery and trial dates are reset as shown in the accompanying order.

*H. R. Wendel*
H. R. Wendel

*C. M. Bottorff*
C. M. Bottorff

*T. E. Holtzman*
T. E. Holtzman

Administrative Trademark
Judges, Trademark Trial
and Appeal Board

---

[*] The fact that we have identified only a few genuine issues of material fact as sufficient bases for denying the motion for summary judgment should not be construed as a finding that these are necessarily the only issues which remain for trial.