Prabhu Mohaptra
16619 S. 37th Way
Phoenix, Arizona  85048
480.706.1417
Pro Se

FILED
IN CLERK'S OFFICE

2002 DEC -2  A 9: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Anil Kumar Chawla**<br>    Plaintiff,<br><br>vs.<br><br>**Prabhu Mohaptra**<br>    Defendant | Case No. 02-40198-NMG |

DOCKETED

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS CIVIL CASE**

Prabhu Mohaptra
16619 S. 37th Way
Phoenix, Arizona  85048
480.706.1417
Pro Se

## REPLY

This is in reply to Plaintiff's opposition to my motion to dismiss I downloaded from http://pacer.uscourts.gov. Proper service under the federal rules and Massachusetts rules, as it relates to service on me individually, must be in person or by restricted certified mail to my last place of usual abode.

Plaintiff attempted service on my employee, Uttam, at my place of business improperly while I was out of town. In fact, the process server indicated my business address as my place of abode which is clearly wrong as the record shows. Service is improper and insufficient. My employee returned the document to Plaintiff since my employee is unable to accept service for me at my place of business relating to a case against me personally. My employee is not authorized to accept process for me.

To date, service has not been properly effected and thus, Defendant's motion to dismiss must be granted. Upon the foregoing, Defendant requests his motion to dismiss be granted.

RESPECTFULLY submitted this 29th day of November, 2002.

Prabhu Mohapatra

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this reply on November 29, 2002 via regular mail to Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545