UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2002 DEC -4  A 9: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Anil Kumar Chawla

V.

Prabhu Mohapatra

Case: 02-40198-NMG

DOCKETED

## Opposition to Defendant's Motion to Dismiss Civil Case

Defendant has filed a 2nd petition to dismiss my civil case on the grounds that a process of serving summons was insufficient. <u>I am providing a proof</u> that he is not only deceiving the court, but he is hiding the real facts. Mr. Mohapatra is trying to <u>cover up and superimpose real facts, in order to avoid my civil case proceedings</u>. He is so manipulative that currently police department is also investigating him for his three years of harassment to my wife and me. Some of the facts about serving the summons are as follows:

1. A professional process server served summons to him at right place and at right address on October 25, 2002. Please see attachment 1.

2. **12 days after** Mr. Mohapatra was served with summons, his employee wrote a letter to my address stating that that Mohapatra does not want to accept court related documents. Please see attachment 2 as proof of that letter.

3. Soon after receiving summons, Mr. Mohapatra decided to harass my wife and me by filing his own retaliatory civil case from the US District Court of Arizona on October 31, 2002. However, after receiving a letter from **Trial Court of The Commonwealth - District Court Department, Massachusetts about the criminal action** against him, he amended his civil case against me. In his amended case, he <u>even included a copy of my civil case documents. It proves that he had my summons.</u>

4. Once I came to know that he is trying to avoid and manipulate the matter, I discussed this matter with an office clerk of US District Court at Worcester, Massachusetts. I was suggested that there is no need to serve same summons again. Rather I was advised to mail a certified letter at his home address as a record. Soon, I mailed an express mail letter on November 12, 2002, which included a copy of summons. This letter was signed and accepted at his home address on November 13, 2002. But in order to avoid further, his wife sent that letter back to my address (dated November 15, 2002) by stating that her husband is out of town. <u>I am including the proof that Mr. Mohapatra was in his hometown, and he deliberately tried to avoid that letter.</u> On

November 13, 2002, Mr. Mohapatra wrote a letter to US District Court, District of Massachusetts (with his notary signatures) to dismiss the case. For records, I also received a copy of that letter at my address. <u>Please see attachment 3 as proof</u>- his notarized letter is dated November 13, the envelope which he used has the postmark stamp dated November 14, 2002, which is mailed from his hometown of Phoenix, Arizona. **In other words, he was in his hometown, and wrote letter to US District Court, District of Massachusetts around the same time once he received my express mail letter at his residence.**

5. Mr. Mohapatra **lied about his whereabouts** of the day (October 25, 2002) when summons were served. According to the statement from his employee, he was in his hometown on that day. However, later on Mr. Mohapatra and his employee changed that statement in order to avoid and manipulate the matter.

6. **I have already submitted** appropriate ENCLOSURES, and SUPPORTING DOCUMENTS to US District Court, Massachusetts about this matter on November 25, 2002.

7. Since Mr. Mohapatra was served with my summons, <u>he is trying to avoid receiving any of my court related documents</u>. I will be glad to provide all receipts of my mailing to his address(s), if needed.

Signature: *[signature]*

Name:   Anil K. Chawla

Address:   16 Shrewsbury green drives, Unit H
Shrewsbury, MA 01545


This request for motion is submitted on December 3, 2002


Service certification:

I certify that a copy of this motion will be sent to following:

Eric G. Bjotvedt
Attorney for Mr. Mohapatra
5025 N Central Ave, #411
Phoenix, Arizona 85012

# (ATTACHMENT 1)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/25/02 |
| NAME OF SERVER (PRINT) Kevin Gasten | TITLE Process Server with Arizona |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Uitam Behera for Prabhu Mohapatra

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/02
            Date

Signature of Server

PO Box 7361 Mesa AZ 85216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/25/02 |
| NAME OF SERVER (PRINT) Kevin Craston | TITLE Process Server with Arizona |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Uttam Behera for Sanjay Sahgant

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 0 | SERVICES 0 | TOTAL 0 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/02   _____
              Date           Signature of Server

PO Box 7361 Mesa AZ 85216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

At Your Fingertips Legal Services

PO BOX 7361
Mesa, AZ 85216

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2002 | 5 |

**PAID**

**Bill To**

anil k chawla
16 Shrewsbury Green Drive, Unit H
Shresbury, MA 01545

| Description | Amount |
|---|---|
| Domestic Relations Order | 55.00 |

Thank you for your business

**Total** $55.00

## (ATTACHMENT 2)

1. Summons were delivered on October 25, 2002 at right place and at right address. At that time, Mr. Behera told process server that Mr. Mohapatra and his partners are around. He also told process server that they would be back in 2-3 hours.

