December 12, 2002

Mr. Nathaniel Gorton,
UNITED STATES DISTRICT COURT
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, Massachusetts 01608

RE: Anil Kumar Chawla V. Prabhu Mohapatra (Case: 02-40198-NMG)

Honorable Judge Gorton,

I am writing this letter to request for an emergency hearing in order to avoid more harassment and manipulations from Mr. Mohapatra and his attorney Mr. Eric Bjotvedt. Mr. Mohapatra is dangerously obsessed to grasp my domain name, and he is making numerous excuses and manipulations since he has been served with court summons. I have a fear that Mr. Mohapatra could pose even a physical threat to my family. This whole matter is affecting the well-being of our kids too. On account of their harassment, on November 2, 2002, I had to seek an emergency hospitalization at UMASS Medical Center. In the mean time, police department is also investigating Mr. Prabhu Mohapatra, Mr. Sanjay Sangani and their company for criminal harassment to my wife and me for the past three years.

Your honor, this matter stems from the incessant and relentless harassment that my wife, and I have endured for the last three years at the hands of the defendants. It started when I legally procured an Internet site to establish my own website in 1999. **However, once the defendants found out that my legally acquired Internet site could be of gain to them, they embarked upon a journey to harass me and force me to surrender them my website, beside their well plan to extort money.**

I have already submitted detailed documents to your court, which included all legitimate proofs and evidences, such as cover sheets from police department, letter from the **Trial Court of The Commonwealth of Massachusetts,** involvement of **FBI**, my letter to 1st **assistant District Attorney,** letter from **Chief, High-Tech & Computer Crimes**, letter from **US Dept. of Commerce (as signed by three judges)**, and registration profile (WHOIS) of domain names. In brief, some of facts are as follows:

1. I am a resident of Shrewsbury, Massachusetts, and I am a citizen of United States. I have been in the Unites States for more than 21 years. I do respect the law and also feel proud as a citizen of the Unites States. I tried to operate my business legally in 1999, but Mr. Mohapatra and Mr. Sangani did not want me to operate my business. They succeeded in forcibly closing down my website in 1999. Since that time, for records I filed several complaints to Worcester DA's office and Shrewsbury Police department for their harassment.

2. As soon as I launched my site in 1999, I began receiving calls and letters from Mr. Mohapatra who demanded that I pay him millions of dollars, which he has said that I owe him as he filed an application to register a trademark with Unites States Patent and Trademark office.

3. In his communication with me, Mr. Mohapatra had hidden the fact that he was never given a trademark registration for the "AIOL ALL INDIA ON LINE" trademark, and that an opposition to his application was filed in 1999 by America Online Inc. America online had objected the word AIOL in his trademark application.

4. Mr. Mohapatra filed a deceptive trademark application with U.S. Patent and Trademark office as part of a plan to extort money, cyber squat, and hurt other businesses, including my own.

5. Knowing this fact that Mr. Mohapatra does not have a US trademark, he blackmailed me for more then three years to extort money. Once Mr. Mohapatra realized that I know the truth about his trademark, he shifted his attention to his business in India. Lately, I have been harassed on account of Mr. Mohapatra's some business in India and he is forcing me to surrender my domain name.

6. As of this date, Mr. Mohapatra does not even have a proper and valid business address in USA. He is manipulating the business address related matter since I filed my civil case against him. Mr. Mohapatra had deliberately listed even a wrong and undeliverable address with Arizona Corporation Commission.

7. **However, summons were served to him at his right address, which was provided by Arizona Corporation Commission.** Since Mr. Mohapatra was served with summons, he is manipulating the service of summons and making excuses to avoid my civil case.

8. **As of this date, he has ignored the service of all court related documents, usually claiming that he is out of town.** His wife and his employee have sent court related documents back to me and state that he does not want to accept court related documents. Please see my motion for OPPOSTION TO DISMISS THE CASE- I have included more evidences to prove that Mr. Mohapatra is deceiving your court about service of summons. A letter from process server Mr. Kevin Gaston is included, who had served the summons.

