FILED

**UNITED STATES DISTRICT COURT** FFICE
**DISTRICT OF MASSACHUSETTS**

2002 DEC 12  P 1: 10

Anil Kumar Chawla

V.                                                          Case: 02-40198-NMG

Prabhu Mohapatra

DOCKETED

# Opposition to Defendant's Motion to Dismiss Civil Case
### (Additional evidences are included)

Defendant has filed a 2nd petition to dismiss my civil case on the grounds that a process of serving summons was insufficient. <u>I am providing several proofs</u> that Mr. Mohapatra is not only deceiving the court, but he is hiding the real facts. Mr. Mohapatra is trying to cover up the real facts, in order to <u>avoid my civil case proceedings</u>. Mr. Mohapatra had stated me in the past that he does not care for police, courts, or even FBI. He is so manipulative that currently police department is also investigating him for his three years of harassment to my wife and me. Some of the facts about serving the summons are as follows:

1.  A professional process server served summons to Mr. Mohapatra and Mr. Sangani at right place and at right address on October 25, 2002. **Additional evidence is included,** such as CERTIFICATE OF SERVICE from Mr. Kevin Gaston, who is fully qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in the State of Arizona. Please see **attachment 1** for details.

2.  **12 days after** Mr. Mohapatra was served with summons, his employee wrote a letter to my address stating that that Mohapatra does not want to accept court related documents. Please see **attachment 2** as proof of that letter.

3.  Soon after receiving summons, Mr. Mohapatra decided to harass my wife and me by filing his own retaliatory civil case from the US District Court of Arizona on October 31, 2002. However, after receiving a letter from **Trial Court of The Commonwealth - District Court Department, Massachusetts about the criminal action** against him, he amended his civil case against me. In his amended case, he <u>even included a copy of my civil case documents. It proves that he had my summons.</u>

4.  Once I came to know that he is trying to avoid and manipulate the matter, I discussed this matter with an office clerk of US District Court at Worcester, Massachusetts. I was suggested that there is no need to serve same summons again. Rather I was advised to mail a certified letter at his home address as a record. Soon, I mailed an express mail letter on November 12, 2002, which included a copy of summons. This letter was signed and accepted at his home address on November 13, 2002. But in order to avoid further, his wife sent that letter back to my address (dated November 15, 2002) by stating that her husband is out of



town. I am including the proof that Mr. Mohapatra was in his hometown, and he deliberately tried to avoid that letter. On November 13, 2002, Mr. Mohapatra wrote a letter to US District Court, District of Massachusetts (with his notary signatures) to dismiss the case. For records, I also received a copy of that letter at my address. **Please see attachment 3 as proof**- his notarized letter is dated November 13, the envelope which he used has the postmark stamp dated November 14, 2002, which is mailed from his hometown of Phoenix, Arizona. **In other words, he was in his hometown, and wrote letter to US District Court, District of Massachusetts around the same time once he received my express mail letter at his residence.**

5.  Mr. Mohapatra **lied about his whereabouts** on the day of October 25, 2002, once summons were served. According to the statement from his employee, he was in his hometown on that day. However, in order to avoid and manipulate the matter, Mr. Mohapatra and his employee changed their statement. Please read letters from Mr. Kevin Gaston (**Attachment 1**) who provided the certificate of Service. According to process server, both defendants Mr. Mohapatra and Mr. Sangani were in their hometown. Mr. Behera told process server that both persons will be back in 2-3 hours, and that he would give papers to them.

6.  **I have already submitted** appropriate ENCLOSURES, and SUPPORTING DOCUMENTS to US District Court, Massachusetts about this matter on November 25, 2002.

7.  Since Mr. Mohapatra was served with my summons, he is trying to avoid receiving any of my court related documents. I will be glad to provide all receipts of my mailing to his address(s), if needed.

