**UNITED STATES DISTRICT COURT FILED**
**DISTRICT OF MASSACHUSETTS CLERKS OFFICE**

2003 JAN -8  A 10: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
Anil Kumar Chawla            )
                             )
                             )
V.                           )    Case: 02-40198-NMG
                             )
Prabhu Mohapatra             )
                             )
                             )

DOCKETED

## Opposition to Defendant's 3rd Motion to Dismiss Civil Case
(An emergency request for hearing- I have been subjected to additional harassment)

In order to avoid my civil lawsuit, defendant has filed another petition to dismiss my civil case by making same excuse that service of summons was insufficient.  Though summons from my civil lawsuit **have been served properly** to both defendants by a professional process, but Mr. Mohapatra does not want to accept this fact.  He is trying to play every possible trick to avoid my civil charges against him.  Mr. Mohapatra is also fully aware of a CERTIFICATE OF SERVICE from Mr. Kevin Gaston, who is fully qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in the State of Arizona.

Since I filed my civil action against plaintiff, my wife and me are victims of further harassment like irrelevant letters of intimidation, dishonest attitude, deceit, and tricks by Mr. Mohapatra and his attorney.  Without any evidences, Mr. Mohapatra's attorney also tried to scare us, and subjected us into MENTAL TORTURE by giving warnings like "3rd reminder", "final reminder", "next action", "neglected information" etc.  During the month of November, I had to seek an emergency hospitalization and this whole matter is affecting our kids too.  Mr. Mohapatra want my civil case to be dismissed, so that he could harass my wife and me further from his fraudulent civil case from Arizona.  **Therefore, I will appreciate an EMERGENCY MOTION for hearing so that defendants should stop any more exploitation.**

Defendants are so manipulative that currently POLICE and FBI are also investigating them for their fraudulent activities and their role in harassment to my wife and me during the past three years. Both Defendants did not show up on December 18, 2002 for hearing about the CRIMINAL charges, which were filed by the POLICE department of Shrewsbury.

**Following are some <u>PROOFS</u> (along with dates & usps tracking numbers), which are related to the service of summons:**

1. A professional process server Mr. Kevin Gaston had **served summons successfully** at right place and at right address on October 25, 2002. Defendant has also confirmed (in his latest motion to dismiss) that it was his office address. **Please see a certificate of service as enclosed.** If necessary, Mr. Kevin Gaston will be glad to provide a notarized statement to this matter.

2. Soon after Mr. Mohapatra was served with my summons, he decided to avoid the service of such summons by making excuses. Initially he made an excuse that he was in Mexico (until October 30), but according to process server and his employee, he was in his hometown. Mr. Mohapatra was unable to provide any proof that he was in Mexico that day. Obviously, Mr. Mohapatra **tried to ignore summons, which were already served to him**.

3. On November 6, 2002 **(12 days after service of summons),** Mr. Mohapatra's employee wrote a letter to my address stating that his boss (Mr. Mohapatra) does not want to accept any court related documents. Please see <u>attachment 2 (enclosed before) as proof</u> to this matter.

4. On account of his exploitations, I discussed the matter with an office clerk of US District Court of Worcester. An office clerk also realized that Mr. Mohapatra is trying to deceive the court by avoiding the service of summons; I was suggested to <u>mail him a certified letter</u> at **his home address**. Surprisingly, <u>Mr. Mohapatra avoided that letter too</u>. That letter was received and signed at his house at 10.59 am on November 13, 2002 having a tracking number as EU382388273US. After receiving that letter **at his home address**, his wife sent it back to me, stating that her husband doesn't want to accept any letter if signed by anyone else at his home. She also stated that her husband is out of town. However Mr. Mohapatra was in his hometown and proof to this matter has been provided earlier. Please see <u>attachment 3 (enclosed before) as proof</u> to this matter.

5. Mr. Mohapatra's manipulations never stopped. I was advised by an office clerk of US District Court at Worcester to send him another letter with just a delivery confirmation. Under such circumstances, Mr. Mohapatra will have no choice but to accept the letter. Accordingly, Mr. Mohapatra could not avoid that new letter and it was received **at his house** on December 16, 2002 at 3.26 pm with a tracking number as 0302-0980-0003-8801-9757.

6. Mr. Mohapatra deliberately decided to avoid summons, because he wanted to file his own retaliatory case against my wife and me. Indeed, Mr. Mohapatra filed a retaliatory civil case on October 31, 2002 US District Court of Arizona asking us to pay him $44 millions. However, after receiving a letter from **Trial Court of The Commonwealth, Massachusetts about the criminal action** against him, he amended his civil case, and changed the amount to $100,000. In his amended case,

he <u>even included a copy of my civil case documents.   It proves that he had my summons.</u>

7. After proper and successful service of summons by a professional process server, Mr. Sanjay Sangani also tried to avoid as if he never received summons.  For records, an express mail was sent to his address, but it came back too.  However, another letter was received at his home on November 19, 2002 at 1.59 pm with a tracking number as 0302-0980-0003-8801-8620.

8. On November 25, 2002 **I have already submitted** appropriate ENCLOSURES, and SUPPORTING DOCUMENTS about the key issues, which are related to my civil lawsuit.

Signature: *Anil K. Chawla*

Name:    Anil K. Chawla

Address:  16 Shrewsbury Green drives, Unit H
Shrewsbury, MA 01545

This request for emergency hearing/motion is submitted on **January 7, 2003**

Service certification:

I certify that a copy of this motion (along with copy of summons) will be sent to following:

Mr. Prabhu Mohapatra
16619 South 37th Way
Phoenix, AZ 85048

(Phone: 602-526-1843)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Anil Kumar Chawala, | ) | Case No. 02-40198NMG |
| 16 Shrewsbury Green Drive, Unit H | ) | |
| Shrewsbury, MA 01545 | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| Prabhu Mohapatra | ) | |
| 308 South Extension Rd. # 111 | ) | |
| Mesa, Arizona 85210 | ) | |
| | ) | |
| Sanjay Sangani | ) | |
| 308 South Extension Rd. # 111 | ) | |
| Mesa, Arizona 85210 | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned certifies under penalty of perjury: That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Prabhu Mohapatra at his place of employment. Uitam Behera stated that Prabhu Mohapatra would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Prabhu Mohapatra so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action. That on October 24, 2002, I received #_1___true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Gaston

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anil Kumar Chawala,<br>16 Shrewsbury Green Drive, Unit H<br>Shrewsbury, MA 01545<br>    Plaintiff, | Case No. 02-40198NMG<br><br>CERTIFICATE OF SERVICE |
| v. | |
| Prabhu Mohapatra<br>308 South Extension Rd. # 111<br>Mesa, Arizona 85210 | |
| Sanjay Sangani<br>308 South Extension Rd. # 111<br>Mesa, Arizona 85210 | |
|    Defendants. | |

The undersigned certifies under penalty of perjury: That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Sanjay Sangani at his place of employment. Uitam Behera stated that Sanjay Sangani would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Sanjay Sangani so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action. That on October 24, 2002, I received #_1___ true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Gaston