1  Prabhu Mohaptra
   16619 S. 37th Way
2  Phoenix, Arizona  85048
   480.706.1417
3  Pro Se

FILED
IN CLERKS OFFICE

2003 JAN -8  P 1: 53

4  IN THE UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS

5  
   Anil Kumar Chawla                )          Case No. 02-40198-NMG
6       Plaintiff,                  )
                                    )
7       vs.                         )
                                    )
8  Prabhu Mohaptra                  )
        Defendant                   )
9                                   )
                                    )
10 _____ )

**RESPONSE TO PLAINTIFF'S LETTER TO JUDGE NATHANIEL GORTON DATED
11 DECEMBER 12, 2002 REQUESTING EMERGENCY HEARING RELATING TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CIVIL CASE**

12         In item number 7 of that letter, plaintiff states that I was properly served. He is suing me individually and must serve me at my usual place of abode not my business with someone not
13 authorized to accept service. Plaintiff is aware of my residential address as he admits and provides at the end of his letter to the judge. Yet, to date, he has never, through his server,
14 served me with summons personally nor has he left the summons with someone of age at my usual place of abode. Service is still insufficient. I travel frequently and provided him with my
15 telephone number to make arrangements for me to receive his legal documents but I have never heard from him.
16         In addition, plaintiff appears to be creating records to show I have been served. Specifically, he submitted certificates from his process server which look fake. For example,
17 Defendants' server certified to the court that he delivered summons to my and Mr. Sangani's "usual place of abode" (See Attached). This is not our usual place of abode and Defendants
18 know that. Defendants then filed apparently falsified certificates of service from the server who it looks like signed them but not in front of a notary. (See Attached) I do not see how this is
19 evidence of service on me or Sangani because I was in Mexico on the day of service and Uttam is not authorized to accept service for me in my personal matters. See attached. Also, I do not work
20 with or live with Mr. Sangani--a person I have not seen for more than one year and who has never been at my business office located at 308 S. Extension in Mesa Arizona.
21         In sum, Service of process is still insufficient and improper and therefore, this case should be dismissed.
22
                          **CERTIFICATE OF SERVICE**
23
   I certify that I served a copy of this reply on  01/03/2003 via regular mail to
24
   Anil Kumar Chawla at this address, 16 Shrewsbury Green Drive, Unit H, Shrewsbury, MA, 01545
25
26                                                  _____
27
                                                    Prabhu Mohapatra
28
                                                    Dated: 01/03/2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/02 |
| NAME OF SERVER (PRINT) Kevin Gasten | TITLE Process Server with Arizona |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Uttam Behera for Prabhu Mohapatra

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ¢ | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/02
              Date

Signature of Server

PO Box 7361 Mesa AZ 85216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/02 |
| NAME OF SERVER (PRINT) Kevin Graston | TITLE Process Server with Arizona |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Uttam Behera for Sanjay Sangant

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/02
               Date

Signature of Server

PO Box 7361 Mesa AZ 85216
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anil Kumar Chawala,                      )   Case No. 02-40198NMG
16 Shrewsbury Green Drive, Unit H        )
Shrewsbury, MA 01545                     )
                        Plaintiff,       )   CERTIFICATE OF SERVICE
                                         )
v.                                       )
                                         )
Prabhu Mohapatra                         )
308 South Extension Rd. # 111            )
Mesa, Arizona 85210                      )
                                         )
Sanjay Sangani                           )
308 South Extension Rd. # 111            )
Mesa, Arizona 85210                      )
                                         )
                        Defendants.      )
_____)

The undersigned certifies under penalty of perjury: That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Prabhu Mohapatra at his place of employment. Uitam Behera stated that Prabhu Mohapatra would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Prabhu Mohapatra so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action. That on October 24, 2002, I received #_1___ true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Gaston

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anil Kumar Chawala,<br>16 Shrewsbury Green Drive, Unit H<br>Shrewsbury, MA 01545<br>        Plaintiff,<br><br>v.<br><br>Prabhu Mohapatra<br>308 South Extension Rd. # 111<br>Mesa, Arizona 85210<br><br>Sanjay Sangani<br>308 South Extension Rd. # 111<br>Mesa, Arizona 85210<br><br>        Defendants. | Case No. 02-40198NMG<br><br>CERTIFICATE OF SERVICE |

The undersigned certifies under penalty of perjury: That I am full qualified pursuant to RCP 4 (d), 4 (e), and 45 (d), to serve process in this action in the State of Arizona, County of Maricopa. That on October 24, 2002, I received:

**Summons; Complaint**

By personally handing true copies of the above documents to Uitam Behera who is authorized to accept service for Sanjay Sangani at his place of employment. Uitam Behera stated that Sanjay Sangani would be back in two to three hours and that he would give the papers to him. At that time, there was no known home address for Sanjay Sangani so service at place of work was acceptable. at: 308 S Extension Rd. Suite 111 Mesa AZ___ at approximately 3:17 p.m. on October 25, 2002.

