Prabhu Mohaptra
308 S. Extension Rd., #111
Mesa, Arizona 85210
480.961.9151
Pro Se

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

ANIL CHAWLA, et al.           )
                              )
        Plaintiff     )
                              )
v.                            )   Case: 02-40198-NMG
                              )
                              )
PRABHU MOHAPATRA, et al.      )
                              )
        Defendant.    )
_____)

## ANSWER TO COMPLAINT, MOTION TO ASSOCIATE CASES, AND COUNTERCLAIM

Defendant answers Plaintiff's complaint as follows and in response to this court's finding that Defendant has been properly served with the summons and complaint:

1. Defendant admits Plaintiff's allegation number 1.

2. Defendant admits Plaintiff's allegation number 2 and informs the court that he is a citizen of these United States.

3. Defendant does not have information that allows him to answer this allegation and therefore he denies it.

4. Defendant admits Plaintiff's allegation number 4.

5. Defendant denies Plaintiff's allegation number 5 in its entirety. Defendant admits, however, that he has common law trademark rights to the mark AIOL ALL INDIA ON LINE since 1997 and that he currently owns and operates a business named AIOL ALL INDIA ON LINE both in India and in these United States.

6. Defendant denies Plaintiff's allegation number 6 in its entirety.

7. Defendant denies Plaintiff's allegation number 7 in its entirety.

8. Defendant is without sufficient knowledge and information to answer this allegation and therefore denies it in its entirety. Defendant, however, is aware that Plaintiff may have contacted these individuals because Defendant's prior counsel spoke with Detective Hurley who stated that Plaintiff's complaint was dismissed because there was no probable cause--it was frivolous. Therefore, Defendant admits that Plaintiff has filed a false police report and will be facing possible prosecution by those authorities.

9. Defendant denies Plaintiff's allegation number 9 in its entirety. Defendant does admit, however, that Plaintiff has lied to this court throughout these proceedings in an effort to extort money from Defendant.

## COUNTERCLAIM

10. Defendant direct's this court to Case 03-CV-40084 now pending in this court which was transferred from United States District Court in Phoenix, Arizona. Defendant moves to join, consolidate, or associate that case with this case and asks this court to accept Case 03-CV-40084 as Defendant's counterclaim in this matter. Should this court decide not to, then Defendant requests this court to permit him sufficient time to amend his answer to include his counterclaim in full.

**AIOL, ALL INDIA ON LINE PVT, LTD.**

By: _____
Prabhu Mohapatra
AIOL All India On Line
308 S. Extension Rd., #111
Mesa, Arizona 85210
480.961.9151 Fax 480.961.9296

Self Represented

Date: July 16, 2003

- 2 -

## CERTIFICATE OF MAILING

I hereby certify that on July 16, 2003 a copy of the foregoing was deposited with the United States Postal Service, via regular mail, in an envelope addressed to:

Anil and Himani Chawla
16 Shrewsbury Green Drive, Unit H
Shrewsbury, Massachusetts  01545

- 3 -