## UNITED STATES DISTRICT COURT
## DISTRICT OF MASACHUSETTS

| | |
|---|---|
| ANIL KUMAR CHAWLA **Plaintiff** | ) ) ) |
| VS. | ) **DEFENDANT SANJAY SANGANI** ) **ANSWER TO COMPLAINT** ) **AND MOTION TO DISMISS** |
| PRABHU MOHAPATRA AND SANJAY SANGANI **Defendants** | ) ) **Civil Action No. 02-40198-NMG** ) ) |

This is an answer by defendant Sanjay Sangani ("Sangani") to the complaint by plaintiff, Anil Kumar Chawla ("Chawla") served upon Sangani on July 28, 2003.

### Parties

1. Defendant Sangani is without sufficient knowledge or information as to residency of plaintiff Chawla.

2. Defendant Sangani is without sufficient knowledge or information as to residency of defendant Prabhu Mohapatra ("Mohapatra").

3. Defendant Sangani is a resident of Arizona and a Citizen of the United States.

### Jurisdiction

4. Defendant Sangani does not object to the Court's jurisdiction over the subject matter under 28 U.S.C. Section 1332. However, Defendant Sangani objects to the Court's jurisdiction over his person and improper venue. Defendant Sangani has had no direct contact with plaintiff Chawla, has never been to Massachusetts, has no business or personal interests in Massachusetts, and resides in Arizona since 1988. Furthermore, defendant Sangani has no personal interest in the Internet Domain name(s) or trademark(s) in dispute between Chawla and Mohapatra or any of his companies. Since September 2000, defendant has had no contact with defendant Mohapatra following an unrelated legal dispute between them.

1

Facts

5.  Defendant Sangani denies forcing Chawla to close down his website or making any false
    allegations against him.  On October 6, 1999 Sangani was a secondary signatory on a letter sent
    by Mohapatra to Chawla notifying him to cease and desist from using the "All India On Line"
    trademark, that was in use at that time by International Science & Technology, Inc. and ISTI
    Network, Inc., both corporations owned and operated by Mohapatra.  At that time, defendant
    Sangani served as a Vice President in ISTI Network, Inc. but had no ownership interest in either
    corporation nor does he since September 2000 serve in any capacity on any of the companies
    owned or operated by Defendant Mohapatra.  Furthermore, Defendant Sangani is not an owner,
    registrant, or beneficiary party to aiol.com or any related Internet Domain names.

6.  Defendant Sangani has not contacted Chawla since the date of the letter on October 6, 1999.
    Defendant Sangani has had no contact with Mohapatra, his employees, or his associates since
    September 2000, following an unrelated legal dispute.  Defendant Sangani is not an owner,
    registrant, or beneficiary party to any of the Internet domain names in dispute between Chawla
    and Mohapatra.

7.  See answers to paragraphs 5. and 6. above.

8.  Defendant Sangani is without sufficient knowledge or information as to the various contacts
    made by Chawla with various authorities alleging criminal harassment.  Defendant Sangani fails
    to see why he would harass someone at such distance from Arizona and what he would gain by
    harassing anyone.  Defendant Sangani has no knowledge of any contact or harassment between
    defendant Mohapatra and plaintiff Chawla.  It should be clear to the Court that plaintiff Chawla
    and defendant Mohapatra are the only parties actually in dispute in this matter, as further
    evidenced by a Counterlawsuit filed by defendant Mohapatra against plaintiff Chawla.

9.  Defendant Sangani denies harassing plaintiff Chawla at any time.  Defendant Sangani is without
    sufficient knowledge or information as to any harassment perpetrated by others, including
    defendant Mohapatra.

10. Defendant Sangani is without sufficient knowledge or information as to damages sustained by
    plaintiff Chawla.

2

Affirmative Defense

1. The documents served on defendant Sangani on July 28, 2003 include an erroneous acceptance of service of a Summons and Complaint on his behalf by Mr. Uttam Kumar Behera ("Behera") on October 25, 2002. Behera is an employee of Mohapatra or one of his companies and has had no contact with defendant Sangani since a legal dispute between defendant Sangani and defendant Mohapatra in September 2000. Furthermore, neither Behera nor defendant Mohapatra have notified defendant Sangani of any documents they may have accepted on his behalf. Defendant Sangani has resided <u>at the same address for the past six years</u> and to the best of his knowledge, no attempts at Service have been made at his address. Plaintiff Chawla has been aware of defendant Sangani's residential address, but chose to serve the Summons and Complaint to an unrelated party at Defendant Mohapatra's place of business. Defendant Sangani urges the Court to drop him from this suit for insufficiency of process. In the alternative, defendant Sangani requests additional time to prepare for any of the proceedings which may be underway and for which he has insufficient information provided by either plaintiff Chawla or defendant Mohapatra.

2. The Court is well aware that this case is about a dispute between plaintiff Chawla and defendant Mohapatra about their respective Internet Domain names and trademarks. Plaintiff Chawla has filed complaints of alleged harassment with his local Police Department and local District Attorney, without providing any supporting evidence of any involvement by defendant Sangani nor what intent Sangani would have in harassing him. Plaintiff Chawla wrongly considers defendant Sangani a partner of defendant Mohapatra and is alleging actions of defendant Mohapatra with his by association. Defendants have had no contact or association with each other since September 2000 following an unrelated legal dispute. Defendant Sangani has no personal interest in any of Defendant Mohapatra's trademarks or Internet domain names. Effectively, plaintiff has failed to join defendant Sangani with any of the actions of defendant Mohapatra.

3. Defendant Sangani is a working professional engineer in the State of Arizona and any involvement in this dispute or claim will place a considerable and an unnecessary burden professionally and financially in addition to being a miscarriage of justice. Massachusetts is an improper venue for any criminal harassment allegations made against defendant Sangani.

3

Therefore, Sangani urges the Court to drop him from this suit for improper venue and the Court's lack of jurisdiction over his person. In the alternative, defendant Sangani requests the Court to allow him to appear telephonically for initial proceedings and he will make all efforts to attend a trial. Defendant Sangani is not in a position to make several trips to the east.

4. Defendant Sangani has received no information or copies of pleadings from defendant Mohapatra or his attorney(s) related to this case or the counterlawsuit he has filed against Plaintiff. Furthermore, until recently, plaintiff Chawla has mailed or served various papers to defendant Mohapatra's business address and/or his employees, who have accepted them without the knowledge of or authorization by defendant Sangani. Defendant Sangani has had no contact with any of these parties since September 2000. As a result, defendant Sangani is placed at a disadvantage and urges the Court to drop him from this lawsuit or alternatively, order plaintiff Chawla and defendant Mohapatra to provide copies of any pleadings or information shared between them to defendant Sangani.

WHEREFORE, defendant Sangani prays the Court to dismiss the complaint against him and enter such other orders as it deems just.

Respectfully submitted,

Signature:

Name:        Sanjay Sangani

Address:     3060 South Greythorne Way
             Chandler, AZ 85248
             (480) 899-9080

This answer is submitted on August 4, 2003.

Service Certification:

I certify that a copy will be served upon and mailed by certified mail to following:

1. Anil Kumar Chawla
   16 Shrewsbury green Drive, Unit H
   Shrewsbury, MA 01545

I certify a copy will be mailed by certified mail to following:

2. Prabhu Mohapatra
   16619 S. 37th Way
   Phoenix, AZ 85048