Prabhu Mohaptra
16619 S. 37th Way
Phoenix, Arizona  85048
480.961.9151
Pro Se

FILED
IN CLERKS OFFICE

2003 DEC 22  P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ANIL CHAWLA, et al.   )
         **Plaintiff**   )
          )
v.   )   **Case: 02-40198-NMG**
          )
PRABHU MOHAPATRA, et al.   )
         **Defendant.**   )
_____ )

## ANSWER TO AMENDED COMPLAINT

On December 12, 2003 this court, in its order, allowed Plaintiff leave to file an amended complaint. Upon review of the amended complaint and in consideration of Defendant's motion to dismiss, this court, in its order, allowed Plaintiff's tort claim to be dismissed because no claim was stated upon which relief could be sought by Plaintiff. Accordingly and as follows, Defendant answers the amended complaint except for those parts pertaining to the tort claim which has been dismissed by this court.

1. Plaintiff's allegation number 1 is vague and unclear; therefore Defendant denies it in its entirety.

2. Defendant denies Plaintiff's allegation number 2 in its entirety.

3. Defendant denies Plaintiff's allegation number 3 in its entirety except Defendant admits the part that reads "Pursuant to 28 U.S.C. Section 1331 (federal question), this court has jurisdiction."

4. Defendant admits allegation number 4.

5. Defendant admits allegation number 5.

6. Defendant admits allegation number 6 in its entirety.
7. Defendant denies Plaintiff's allegation number 7 in its entirety.
8. Defendant denies Plaintiff's allegation number 8 in its entirety.
9. Defendant denies Plaintiff's allegation number 9 in its entirety.
10. Defendant denies Plaintiff's allegation number 10 in its entirety.
11. Defendant denies Plaintiff's allegation number 11 in its entirety.
12. Defendant denies Plaintiff's allegation number 13 in its entirety.
13. Defendant denies Plaintiff's allegation number 14 in its entirety.
14. Defendant denies Plaintiff's allegation number 15 in its entirety.
15. Defendant denies Plaintiff's allegation number 16 in its entirety.
16. Allegations number 12, 17, 18, 19, 20 and 22 all relate to Plaintiff's tort claim which was dismissed by this court. As such, Defendant denies Plaintiff's allegations numbered 12, 17, 18, 19, 20 and 22 in their entirety.
17. Defendant denies Plaintiff's allegation number 21 in its entirety.
18. Defendant denies Plaintiff's allegation number 23 in its entirety.
19. Defendant denies Plaintiff's allegation number 24 in its entirety.
20. Defendant denies Plaintiff's allegation number 25 in its entirety.
21. Defendant denies Plaintiff's allegation number 26 in its entirety.

## COUNTERCLAIM

22. Defendant's counterclaim lies in the former United States District Court action filed in Phoenix, Arizona. This case was transferred to this court where it was then consolidated into the instant case, 02-CV-40198-NMG. Defendant hereby refers this court to that action and incorporates that complaint by reference as his counterclaim in this now consolidated case.

AIOL, ALL INDIA ON LINE PVT, LTD.

By: _____
Prabhu Mohapatra

- 2 -

```
1
2                                          Prabhu Mohaptra
                                           16619 S. 37th Way
3                                          Phoenix, Arizona  85048
                                           480.961.9151
4
                                           Self Represented
    Date: December 16, 2003
5
6
7
8
9                       **CERTIFICATE OF MAILING**

10   I hereby certify that on December 16, 2003 a copy of the foregoing was deposited with the
11   United States Postal Service, via regular mail, in an envelope addressed to:

     Anil and Himani Chawla
12   16 Shrewsbury Green Drive, Unit H
     Shrewsbury, Massachusetts  01545
13
14
...
28
```

- 3 -