UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anil Kumar Chawla )<br>**(Plaintiff)** )<br> )<br>V. )<br> )<br>Prabhu Mohapatra )<br>**(Defendant)** )<br>_____ ) | Case: 02-40198-NMG |

## I. Seeking sanctions against Mr. Mohapatra for another redundant filings to this honorable court.

## II. Abuse by Mr. Mohapatra and seeking protective orders.

## III. Plaintiff requests that other issues like 15 U.S.C. § 1125(a) and 15 U.S.C. §1125(d) should not be subsided while seeking Protective Orders from Mr. Mohapatra.

Mr. Mohapatra's latest filing is approximately 20 days after of my opposition to his prior filing to this court. Recent filing by Mr. Mohapatra is untimely, completely unnecessary and constitutes complete wastage of my time and court's time. Therefore, Mr. Mohapatra's recent filing should be stricken and he should be sanctioned for following reasons:

In order to <u>defend myself</u>, on August 24, 2004, I filed an opposition to Mr. Mohapatra's memorandum of points. Though Mr. Mohapatra has <u>repeatedly</u> stated that he can't respond to this court any more, but at the same time he is unable to control his obsession and harassment towards me.

Once Mr. Mohapatra told me that he would be a "plague" for my family, I did not realize the level of his obsession that he would even use and abuse the legal system to intimidate me from his court filings. This time, Mr. Mohapatra's certification letter included entirely a different level of aggravation and insult to me. His court certification letter (as mailed at my

address) was completely wrinkled with pen marks/lines on a back page, along with extremely insulting words (not visible with pen) such as *"Bloody Bast...."*. He imprinted such insulting and offensive words, which would be completely unnoticeable if I make a photocopy of this certification letter. He probably used a pin or needle to make an impression of such words on the 2nd page of his court certification letter.

The police department has advised me that until this court's final ruling, I should keep this court fully informed about any threats or intimidation by Mr. Mohapatra. I was even advised by a police detective that I could open up Mr. Mohapatra's letters (including court certification documents) in his presence so that he could finger print for any anonymous threats. However, on account of countless filings by Mr. Mohapatra, it is quite difficult for me to take all such letters to police department. On the other hand, in order to avoid any exploitation of my court certification documents by Mr. Mohapatra, most of the times I have to seal and mail such documents in presence of a witness. For example, this court certification response to Mr. Mohapatra will also be sealed in presence of a witness who will personally mail (via certified mail) to Mr. Mohapatra from the post office.

At this time, on account of recent filing and an intimidation by Mr. Mohapatra, I have no choice except to address the matter once again to this honorable court. Therefore, I reiterate that in order to have security for my family, protective orders are extremely important for me.

Though Mr. Mohapatra has stated, *" I no longer need to take the time to respond...."*, his recent response and intimidation proves that he does not want to stop his redundant filings to this court. He is trying very hard to divert the court's attention from other key issues that are related to 15 U.S.C. § 1125(a) and 15 U.S.C. §1125(d). As advised by the honorable judge, following trial/hearing on May 24-25, 2004, I submitted my detailed response (38 pages) to this court by a deadline of June 17, 2004. Since that time, I did not address such issues to this honorable court, as I did not want Mr. Mohapatra to find any more excuses to divert the attention to such matters.

Mr. Mohapatra has repeatedly used a word "**frivolous**" in his filings. The fact is that none of my filings are frivolous, because I submitted all my documents by providing either hard evidences or references towards Mr. Mohapatra manipulations, abuses or his lies. I even provided detailed information about Ms. Roopa, Mr. Sangani and harassment by his ex attorney, which exist in black and white. I even provided references towards Mr. Mohapatra's offensive and insulting language that he used against me while he addressed the matters to this court. Two

times (during both scheduling conferences), honorable judge also warned Mr. Mohapatra about such issues.

Therefore, in response to my request for PROTECTIVE ORDERS, I respectfully request this honorable court to look into the <u>details</u> which I have stated in my prior response, dated August 24, 2004. I will be <u>out of country</u> for few weeks (end of October to November, 2004) and until that time I won't be able to respond to this honorable court in response to any further filings by Mr. Mohapatra. However, if this honorable court wishes to have additional evidences or hearing to this matter (about protective orders), I will be glad to provide more information (including chronology of events) once I will be back.


Respectfully submitted on September 28, 2004

Signature:  *[signature]*

Name:     Anil K. Chawla

Address:  16 Shrewsbury Green drives, Unit H

          Shrewsbury, MA 01545



Service certification:

I certify that a copy of this motion will be sent to following:

Prabhu Mohapatra

16619 South 37th Way

Phoenix, AZ 85048