## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ANIL KUMAR CHAWLA,
                 Plaintiff,

      v.                              CIVIL ACTION NO.  02-40198-NMG

PRABHU MOHAPTRA,
                 Defendant,


AIOL ALL INDIA ON LINE, PVT. LTD.,
PRABHU MOHAPATRA, and INTERNATIONAL
SCIENCE AND TECHNOLOGY, INC.,
                 Plaintiffs,

      v.                              CIVIL ACTION NO.  03-40084-NMG

ANIL KUMAR CHAWLA, and
HIMANI CHAWLA,
                 Defendants,


### JUDGMENT IN A CIVIL CASE

Gorton   , D.J.


☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED

**1.**   Anil Kumar Chawla has not infringed on Prabhu Mohaptra's and/or AIOL All Inda On-Line, Pvt. Ltd.'s rights under the Lanham Act, 15 U.S.C. §1125(a) and Anil Kumar Chawla has not violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125 (d) by registering, trafficking  in or in using the domain name allindiaonline.com; and

**2.**   for Anil Kumar and Himiani Chawla on Prabhu Mohapatra's, International Science and Technology, Inc.'s and AIOL All India On-Line, Pvt. Ltd.'s claims for violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125 (d) and interference with Mr. Mohapatra's business.

SARAH A. THORNTON,
CLERK OF COURT

Dated:___9/20/05_____          By ____/s/ Craig J. Nicewicz____
                               Deputy Clerk