November 22, 2005

To

US District Court District of Massachusetts
Attn: Lisa Roland
C/O Charles B. Swartwood, III
Chief Magistrate Judge
595 Main Street # 502, Worcester, MA  01608

Subject: **Request for Printed Transcript for trial held on May 24th and May 25th 2005 CA N0. 02-40198-NMG**

Dear Honorable Court:

This is to request a printed transcript of the trial held for **Civil Action No: 02-40198-NMG and 03-40084-NMG on May 24th 2005 and May 25th 2005**. I am Prabhu Mohapatra my address is: 16619 South 37th Way, Phoenix, Arizona 85210. I can be reached at 602-526-1843 via telephone and prabhu@prabhu.com via email.

I would appreciate if I can receive the complete transcript of the trial and the cost of the same be billed to me at the above address. If you have any questions please feel free to contact me at 602-526-1843

Thanking you,

Yours truly,

Prabhu Mohapatra
16619 South 37th Way, Phoenix, AZ 85048
Tel: 602-526-1843
Email: prabhu@prabhu.com