2. However, Mr. Mohapatra states that he was out of town until October 30, 2002.

3. Soon after receiving summons, Mr. Mohapatra decided to harass my wife and me by filing his own retaliatory civil case from the US District Court of Arizona on October 31, 2002.

4. <u>12 days later, his employee (Mr. Behera ) wrote a letter to my address stating that that Mr. Mohapatra does not want to accept court related documents.</u>

Dr. Anil Kumar Chawla,
16 Shrewbury Green Drive, Unit H
Shrewsbury, MA - 01545

November 6, 2002

Dear Mr. Chawla,

My name is Uttam Kumer Behera. I received a letter from a man who said you sent it for Prabhu Mohapatra and Sanjay Sangani.

I am writing to tell you that I was told by the man to sign it for Phabhu and Sanjay and so I did. It looks like I received it mistakenly, however and so I am returning it to you. I spoke to Prabhu about it and he knew your name. He was in Mexico at that moment and he said he was expecting your signed transfer of ownership of allindiaonline.com by October 31, 2002. I told him it looked like a court document and not a transfer. I do not know where Sanjay lives and where he is employed.

Prabhu told me to talk to our lawyer. The lawyer said he and I are not authorized by Prabhu or Sanjay to sign for things relating to what you sent and to have you send it to Prabhu and Sanjay directly since those are the names on the document. He also told me to advise you that Sanjay and Prabhu do not live at this address. This is a bussiness address.

Prabhu told me you can mail the signed tansfer of owership to him at his home address. Prabhu's home address is:

16619 South 37th Way,
Phoenix, Arizona - 85048

In the feature, Please contact Prabhu at his residence or his lawyer directly. Sanjay's whereabouts are unkown to us I do not kow the Lawyer's address but Prabhu said you have it.

Sorry for the inconvenience.

Your Truly,

Uttam K. Behera
308 S. Extension Rd. #111
Mesa, AZ- 85210

# (ATTACHMENT 3)

Once Mr. Mohapatra tried to manipulate the serving of summons, I was suggested by an office clerk at the US District Court at Worcester, Massachusetts, to mail a certified letter to him for a record.

Page 1: An express mail letter was mailed to Mr. Mohapatra's residence on November 12, 2002.

Page 2: Tracking information from US Postal Service shows that the letter was delivered at 10:59 am on November 13, 2002 in PHOENIX, AZ 85048.

Page 3/4: Mr. Mohapatra's wife deliberately sent that letter (dated November 15, 2002) back to me by stating that her husband is out of town.

Page 5/6: On November 13, 2002, Mr. Mohapatra wrote a notarized letter to US District Court, District of Massachusetts to dismiss the case.

Page 7: Mailing envelope has the postmark stamp dated November 14, 2002, which is mailed from his own hometown of Phoenix, Arizona.

**Conclusion: Mr. Mohapatra was in his hometown during November 13-14, 2002. My express mail <u>letter was at his home until November 15, 2002, but he deliberately chose to ignore</u> that letter.**

**By involving in such manipulations, Mr. Mohapatra's is not only deceiving the court, but he is harassing me further in order to avoid my civil case proceedings.**



# EXPRESS MAIL
### UNITED STATES POSTAL SERVICE®
## POST OFFICE TO ADDRESSEE

*EU 3 8 2 3 8 8 2 7 3 US*

**SEE REVERSE SIDE FOR SERVICE GUARANTEE AND INSURANCE COVERAGE LIMITS**

Customer Copy
Label 11-B   May 2001

**ORIGIN (POSTAL USE ONLY)**

| ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 01_ _ _ | ☑ Next ☐ Second | ☐ |
| Day / Year | ☐ 12 Noon ☐ 3 PM | Postage $13.65 |
| Time / AM ☑ PM | Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee |
| Weight lbs. / ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ |

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY  ☐ Weekend  ☐ Holiday  _____ Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

**FROM: (PLEASE PRINT)**   PHONE ( 508 )155-6212

Anil Chawla
16H Shrewsbury Green Dr
Shrewsbury, MA 01545

**TO: (PLEASE PRINT)**   PHONE ( )

Mr Prabhu Mahapatra
16611 South _____ Way
Phoenix, AZ _____

ZIP + 4: 8 5 0 4 8 + ☐ ☐ ☐ ☐

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**   www.usps.com   ≡EMS≡

Page 1

**UNITED STATES**
**POSTAL SERVICE**

Home

# Track & Confirm

Shipment History

You entered EU38 2388 273U S

Your item was delivered at 10:59 am on November 13, 2002 in PHOENIX, AZ 85048. The item was signed for by L JOVERA.