9. About other charges, I have already submitted the details to your court, that how defendants have tried to harass me, blackmail me, hide the truth, avoid the law, manipulate the system and distort the facts. **Instead of arguing with them, I chose to follow the law, and opted to go to the police, and court for the help.** This has further infuriated the defendants who have started slapping a fraudulent case upon me from Arizona.

10. In the past, defendants had terrorized my family so badly that I always preferred to keep full a distance from them. Mr. Mohapatra is still selling things from his website, but my site is closed since 1999, and I couldn't operate it on account of their threats.

11. Following my complaint to police and District Attorney, Mr. Mohapatra and Mr. Sanjay Sangani tried to hide, relocate, and move their contact addresses. I believe this is why they shifted all business addresses related to his site www.aiol.com and allindiaonline domains names (ending with cc, org, net, biz, info) to India. However, for serving my civil lawsuit court summons, I had verified the right and deliverable address of Mr. Mohapatra in USA by calling Arizona Corporation Commission.

12. Although I was the first one to acquire my domain name (alindiaonline.com) legally from USA, I chose not to file any legal suit against them fearing further irrational acts, possible bodily injury or revenge by them. However, since summer of this year I was intimidated so badly that I had to meet police detective James Hurley several times. My wife and me had two choices: a) We should keep on suffering like it for many more years and face more harassment by them, including a fraudulent civil case against us, or b) Beside police investigations, I should file my own civil case against them too, asking for my own losses due to their harassment and stress.

13. Defendants had scared us so badly and put us to such a corner, that I had no choice except to file my own civil case. I filed a civil action against Mr. Mohapatra and Mr. Sangani in your federal court on October 23, 2002, seeking damages related to the stress they caused my wife and me, and from the forced closure of my site.

14. After Mr. Mohapatra was served with summons on October 25, 2002, he realized that an imminent action by police might follow. In order to give a false impression, and to fool the system (as if he was right in harassing me), Mr. Mohapatra filed his own case on October 31, 2002 from Arizona against my wife and me demanding $44million in damages.

15. After Mr. Mohapatra received a letter from trial Court of the Commonwealth of Massachusetts about CRIMINAL HARASSMENT, he immediately amended his civil case and changed the amount from $44 million to $100,000.

16. Since I filed my civil case in your court, Mr. Prabhu Mohapatra and his attorney have subjected my wife and me for intimidation and harassment. I am receiving numerous letters from them in which they are manipulating the contents, and making new excuses about serving summons of my civil case. They are disparately trying to dismiss my civil case by providing false information, but at the same time they wish to proceed and harass my wife and me from their retaliatory and fraudulent case.

17. I have already filed documents to the US District Court, District of Arizona to either dismiss his retaliatory civil case or a request for a CHANGE OF VENUE. At this time, Mr. Mohapatra has requested 30-day period from Arizona court to file his opposition- in order to find more excuses and to delay this matter further.

18. Their numerous letters, lies, false allegations and manipulations are affecting our health too. On account of three years of harassment, recently police department filed a **criminal action against Mr. Prabhu Mohapatra, Mr. Sanjay Sangani and his company.** Even police detective wrote in his cover sheet ".....**harassed victim to the point that victims health and well being is affected.**"

19. I had also discussed this matter few times with Mr. James Reagon, 1st assistant District Attorney, Worcester County Courthouse in the past. As a record, I warned Mr. Mohapatra of my complaints to the police and DA's office, **but he replied that he does not care the police, courts, or the FBI.**

For records, I am providing you the home addresses for both defendant which are as follows:

Mr. Prabhu Mohapatra
16619 South 37th Way
Phoenix, AZ 85048
(Phone: 602-526-1843)

Mr. Sanjay Sangani
3060 S. Greythorne Way
Chandler, AZ 85248
(Phone: 480-899-9080)

I will appreciate if you kindly look into this matter as soon as possible. If possible, please try to arrange an emergency hearing so that Mr. Mohapatra should not subject my wife and me to further harassment and manipulations.

Regards,

Anil K. Chawla
16 Shrewsbury green drives, Unit H
Shrewsbury, MA 01545

\*\*\*\*\*\*\*\*\*\*

I certify that a copy of this letter will be sent to following:

Eric G. Bjotvedt
Attorney for Mr. Mohapatra
5025 N Central Ave, #411
Phoenix, Arizona 85012