Signature: _Anil K. Chawla_

Name:   Anil K. Chawla

Address:  16 Shrewsbury green drives, Unit H
          Shrewsbury, MA 01545

**This request for motion is submitted on December 12, 2002**

Service certification:

I certify that a copy of this motion will be sent to following:

Eric G. Bjotvedt
Attorney for Mr. Mohapatra
5025 N Central Ave, #411
Phoenix, Arizona 85012

# (ATTACHMENT 1)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawala,                    )        Case No.  02-40198NMG
16 Shrewsbury Green Drive, Unit H  )
Shrewsbury, MA 01545                 )
                    Plaintiff,          )        CERTIFICATE OF SERVICE
                                         )
v.                                       )
                                         )
Prabhu Mohapatra                    )
308 South Extension Rd. # 111      )
Mesa, Arizona 85210                  )
                                         )
Sanjay Sangani                        )
308 South Extension Rd. # 111      )
Mesa, Arizona 85210                  )
                                         )
                    Defendants.       )
_____ )

The undersigned certifies under penalty of perjury:  That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Prabhu Mohapatra at his place of employment. Uitam Behera stated that Prabhu Mohapatra would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Prabhu Mohapatra so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action.  That on October 24, 2002, I received #_1___true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

_____
                    Kevin Gaston

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawala,           )    Case No. 02-40198NMG
16 Shrewsbury Green Drive, Unit H )
Shrewsbury, MA 01545       )
              Plaintiff,  )    CERTIFICATE OF SERVICE
                  )
v.                     )
                  )
Prabhu Mohapatra       )
308 South Extension Rd. # 111  )
Mesa, Arizona 85210      )
                  )
Sanjay Sangani         )
308 South Extension Rd. # 111  )
Mesa, Arizona 85210      )
                  )
          Defendants.  )
_____)

The undersigned certifies under penalty of perjury: That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Sanjay Sangani at his place of employment. Uitam Behera stated that Sanjay Sangani would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Sanjay Sangani so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action. That on October 24, 2002, I received # 1___ true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

Kevin Gaston

Ariz. Corp. Comm. -- Corporations Division                                                    12/12/02 11:02 AM

<center>Arizona Corporation Commission</center>

12/12/2002            <center>State of Arizona Public Access System</center>            9:01 AM

| Corporate Inquiry |
|---|
| **File Number:** -0782400-3 |
| **Corp. Name:** INTERNATIONAL SCIENCE & TECHNOLOGY, INC. |

### Domestic Address

**Summons were served at this deliverable address.** →

| |
|---|
| 308 S EXTENSION RD #111 |
| MESA, AZ 85210 |

### Statutory Agent Information

| |
|---|
| **Agent Name:** PRABHU MOHAPATRA |
| |
| **Agent Mailing/Physical Address:** |
| **UNDELIVERABLE AGENT ADDRESS** |
| 444 N GILA SPRINGS BLVD #2015 |
| CHANDLER, AZ 85226 |
| |
| **Agent Status:** APPOINTED 07/10/1996 |
| **Agent Last Updated:** 10/16/2002 |

### Officer and Director Information

| | |
|---|---|
| **Name:** | PRABHU MOHAPATRA |
| **Title:** | PRESIDENT/CEO |
| **Address:** | 444 N GILA SPRINGS BLVD #2015 |
| | CHANDLER, AZ 85226 |
| **Date Assigned:** 07/10/1996 | **Last Updated:** 10/18/2001 |
| | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/02 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Kevin Gasten | Process Server with Arizona |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Vitam Behera for Prabhu Mohapatra

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ¢ | 55 ⁰⁰ | .55 ⁰⁰ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/02
Date                    Signature of Server

PO Box 7361 mesa AZ 85216
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *10/25/02* |
|---|---|
| NAME OF SERVER *(PRINT)*  *Kevin Craston* | TITLE *Process Server with Arizona* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Uttam Behera for Sanjay Sangant*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL   *0* | SERVICES   *0* | TOTAL   *0* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *10/25/02*
Date

Signature of Server

*Po Box 7361 Mesa Az 85216*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Invoice

At Your Fingertips Legal Services

PO BOX 7361
Mesa, AZ 85216

| Date | Invoice # |
|------|-----------|
| 10/24/2002 | 5 |

| Bill To |
|---------|
| anil k chawla<br>16 Shrewsbury Green Drive, Unit H<br>Shresbury, MA 01545 |

PAID

| Description | Amount |
|-------------|--------|
| | 55.00 |
| Domestic Relations Order | |

| | |
|---|---|
| Thank you for your business | |
| **Total** | $55. |

# (ATTACHMENT 2)

1. Summons were delivered on October 25, 2002 at right place and at right address. At that time, Mr. Behera told process server that Mr. Mohapatra and his partners are around. He also told process server that they would be back in 2-3 hours.