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4(d), 4(e), and 45 (d), to serve process in this action. That on October 24, 2002, I received #_1___ true copies of each of the documents checked above and executed service on the _25th__ day of _October_, 2002 at _3:17___ P.M.

I declare under penalty of perjury that the foregoing is true and correct.

                                                         Kevin Gaston

Arizona Corporation Commission
01/02/2003                 State of Arizona Public Access System                  1:26 PM

| Corporate Inquiry ||
|---|---|
| File Number: -0941842-2 ||
| Corp. Name: ALL INDIA ON-LINE PRIVATE LIMITED ||

### Domestic Address

| |
|---|
| 308 S EXTENSION RD #111 |
| MESA, AZ  85210 |

### Statutory Agent Information

| Agent Name: PRABHU MOHAPATRA ||
|---|---|
|  ||
| Agent Mailing/Physical Address: ||
| 308 S EXTENSION RD #111 ||
| MESA, AZ  85210 ||
|  ||
| Agent Status: APPOINTED 03/03/2000 ||
| Agent Last Updated: 09/30/2002 ||

### Officer and Director Information

| | |
|---|---|
| Name: | PRABHU MOHAPATRA |
| Title: | PRESIDENT/CEO |
| Address: | 444 N GILA SPRINGS BLVD |
|  | STE 2015 |
|  | CHANDLER, AZ  85226 |
| Date Assigned: 12/01/2000 | Last Updated: 04/01/2002 |
|  |  |
| Name: | PRABHU MOHAPATRA |
| Title: | PRESIDENT/CEO |
| Address: | 444 N GILA SPRINGS BLVD |
|  | STE 2015 |
|  | CHANDLER, AZ  85226 |

| Date Assigned: 12/01/2000 | Last Updated: 04/01/2002 |
|---|---|
| | |
| Name: | PRABHU MOHAPAATRA |
| Title: | PRESIDENT/CEO |
| Address: | 444 N GILA SPRINGS BLVD |
| | CHANDLER, AZ  85226 |
| Date Assigned: 12/01/2000 | Last Updated: 04/01/2002 |
| | |

## Additional Corporate Information

| | Corporation Type: BUSINESS |
|---|---|
| Incorporation Date:  03/03/2000 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: MARICOPA |
| Approval Date: 03/03/2000 | Original Publish Date: 05/01/2000 |

## Annual Reports

| Next Annual Report Due: 03/03/2003 | Forms For Annual Reports To Be Filed <Click Here |       |               |          |
|---|---|---|---|---|
| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
| 2002 | 03 | 01/09/2002 | | | |
| 2001 | 03 | 12/13/2001 | | | |

## Scanned Documents
(Click on gray button to view document)

| Document Number | Description | Date Received |
|---|---|---|
| 00408708 | 01 ANNUAL REPORT | 12/13/2001 |
| 00427314 | 02 ANNUAL REPORT | 01/09/2002 |
| 00571958 | AGENT ADDR CHG/CORP ADDR CHG | 09/20/2002 |

## Microfilm

| Location | Entered | Description |
|---|---|---|
| 1-1383-016- | 03/03/2000 | ARTICLES |

| | | |
|---|---|---|
| 071 | | |
| 2-0258-014-019 | 05/01/2000 | PUB OF ARTICLES |
| 1-1486-026-029 | 09/17/2001 | AGENT ADDR CHG/CORP ADDR CHG |
| 2-0292-013-013 | 11/04/2001 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 3-1644-000-566 | 12/13/2001 | 01 ANNUAL REPORT |
| 3-1647-002-717 | 01/09/2002 | 02 ANNUAL REPORT |

- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

Arizona Corporation Commission
01/02/2003          State of Arizona Public Access System          1:25 PM

| Corporate Inquiry |
|---|
| File Number: -0782400-3 |
| Corp. Name: INTERNATIONAL SCIENCE & TECHNOLOGY, INC. |