Here is what happened earlier:

- ARRIVAL AT UNIT, November 13, 2002, 8:47 am, PHOENIX, AZ 85048
- ACCEPTANCE, November 12, 2002, 5:58 pm, WORCESTER, MA 01613

Request Delivery Record >

**Track & Confirm**

Enter label number:

Go >

Track & Confirm FAQs  Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Page 2

November 15, 2002.

Mr. Chawla,

My sister accidentally signed for the letter you sent to my husband. She thought it was for her but I noticed it was not. I am sorry for her mistake but she does not speak or understand English. I am returning the letter to you unopened so you can remail it to my husband to sign as you apparently originally intended. <u>My husband is out of town right now but he told me that he is the only one who can legally sign for his mail.</u> He said you can call him at 602-526-1843 to make arrangements to get the letter you sent him when he gets back in town or just leave a message. I am sorry if my sister caused you any inconvenience. It won't happen again because I told her only to sign for things with her name on them.

thank you
Cielo Mahapatra

Page 3



7002 0860 0004 0481 5089

From: Clelia dekadis
1669 S 13th way
Phoenix, AZ 85048

TO  Anil Kumar Chawla
16 Sheerus Rury
Grcan Dr.
Shrewsbury, MA, 01545

RETURN SERVICE REQUESTED

Label 228   September 2001



9262



01545



U.S. POSTAGE PAID
TEMPE, AZ
85284
NOV 15, '02
AMOUNT
$7.90
00089757-02

Page 4

This packaging is the property of the U.S. Postal Service and is provided solely for use in sendin
Misuse may be a violation of federal law.

EP-14 MARCH 2002        © 1995 USPS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawla

v.                                              Case No. 02-40198-NMG

Prabhu Mohaptra

## MOTION TO DISMISS

1. I move this court to dismiss the lawsuit filed against me personally by Mr. Anil Chawla because service of process is insufficient and not valid as described below.

2. Court records will reflect that the summons was delivered to my business address by Kevin Gaston on October 25, 2002. I was in Mexico at the time and my employee signed for it. My employee is not authorized to accept service for me personally or to accept service for anyone relating to my company. This is important because I am (not my company) being sued by Chawla. Also, if my company is ever sued, Arizona records reflect that I am the statutory agent to receive service. (See attached-although the address is wrong for delivery to statutory agent, the officials records are correct but this is irrelevant anyway. Also, the summons confirms my business address is 308 S. Extension, #111) Further, I have not authorized anyone else to accept service on behalf of the company or myself.

3. Since the summons was served at my place of business and not to me personally or to my last place of usual abode, the suit against me must be dismissed because service at my place of business upon an employee with no managment duties is not valid service.

Please grant this motion respectfully submitted November 13, 2002

Prabhu Mohapatra
16619 S. 37th Way
Phoenix, AZ 85048
602.526.1843

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on November 13, 2002 via regular mail to
Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545

Page 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawla

v.                                                          Case No. 02-40198-NMG

Prabhu Mohaptra

# AFFIDAVIT

1. I, Prabhu Mohaptra, swear, under penalty of perjury, the following is the truth:

2. I travel frequently to Mexico for business purposes. I was outside of the United States on October 25, 2002. I returned from Mexico to the United States on October 30, 2002. My place of usual abode is not 308 S. Extension Rd. #111, Mesa, Arizona, 85210. No one is authorized by me as an agent or an agent under Arizona law to accept service of process for my company or myself except for me.

_____
Prabhu Mohapatra

Notary:

Notary Public State of Arizona
Maricopa County
Isidra Martinez
Expires October 7 2003

11-13-02

## CERTIFICATE OF SERVICE
I certify that I served a copy of this motion on November 13, 2002 via regular mail to
Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545

Page 6

Prabhu Mohaptra
16619 S. 37th Way
Phoenix, AZ 85048

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

PHOENIX AZ 850
14 NOV PM 2002

NOV 13 '02
$0.370
U.S. POSTAGE

Page 7