2. However, Mr. Mohapatra states that he was out of town until October 30, 2002.

3. Soon after receiving summons, Mr. Mohapatra decided to harass my wife and me by filing his own retaliatory civil case from the US District Court of Arizona on October 31, 2002.

4. 12 days later, his employee (Mr. Behera ) wrote a letter to my address stating that that Mr. Mohapatra does not want to accept court related documents.

Dr. Anil Kumar Chawla,
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA - 01545

November 6, 2002

Dear Mr. Chawla,

My name is Uttam Kumar Behera.
I received a letter from a man who you said
you sent it for Prabhu Mohapatra and Sanjay
Sangani.

I am writing to tell you that
I was told by the man to sign it for
Prabhu and Sanjay and so I did. It looked
like I received it mistakenly, however
and so I am returning it to you. I spoke
to Prabhu about it and he knew your name.
He was in Mexico at that moment and he said
he was expecting your signed transfer
of ownership of allindiaonline.com by
October 31, 2002. I told him it looked like
a court document and not a transfer.
I do not know where Sanjay lives and
where he is employed.

Prabhu told me to talk to our lawyer. The lawyer said he and I are not authorized by Prabhu or Sanjay to sign for things relating to what you sent and to have you send it to Prabhu and Sanjay directly since those ~~are~~ are the names on the document. He also told me to advise you that Sanjay and Prabhu do not live at this address. This is a bussiness address.

Prabhu told me you can mail the signed tansfer of owership to him at his home address. Prabhu's home address is:

16619 South 37th Way,
Phoenix, ~~AR~~ Arizona - 85048

In the feature, Please contact Prabhu at his residence or his lawyer directly. Sanjay's whereabouts are unkown to us I do not know the lawyer's address but Phabhu ~~o~~ said you have it.

Sorry for the inconvenience.

Your Truly,

Uttam K. Behera
308 S. Extension Rd. #111
Mesa, AZ- 85210

# (ATTACHMENT 3)

Once Mr. Mohapatra tried to manipulate the serving of summons, I was suggested by an office clerk at the US District Court at Worcester, Massachusetts, to mail a certified letter to him for a record.

Page 1:     An express mail letter was mailed to Mr. Mohapatra's residence on November 12, 2002.

Page 2:     Tracking information from US Postal Service shows that the letter was delivered at 10:59 am on November 13, 2002 in PHOENIX, AZ 85048.

Page 3/4:     Mr. Mohapatra's wife deliberately sent that letter (dated November 15, 2002) back to me by stating that her husband is out of town.

Page 5/6:     On November 13, 2002, Mr. Mohapatra wrote a notarized letter to US District Court, District of Massachusetts to dismiss the case.

Page 7:     Mailing envelope has the postmark stamp dated November 14, 2002, which is mailed from his own hometown of Phoenix, Arizona.

**Conclusion: Mr. Mohapatra was in his hometown during November 13-14, 2002. My express mail <u>letter was at his home until November 15, 2002, but he deliberately chose to ignore</u> that letter.**

**By involving in such manipulations, Mr. Mohapatra's is not only deceiving the court, but he is harassing me further in order to avoid my civil case proceedings.**

**EXPRESS MAIL**

**ED STATES POSTAL SERVICE ®**

**POST OFFICE TO ADDRESSEE**

*EU382388273US*

Customer Copy
Label 11-B  May 2001

**GIN (POSTAL USE ONLY)**

| IP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| | ☑ Next ☐ Second | ☐ |

| In | | Postage |
|---|---|---|
| Day / Year | ☐ 12 Noon ☐ 3 PM | $ |

| In | Military | Return Receipt Fee |
|---|---|---|
| M | ☐ 2nd Day ☐ 3rd Day | |

| nt | Int'l Alpha Country Code | COD Fee | Insurance Fee |
|---|---|---|---|
| lbs.      ozs. | | | |

| elivery | Acceptance Clerk Initials | Total Postage & Fees |
|---|---|---|
| eekend ☐ Holiday | | $ |

**SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND
INSURANCE COVERAGE LIMITS**

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday          Customer Signature

**STOMER USE ONLY**

HOD OF PAYMENT
ess Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**IOM: (PLEASE PRINT)   PHONE ( 508) 755-6212**

Amil Chaola
16H Shrewsbury Green Dr
Shrewsbury, MA 01545

**TO: (PLEASE PRINT)   PHONE (  )**

Mr. Robin Malhptra
1617 South Stiway
Phoenix, AZ

ZIP + 4
8 5 0 4 8 + ☐☐☐☐

**FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com   EMS**

Page 1

 **UNITED STATES POSTAL SERVICE** ®

Home

# Track & Confirm

**Shipment History**

You entered EU38 2388 273U S

Your item was delivered at 10:59 am on November 13, 2002 in PHOENIX, AZ 85048. The item was signed for by L JOVERA.