### Domestic Address

| |
|---|
| 308 S EXTENSION RD #111 |
| MESA, AZ 85210 |

### Statutory Agent Information

| |
|---|
| Agent Name: PRABHU MOHAPATRA |
| |
| Agent Mailing/Physical Address: |
| UNDELIVERABLE AGENT ADDRESS |
| 444 N GILA SPRINGS BLVD #2015 |
| CHANDLER, AZ 85226 |
| |
| Agent Status: APPOINTED 07/10/1996 |
| Agent Last Updated: 10/16/2002 |

### Officer and Director Information

| | |
|---|---|
| Name: | PRABHU MOHAPATRA |
| Title: | PRESIDENT/CEO |
| Address: | 444 N GILA SPRINGS BLVD #2015 |
| | CHANDLER, AZ 85226 |
| Date Assigned: 07/10/1996 | Last Updated: 10/18/2001 |
| | |

### Additional Corporate Information

| | |
|---|---|
| | Corporation Type: PROFIT |
| Incorporation Date: 07/10/1996 | Corporate Life Period: PERPETUAL |

| Domicile: ARIZONA | County: PIMA |
|---|---|
| Approval Date: 07/15/1996 | Original Publish Date: 08/08/1996 |

## Annual Reports

| Next Annual Report Due: 11/10/2003 | Forms For Annual Reports To Be Filed <Click Here |
|---|---|

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2002 | 11 | 09/20/2002 | | | |
| 2001 | 11 | 09/17/2001 | | | |
| 2000 | 11 | 09/17/2001 | | | |
| 1999 | 11 | 02/14/2000 | | | |
| 1998 | 11 | 02/14/2000 | | | |
| 1997 | 11 | 08/23/1999 | | | |
| 1996 | 12 | 05/23/1997 | | | |

## Scanned Documents
(Click on gray button to view document)

| Document Number | Description | Date Received |
|---|---|---|
| 00090785 | 96 ANNUAL REPORT | 05/23/1997 |
| 00105009 | 97 ANNUAL REPORT | 08/23/1999 |
| 00107650 | 99 ANNUAL REPORT | 02/14/2000 |
| 00107646 | 98 ANNUAL REPORT | 02/14/2000 |
| 00107645 | 97 ANNUAL REPORT | 02/14/2000 |
| 00369299 | 00 ANNUAL REPORT | 09/17/2001 |
| 00369300 | 01 ANNUAL REPORT | 09/17/2001 |
| 00434795 | OFFICER/DIRECTOR CHANGE | 12/13/2001 |
| 00565556 | 02 ANNUAL REPORT | 09/20/2002 |

## Administrative Dissolutions and Reinstatements

| Administrative Dissolution Date | Administrative Dissolution Reason | Reinstatement Date |
|---|---|---|
| | | |

| 12/03/1999 | AD-DISSOLVED - FILE A/R | 02/14/2000 |

## Microfilm

| Location | Entered | Description |
| --- | --- | --- |
| 1-1035-008-021 | 07/10/1996 | ARTICLES |
| 2-0194-008-047 | 08/08/1996 | PUB OF ARTICLES |
| 1-1136-012-012 | 03/18/1997 | 96 ANNUAL REPORT |
| 3-1566-000-173 | 08/23/1999 | 97 ANNUAL REPORT |
| 2-0248-028-021 | 12/03/1999 | CERTIFICATE OF DISSOLUTION |
| 3-1565-000-149 | 02/14/2000 | 99 ANNUAL REPORT |
| 3-1565-002-625 | 02/14/2000 | 97 ANNUAL REPORT |
| 3-1565-002-626 | 02/14/2000 | 98 ANNUAL REPORT |
| 2-0286-052-022 | 09/06/2001 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 1-1483-007-018 | 09/12/2001 | 01 ANNUAL REPORT/MAIL RETURNED |
| 1-1486-026-031 | 09/17/2001 | AGENT ADDR CHG/CORP ADDR CHG |
| 3-1634-000-476 | 09/17/2001 | 00 ANNUAL REPORT |
| 3-1634-000-477 | 09/17/2001 | 01 ANNUAL REPORT |
| 1-1499-021-039 | 09/21/2001 | DELINQUENT NOTICE/MAIL RETURNED |
| 3-1650-000-772 | 12/13/2001 | OFFICER/DIRECTOR CHANGE |

## Comments

| 12/03/1999 REVOCATION IN ERROR; SEE MEMO TO FILE |

- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**

- **Return to Arizona Corporation Commission Home Page**