Here is what happened earlier:

- ARRIVAL AT UNIT, November 13, 2002, 8:47 am, PHOENIX, AZ 85048
- ACCEPTANCE, November 12, 2002, 5:58 pm, WORCESTER, MA 01613

*Request Delivery Record >*

**Track & Confirm**

Enter label number:

*Go >*

**Track & Confirm FAQs**    *Go >*

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Page 2

November 15, 2002.

Mr. Chawla,

My sister accidently signed for the letter you sent to my husband. She thought it was for her but I noticed it was not. I am sorry for her mistake but she does not speak or understand English I am returning the letter to you unopened so you can remail it to my husband to sign as you apparently originally intended. My husband is out of town right now but he told me that he is the only one who can legally sign for his mail. He said you can call him at 602-526-1843 to make arrangements to get the letter you sent him when he gets back in town or just leave a message. I am sorry if my sister caused you any inconvenience. it won't happen again because I told her only to sign for things with her name on them.

thank you
Cielo Mehapatra

Page 3

PRIORITY MAIL
POSTAL SERVICE ®

7002 0860 0000 0481 5089

CERTIFIED MAIL

www.usps.

UNITED STATES
POSTAL SERVICE

9262

01545


U.S. POSTAGE
TEMPE, AZ
85284
NOV 05 02
AMOUNT
$7.90
00397757-02

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®

www.usps.com.

From Chela Chitgopakar
KLAS Systems
Plan, x, PA 85098

TO

Anil Kumar Chawla
16 Shadrws tury
Groton De.
Shrewsbury, MA, 01545

RETURN
RECEIPT
REQUESTED

Page 4

Label 228   September 2001

This packaging is the property of the U.S. Postal Service and is provided solely for use in sendin
Misuse may be a violation of federal law.

EP-14 MARCH 2002
© 1995 USPS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawla

v.                                              Case No. 02-40198-NMG

Prabhu Mohaptra

# MOTION TO DISMISS

1. I move this court to dismiss the lawsuit filed against me personally by Mr. Anil Chawla because service of process is insufficient and not valid as described below.

2. Court records will reflect that the summons was delivered to my business address by Kevin Gaston on October 25, 2002. I was in Mexico at the time and my employee signed for it. My employee is not authorized to accept service for me personally or to accept service for anyone relating to my company. This is important because I am (not my company) being sued by Chawla. Also, if my company is ever sued, Arizona records reflect that I am the statutory agent to receive service. (See attached-although the address is wrong for delivery to statutory agent, the officials records are correct but this is irrelevant anyway. Also, the summons confirms my business address is 308 S. Extension, #111) Further, I have not authorized anyone else to accept service on behalf of the company or myself.

3. Since the summons was served at my place of business and not to me personally or to my last place of usual abode, the suit against me must be dismissed because service at my place of business upon an employee with no managment duties is not valid service.

Please grant this motion respectfully submited November 13, 2002

Prabhu Mohapatra
16619 S. 37th Way
Phoenix, AZ85048
602.526.1843

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on November 13, 2002 via regular mail to Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545

Page 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawla

v.                                                  Case No. 02-40198-NMG

Prabhu Mohaptra


# AFFIDAVIT

1. I, Prabhu Mohaptra, swear, under penalty of perjury, the following is the truth:

2. I travel frequently to Mexico for business purposes. I was outside of the United States on October 25, 2002. I returned from Mexico to the United States on October 30, 2002. My place of usual abode is not 308 S. Extension Rd. #111, Mesa, Arizona, 85210. No one is authorized by me as an agent or an agent under Arizona law to accept service of process for my company or myself except for me.

_____
Prabhu Mohapatra

Notary:

Notary Public State of Arizona
Maricopa County
Isidra Martinez
Expires October 7 2003

11-13-02


## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on November 13, 2002 via regular mail to Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA. 01545


Page 6



Prabhu Mohaptra
16619 S. 37th Way
Phoenix, AZ 85048

Anil Kumar Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, MA 01545

Page 7